IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) | Case No: 5:17-CV-173-JMH |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| L.M. COMMUNICATIONS II OF S.C., INC., | ) | SUPPLEMENTAL AFFIDAVIT OF |
| | ) | STACY A. COLE, ESQ. |
| Defendant. | ) | |

COMMONWEALTH OF KENTUCKY    )
                            ) ss.
COUNTY OF KENTON            )

I, Stacy A. Cole, being first duly sworn according to law, depose and state as follows:

1. My name is Stacy A. Cole and I am over the age of 18.

2. I have been retained as counsel for Plaintiff Larry G. Philpot in this matter.

3. I am competent to testify to the matters stated in this affidavit and I have personal knowledge of the facts stated in this affidavit.

4. I make this affidavit as a supplement to an affidavit that I submitted in this matter on February 7, 2018 and to detail my efforts to confer with Mr. Allen, counsel for LM Communications II of S.C., Inc. ("LCM") regarding LCM's failure to produce a native copy of the photograph at issue in this matter.

5. As detailed in my February 7, 2018 Affidavit, on January 10, 2018, my office sent a letter detailing the deficiencies in Defendant's discovery responses and document productions, including Defendant's failure to produce the native copy of the Willie Nelson

**EXHIBIT A**

image as it appeared on Defendant's Web site. A true and accurate copy of that letter was attached as Exhibit 1 to my February 7, 2018 Affidavit.

6. On January 11, Mr. Allen sent me a letter responding to my January 10 letter, stating that his client took down the photo in question after notification of the dispute by Larry Philpot, stating: "The photo was taken down when the company was notified of its posting by Mr. Philpot. We believe, but are not sure, that the person who took the photo down was Kelly Bazzle, a former employee. I have inquired of Intertech Media as to whether that company has an archival copy of the photo on its servers. I have not received a response to that inquiry." A true and accurate copy of Mr. Allen's letter was attached to my February 7, 2018 Affidavit as Exhibit 2.

7. Because Mr. Allen had not responded further with respect to my request for a native copy of the Nelson Photo as it appeared on the LCM's website nor produced a copy of the Nelson Photo, I followed up again on Monday February 12, 2018. A true and accurate copy of my email correspondence is attached hereto as Exhibit 1.

8. I spoke to Mr. Allen about this case on February 14, 2018 but he did not mention my request for a native copy of the Nelson Photo nor commit to produce additional documents.

9. To date, Defendant has not produced a native, electronic version of the photo as posted on its website, nor has Defendant even produced a screenshot or printout of it – the only copy that exists is that produced by Mr. Philpot.

*- remainder of this page intentionally blank –*

FURTHER AFFIANT SAITH NAUGHT.

_____
STACY A. COLE

COMMONWEALTH OF KENTUCKY ) 
) ss.
COUNTY OF KENTON )

Sworn and subscribed personally before me by **Stacy A. Cole** this 15 day of FEBRUARY, 2018.

_____
Notary Public

PATRICIA L. PAIGE
Notary Public, Kentucky
State At Large
My Commission Expires
June 16, 2019
Notary ID# 536080

My Commission Expires: 6-16-19

- 3 -

## Cole, Stacy A.

**From:** Cole, Stacy A.
**Sent:** Monday, February 12, 2018 2:42 PM
**To:** wallen@gmalaw.com
**Subject:** Philpot [IWOV-CN.FID533488]

Bill,

I am following up to again seek the electronic, native version of the post at issue in this matter (*see* Ex. 3 from the Rule 30(b)(6) deposition of your client) and the screenshots and image referenced in Kelly Bazzle's email dated November 28, 2014 (*see* Ex. 4, *id.*, LMLP 000008). Please provide these documents by 5 p.m. on Wednesday, February 14.

This is not an exhaustive list of the responsive documents your client has failed to produce, and we will separately follow up on the additional documents Mr. Martin said he would attempt to located once we receive the transcript back.

Stacy



**GRAYDON**

STACY A. COLE
Attorney - Licensed in OH & KY
scole@graydon.law

2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017

Direct  513.629.2838
Mobile  513.260.6751
Fax     513.333.4358

The preceding information is from the law firm of Graydon Head & Ritchey LLP and may be protected by attorney/client privilege. If you believe it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete the message. Do not retain a copy. Thank you.



EXHIBIT
1