**EXHIBIT A**

```
 1               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
 2               CENTRAL DIVISION AT LEXINGTON
                    CASE NO. 5:17-cv-173-JMH
 3

 4                    *  *  *  *  *  *  *  *

 5   _____
                                    )
 6   LARRY G. PHILPOT,              )  DEPOSITION TAKEN ON
                                    )  BEHALF OF DEFENDANT
 7            PLAINTIFF             )  BY:  NOTICE
                                    )
 8   VS.                            )
                                    )
 9   L.M. COMMUNICATIONS, II OF     )
     SOUTH CAROLINA, INC.,          )  WITNESS:
10                                  )
              DEFENDANT             )  LARRY G. PHILPOT
11   _____)

12

13                    *  *  *  *  *  *  *  *  *

14        DATE:     Wednesday, February 21, 2018

15        TIME:     10:32 a.m.

16                    *  *  *  *  *  *  *  *  *

17

18

19

20

21

22

23

24

25
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

1

1                    * * * * * * * *

2             The deposition of LARRY G. PHILPOT was taken

3    before Natalie R. Domanico, Registered Professional

4    Reporter and Notary Public in and for the State of

5    Kentucky at Large, at the offices of Hon. William W.

6    Allen, GESS, MATTINGLY & ATCHISON, 201 West Short

7    Street, Lexington, Kentucky, on Wednesday,

8    February 21, 2018, commencing at the approximate hour

9    of 10:32 a.m.  Said deposition was taken pursuant to

10   Notice, heretofore filed, for the purposes of discover

11   on behalf of Defendant, and for all other purposes as

12   permitted by the Federal Rules of Civil Procedure.

13                    * * * * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

2

1    APPEARANCES:

2              Hon. William W. Allen
               GESS, MATTINGLY & ATCHISON
3              201 West Short Street
               Lexington, Kentucky 40507-1269
4              wallen@gmalaw.com

5              ATTORNEYS FOR DEFENDANT,
               L.M. COMMUNICATIONS, II
6              OF SOUTH CAROLINA, INC.

7

8

9              Hon. Stacy A. Cole
               GRAYDON, HEAD & RITCHEY, LLP
10             2400 Chamber Center Drive, #300
               Ft. Mitchell, Kentucky  41017
11             (513)629-2938
               scole@graydon.law
12
               ATTORNEYS FOR PLAINTIFF,
13             LARRY G. PHILPOT

14

15

16

17

18

19

20

21

22

23

24

25

<div align="center"><u>INDEX</u></div>

<u>WITNESS:  LARRY PHILPOT</u>                          <u>PAGE</u>

CROSS-EXAMINATION ...........................5
By Mr. Allen

REPORTER'S CERTIFICATE ....................109


<div align="center"><u>E X H I B I T   I N D E X</u></div>

| <u>EXHIBIT</u> | <u>INTRODUCTION</u> | <u>PAGE</u> |
|---|---|---|
| Exhibit No. 1 | Affidavit of Larry G. Philpot | 19 |
| Exhibit No. 2 | Wikipedia Willie Nelson | 30 |
| Exhibit No. 3 | Complaint | 57 |
| Exhibit No. 4 | Two-Page Document | 87 |
| Exhibit No. 5 | One-Page Document | 87 |
| Exhibit No. 6 | One-Page Document | 90 |
| Exhibit No. 7 | One-Page Document | 91 |
| Exhibit No. 8 | Answers to Interrogatories | 94 |
| Exhibit No. 9 | Response to Requests for Documents | 106 |

1              The witness, LARRY G. PHILPOT, after first

2    being duly sworn, was examined and testified as

3    follows:

4                        CROSS-EXAMINATION

5    By Mr. Allen:

6    1    Q    State your name for the record, please, sir.

7         A    Larry Philpot, P-H-I-L-P-O-T.

8    2    Q    Mr. Philpot, have you given your deposition

9              before?

10        A    Yes, I have.

11   3    Q    On how many occasions, roughly?

12        A    I'm not sure.  At least, two.

13   4    Q    Okay.  Were they in connection with actions

14             you brought for Copyright infringement?

15        A    Yes.

16   5    Q    Similar to this one?

17        A    Yes.

18   6    Q    Do you remember where those cases were filed

19             and where they were pending?

20        A    One would be in California, and the other one

21             would be in the Western -- the Eastern

22             District of Virginia.

23   7    Q    Do you recall what district in California?

24        A    I do not.

25   8    Q    Do you recall, for the California case, who

|    |    |   |                                                      |
|----|----|---|------------------------------------------------------|
| 1  |    |   | the defendant was?                                   |
| 2  |    | A | Yes.  It's M Multimedia Graphics Online.             |
| 3  | 9  | Q | What was the business of Multimedia Graphics         |
| 4  |    |   | Online, if you recall?                               |
| 5  |    | A | They are a photo agency.                             |
| 6  | 10 | Q | When you say photo agency, what does that            |
| 7  |    |   | mean?                                                |
| 8  |    | A | They lease or sell licensing.  They license          |
| 9  |    |   | images to outlets.  They're like Getty               |
| 10 |    |   | Images.                                              |
| 11 | 11 | Q | Oh, okay.  Okay.  What were the basic                |
| 12 |    |   | allegations in that case?                            |
| 13 |    | A | They had used my images without permission or        |
| 14 |    |   | license.                                             |
| 15 | 12 | Q | Were they selling those images?                      |
| 16 |    | A | I don't know if they were selling them, but          |
| 17 |    |   | they were leasing them or licensing them for         |
| 18 |    |   | the --                                               |
| 19 | 13 | Q | (Interrupting) Authorizing other people to           |
| 20 |    |   | use it for a fee?                                    |
| 21 |    | A | To my knowledge, yes.                                |
| 22 | 14 | Q | Okay.  Was that lawsuit in federal court or          |
| 23 |    |   | state court?                                         |
| 24 |    | A | Always federal court.                                |
| 25 | 15 | Q | Do you recall the name of the defendant in           |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

6

1              the Eastern District of Virginia case?

2        A     The Media -- Media Research Center.

3    16  Q     Just generally, what were the allegations

4              against the defendant in that case?

5        A     Pretty much the same as all of them.  Using

6              my images without license or permission to

7              make money.

8    17  Q     How was Media Research Center making money on

9              your images?

10       A     I'm not sure.  I don't know if they were --

11             for -- certainly for advertising on their web

12             site.  I don't know if this -- I cannot -- I

13             did not refresh for this.  So I'm not being

14             evasive.  I just have a lot of things that I

15             have to look at.  This particular -- this

16             particular group, I'm not sure if they had a

17             petition that they were trying or if it was

18             some -- if that was someone else.  Someone

19             used my image -- one of my images in a

20             petition to have Ted Nugent's can -- all of

21             his concerts canceled.  And then, of course,

22             they wanted donations.

23   MR. ALLEN:        Let's go off the record just for a

24             second.

25             (OFF THE RECORD)

```
 1   18   Q    Mr. Philpot, the reason I asked you if you
 2              had given your deposition before was just to,
 3              really, generally inquire if you're familiar
 4              with the process here today.  And that is
 5              essentially a question and an answer session
 6              under oath.  You have filed suit against
 7              L.M. Communications II of South Carolina,
 8              Inc. in Federal Court here in Lexington.  And
 9              I'm here to ask you some questions about that
10              lawsuit and some of the facts that are
11              pertinent to it.  If I ask you a question
12              that you don't understand, please ask me to
13              rephrase it and I'll be happy to do so.  If
14              you answer the question, I will assume you
15              understand it and you're answering it fully
16              and truthfully to the best of your ability;
17              can we agree on that?
18        A    Yes.
19   19   Q    Also, just for the benefit of the court
20              reporter, let me finish my question before
21              you answer, because if we're both talking at
22              the same time, it makes it really hard on the
23              reporter to get this down.  I'll try to,
24              also, let you finish your answers before I
25              start asking additional questions.  Is there
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

8

| | | |
|---|---|---|
| 1 | | anything about your physical condition today |
| 2 | | that would prevent you from giving full, |
| 3 | | complete and truthful answers? |
| 4 | A | No. |
| 5 | 20 Q | What is your age? |
| 6 | A | I am 64. |
| 7 | 21 Q | I believe I have an address for you in |
| 8 | | Indianapolis; is that correct? |
| 9 | A | Yes. |
| 10 | 22 Q | And you still reside in Indianapolis? |
| 11 | A | I do. |
| 12 | 23 Q | Are you married? |
| 13 | A | Yes. |
| 14 | 24 Q | What's your wife's name? |
| 15 | A | Cynthia. |
| 16 | 25 Q | Do you have any children? |
| 17 | A | Two. |
| 18 | 26 Q | What are their names and ages, just first |
| 19 | | names? |
| 20 | A | My daughter is Brea, B-R-E-A.  She is 38.  My |
| 21 | | son is Daniel, and he is 35.  He will be 35. |
| 22 | 27 Q | Give me your educational background, if you |
| 23 | | would, from high school. |
| 24 | A | Beyond high school? |
| 25 | 28 Q | Where did you -- did you graduate from high |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

9

```
 1            school?

 2     A      Yes.

 3  29 Q      Where was that?

 4     A      That was Thomas Carr Howe.

 5  30 Q      Where?

 6     A      Indianapolis.

 7  31 Q      That would have been around 1971?

 8     A      Correct.

 9  32 Q      Did you continue your education after high

10            school?

11     A      Yes.

12  33 Q      Where?

13     A      I went to Indiana University, where I

14            graduated in 1984, with a degree in business

15            analysis.  And Purdue University, where I

16            graduated in 1985 with a Bachelor's degree in

17            psychology.

18  34 Q      It appears to have been a period of time

19            between your graduating high school and

20            moving on to college; is that the case?  Did

21            you work or have a period of time when you

22            were not in school?

23     A      A period of time when I was not in school?

24            No, I --

25  35 Q      (Interrupting) Well, the reason that I'm
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

10

```
 1            asking that is, you said you graduated from

 2            high school in 1971, and then graduated from

 3            Indiana University in 1984.

 4       A    Yes.

 5   36  Q    Did you mean '74?

 6       A    No, I meant '84.

 7   37  Q    Okay.  Well, what did you do between 1971 and

 8            1984?

 9       A    I worked and got married.

10   38  Q    When did you start Indiana University?

11       A    About 1975.

12   39  Q    You said you worked during that period of

13            time.  Where did you work?

14       A    General Motors.

15   40  Q    What were your responsibilities?

16       A    I did lots of things.

17   41  Q    Can you give me an example?

18       A    I started on production on the floor.  I

19            became a safety trainer.  I became welding

20            engineer.  I had a -- the equivalent of

21            another degree in engineering training paid

22            for by General Motors.  I was sent to Detroit

23            to train other people in safety, conflict

24            resolution, confined space rescue, things

25            like that.  I was a facilitator and I trained
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

11

```
 1              people across the country.
 2    42   Q    Okay.  Give me a brief history or summary of
 3              your employment history from the time you
 4              graduated from Purdue in 1985?
 5         A    I owned my own chain of tanning salons from
 6              1994 until 2008, when the economy bankrupted
 7              me.  In 2008, I became a professional
 8              photographer.
 9    43   Q    From 2008, have you worked exclusively as a
10              professional photographer or have you done
11              other things?
12         A    That's it.
13    44   Q    What training did you have to become a
14              photographer?
15         A    I took some community college classes in the
16              Herron School of Art.
17    45   Q    Anything else?
18         A    No.
19    46   Q    What was the nature of your business as a
20              professional photographer beginning in 2008?
21         A    The nature of my business?  I took
22              photographs of musicians.
23    47   Q    How did you settle on taking photographs of
24              musicians in particular?
25         A    Well, I have always -- I always wanted to be
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

12

1          a musician, as most of us have.  And I knew

2          how to use a camera since I was a teenager.

3          I got one for a gift.  And I was used to

4          shooting with film.  I guess I had a pretty

5          good eye.  I joined the John Mellencamp Fan

6          Club so that I could get first shot at

7          tickets.  It cost $25.  And they send a blast

8          email that if you have professional equipment

9          and knew how to use a camera, that you might

10         be able to shoot one of their shows.  So I

11         replied to that email.  They had one show

12         available, which was in Canada.  I went to

13         that show.  I was required to turn in every

14         photograph, good, bad, and I couldn't do

15         anything to them, which I didn't.  Which was

16         good, because I didn't know how.  And I had

17         to burn them to a disk and send them to them,

18         which I did.  And I was thinking, okay, well,

19         I could maybe shoot more.  I don't know.  So

20         in about two months, I emailed them to make

21         sure that they had gotten the disk, because I

22         hadn't heard back.  Yes, no, hey, these are

23         good.  Nothing.  No feedback.  And I wanted

24         feedback.  And didn't -- I didn't care if I

25         did it anymore, but it was a good experience.

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

13

```
1              And my son got to go with me and meet the

2         band, which was a big deal.  It made me a god

3         in my house for about a week.  And they told

4         me, yes -- they responded, yes, we received

5         those.  Thank you.  So I thought it was over.

6         And then a couple weeks later, almost two

7         months to the day later, I got asked to

8         attend the next bunch of shows.  There was no

9         specific number of shows.  There was none of

10        that.  I shot the special, the Biography

11        Channel special, John Mellencamp coming

12        back -- it was called "Coming Home".  It was

13        a new series they were going to do.  They

14        went to Columbus, Indiana.  The theater --

15        not like little small towns, but theaters had

16        gone bankrupt.  They went in and redo them

17        and make them music clubs.  So this one is

18        where he played when he was a teenager and he

19        didn't even remember it.  But the Biography

20        Channel spent a fortune and brought in old

21        cars to do this two-hour documentary.  And I

22        was at Farm Aid working for

23        Johnmellencamp.com.  And there were 80

24        photographers.  They let 80 photographers in

25        in groups of 40.  But I also had front row
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

14

```
 1              seats.  So while I was being escorted in to

 2              shoot my two songs and then sent back out,

 3              and the next group came in, I asked the

 4              escort, "What do I need to do with my

 5              ticket?"  I said, "I have tickets."  And she

 6              said, "Well, you all have tickets."  And I

 7              said, "Well, I have really good tickets and

 8              I'm missing what there is of the show."  So

 9              she asked to see my ticket, moved me to the

10              other side with the official photographer,

11              Direct TV and Rolling Stone.  So it was --

12              that started it.  And I no longer had to

13              shoot two songs.  I got to shoot it all.

14              So...

15   MR. ALLEN:         Well, you just answered a whole

16                      bunch of questions.

17      A    I'm sorry.

18   MR. ALLEN:         No, no.  That's fine.  That's

19                      exactly what I wanted to hear,

20                      was -- I was curious and interested

21                      in how you launched your career and

22                      you gave a pretty thorough

23                      explanation of that.

24      A    Well, no one can do this by themselves.  You

25              have to have help.  Nobody, nobody can do
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

15

```
 1              this by themselves.

 2   48  Q      Who was your primary helper, was it

 3              Mellencamp's organization?

 4       A      That started it.  And then people from Live

 5              Nation may like you, a particular publicist

 6              may like you, but it -- I mean, it -- your

 7              career in music photography can end tomorrow

 8              morning.

 9   49  Q      Have you attended and photographed recent

10              concerts?

11       A      Define recent?

12   50  Q      Well, let me ask it a different way:  What

13              was the last concert you attended to

14              photograph the musicians?

15       A      Kool & The Gang.

16   51  Q      When was that?

17       A      About three weeks ago.

18   52  Q      Where was that concert?

19       A      At Hoosier Park.

20   53  Q      You testified a moment ago that at one point

21              you were working for -- I believe you said

22              Mellencamp.com; is that correct?

23       A      Correct.

24   54  Q      Did I understand that?

25       A      I was being sponsored by them.  I wasn't
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

16

```
 1              working for them.  They never paid me.
 2  55  Q      Okay.  When you took photographs at that
 3              initial Mellencamp concert, did you consider
 4              those photographs to belong to you?
 5      A      Yes.
 6  56  Q      Is that true of all of the photographs you've
 7              taken at various concerts over the years?
 8      A      That is correct.  If I have to give up the
 9              Copyright, I won't -- won't photograph that
10              show.
11  MR. ALLEN:          I'm going to get a cup of coffee,
12                      if that's okay.
13              (OFF THE RECORD)
14  57  Q      Mr. Philpot, do you have any family members
15              who live in the vicinity of Lexington,
16              Kentucky?
17      A      I have relatives who live in London.
18  58  Q      What are their names and who are they?
19      A      I don't know, really.  I -- I left in the --
20              I left Kentucky 44 years ago.  I see people
21              at funerals that say, "You don't remember me,
22              do you?"  And I don't.
23  59  Q      You say you left Kentucky 44 years ago.  Tell
24              me about your time in Kentucky.  When did you
25              live in Kentucky and where?
```

```
 1        A    I lived in London, Kentucky on Black Water
 2             Road until I was 15 years old.
 3   60  Q    Were you born in Kentucky?
 4        A    No.
 5   61  Q    Where were you born?
 6        A    Indianapolis.
 7   62  Q    How did you come to Kentucky?
 8        A    My grandfather lived there.
 9   63  Q    What was your grandfather's name?
10        A    Leonard Asher.
11  MR. ALLEN:         The reason I'm asking you these
12                     questions is because we -- when we
13                     go to trial in this case, they may
14                     be choosing a jury from the area
15                     that is the Eastern District of
16                     Kentucky.  And I'm inquiring about
17                     family members that might possibly
18                     be called to serve on that jury.
19        A    Oh, okay.
20   64  Q    With that explanation, can you tell me the
21             names of any family members you have that
22             live in this area?
23        A    And to be completely honest with you, I'm not
24             holding anything back:  None.  They're dead.
25             The ones that I knew are dead.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

18

```
1   MR. ALLEN:          Okay.

2        A    I've outlived them all.

3   MR. ALLEN:          All right.

4        A    But I have second cousins and things like

5             that.  And I see them on Facebook, but I

6             don't even know who they are.

7   MR. ALLEN:          Okay.  I'll ask the reporter to

8                       mark as Defendant's Exhibit 1 an

9                       Affidavit of Larry G. Philpot.

10            (REPORTER MARKS AFFIDAVIT OF LARRY G. PHILPOT

11            AS EXHIBIT NO. 1 FOR THE PURPOSES OF

12            IDENTIFICATION AND THE SAME IS ATTACHED

13            HERETO AND FILED HEREWITH)

14  65 Q    Mr. Philpot, I've hand you what the reporter

15            has marked as Deposition Exhibit 1.  It also

16            has an Exhibit 1 sticker on it.  And I'm sure

17            you're aware that this is a copy of an

18            Affidavit that your counsel has recently

19            filed on your behalf in this litigation.  Can

20            you confirm that?

21       A    I can.

22  66 Q    I presume that is your signature on Page 3 of

23            the Affidavit; is that the case?

24       A    Yes, it is.

25  67 Q    You are claiming a Copyright in a particular
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

19

| 1 | | | image of Willie Nelson.  We'll have an |
| 2 | | | opportunity to look at that image here later |
| 3 | | | in the deposition.  That is correct; is it |
| 4 | | | not, you're claiming a Copyright in an image |
| 5 | | | of Willie Nelson? |
| 6 | | A | Yes. |
| 7 | 68 | Q | In your Affidavit, you've submitted as |
| 8 | | | Exhibit A, a two-page document entitled, |
| 9 | | | "Certificate of Registration"; do you see |
| 10 | | | that? |
| 11 | | A | I do. |
| 12 | 69 | Q | Can you identify that document? |
| 13 | | A | That is the registration for the Nelson |
| 14 | | | image. |
| 15 | 70 | Q | All right.  The certificate says, "Title of |
| 16 | | | Work, 2009 Musician Photos"; do you see that? |
| 17 | | A | I do. |
| 18 | 71 | Q | Contents Titles, 2009 Musician Photos.  That |
| 19 | | | suggests that this registration covers more |
| 20 | | | than one photo; am I right about that or not |
| 21 | | | right? |
| 22 | | A | Uh-huh (Affirmative).  That's what this |
| 23 | | | suggests, yes. |
| 24 | 72 | Q | Okay.  My question to you, Mr. Philpot, is |
| 25 | | | how can you tell from this Certificate of |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

20

```
 1              Registration or otherwise that the particular
 2              image of Willie Nelson that is at issue in
 3              this case is covered by this Certificate of
 4              Registration?
 5      A    How can I tell that?
 6  73  Q    How could anybody tell?
 7      A    I don't know how anyone could tell.
 8  74  Q    Do you know whether this Certificate of
 9              Registration covers more than one photo?
10      A    I do.
11  75  Q    Do you know how many?
12      A    I believe that it covers 149 images.
13  76  Q    Can you tell me any way that I can verify
14              that one of those 149 images is the image
15              that is at issue in this case?
16      A    Other than taking my word for it?
17  MR. ALLEN:        Yes, sir.
18      A    I would suppose that you could order a copy
19              from the Copyright office.
20  77  Q    A copy of what?
21      A    A copy of the deposits.
22  78  Q    Okay.  You have alleged in the lawsuit that
23              you have licensed this image pursuant to what
24              is called a -- I believe, a Creative Commons
25              License; do I have that right?
```

```
 1        A    Yes.
 2   79   Q    It is my understanding that you are alleging
 3              that you licensed the image at issue in this
 4              case to Wikipedia for it's online
 5              encyclopedia; is that correct?
 6        A    Yes.
 7   80   Q    Have you licensed that particular image to
 8              anyone else using the Creative Commons
 9              License?
10        A    Have I directly licensed it to anyone else
11              using the Creative Commons License?
12   MR. ALLEN:        Yes, sir.
13        A    Yes.  Probably, yes.
14   81   Q    Can you think of any today sitting here?
15        A    I'm not sure if Us magazine used it or not.
16              But several people contact me.  And depending
17              on their budget or depending on what they
18              want it for, you know, I tell them.  I mean,
19              there's no -- you know, I tell them.
20              Especially if they have a large following.
21   82   Q    Did Wikipedia pay you anything for the
22              license?
23        A    They did not.
24   83   Q    It is my understanding that you did not have
25              any expectation of benefiting financially,
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

22

```
 1              directly from the license of that photo; is

 2              that accurate?

 3        A     I --

 4  MS. COLE:            (Interrupting) OBJECTION.  You can

 5                       answer.  You can answer.

 6        A     Okay.  I disagree with that.

 7  84  Q     Okay.  In what way?

 8        A     Would you repeat the question?

 9  85  Q     Well, as I understand the terms of the

10              Creative Commons License, the photo is freely

11              used -- free to use by anyone without

12              compensation so long as attribution is given

13              to you; is that correct?

14        A     That is -- yes.  In a nutshell, yes.

15  86  Q     Okay.  So by licensing the photo to

16              Wikipedia, you gave license to anyone in the

17              world to use that photo for any purpose

18              without compensation, so long as there was

19              attribution to you; is that correct?

20        A     That's a barebones way of looking at it.

21  87  Q     Well, fill it out.

22        A     Well, in terms of contractual, there's offer

23              and acceptance.  I've offered them a license

24              so long as they provide the attribution.  If

25              they've not provided the attribution, they
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

23

| 1 | | | have no license.  They've not accepted. |
|---|---|---|---|
| 2 | | | They've, in fact, rejected my license. |
| 3 | | | That's how -- that is my view of it. |
| 4 | 88 | Q | Are we talking now about Wikipedia or others? |
| 5 | | A | Any. |
| 6 | 89 | Q | Okay.  Well, is -- |
| 7 | | A | (Interrupting) The Creative Commons -- my |
| 8 | | | understanding is the Creative Commons License |
| 9 | | | applies regardless. |
| 10 | 90 | Q | Regardless of what? |
| 11 | | A | Of who's using it. |
| 12 | 91 | Q | Oh.  Well, explain to me how that works then. |
| 13 | | | Do you, then, deposit the photo and announce |
| 14 | | | to the world that this photo is free to use |
| 15 | | | so long as there's attribution?  Or did you |
| 16 | | | enter into a specific agreement with |
| 17 | | | Wikipedia, or anyone else, saying that they |
| 18 | | | are licensed to use that photo in connection |
| 19 | | | with an article on Willie Nelson so long as |
| 20 | | | attribution is given? |
| 21 | | A | I am completely confused by that. |
| 22 | 92 | Q | Well, let me try again.  I agree that wasn't |
| 23 | | | a very good question.  Let me ask it in a |
| 24 | | | different way.  Did you enter into a specific |
| 25 | | | license agreement with Wikipedia to use the |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

24

```
 1                Willie Nelson photo in their article on

 2                Willie Nelson?

 3        A       I specifically displayed the image on

 4                Wikipedia with the express condition that

 5                photo -- that attribution -- specific

 6                attribution had to be on there, which was

 7                Larry Philpot on stage -- or Sound Stage

 8                Photography.  Soundstagephotography.com, it

 9                needed to say that.

10    93  Q       So you uploaded the image; is that correct?

11        A       No.

12    94  Q       Who uploaded the image?

13        A       I sent the image to Wikipedia.  Wikipedia

14                first contacted me by email and asked if they

15                could use it as the representative image of

16                Willie Nelson.  I, being a skeptic, thought

17                that it was my friends messing with me.  And

18                when I found out, in fact, that it was

19                Wikipedia, first of all, I was very flattered

20                by that.  And, secondly, I said, yes, you're

21                absolutely welcome to use it, but I would

22                like something for it.  And they said, well,

23                we have the attribution thing, where they

24                will drive people to your website.  Which I

25                thought would do two things:  Either sell
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

25

```
 1              imaging for me or make me famous, both of

 2              which were benefits to me.  The quickest way

 3              to disseminate a photograph is to put it on

 4              Wikipedia.  And if you want your name out

 5              there, it's kind of like a lost leader.  I

 6              mean, it's free advertising when -- from a

 7              business standpoint:  First of all, I was

 8              flattered.  Secondly, it directly should be

 9              driving people to my website.

10  95  Q      So what did you provide to Wikipedia,

11              specifically?  Let me ask it a different way.

12              Did you provide to them a digital file that

13              contained the image of Willie Nelson?

14      A      Yes, I did.

15  96  Q      How did you transmit that to them, by email?

16      A      Correct.

17  97  Q      It's my recollection from the record in this

18              case, that that occurred around 2011; is that

19              consistent with your recollection?

20      A      Probably.

21  98  Q      Okay.  I'm not trying to hold you to that.

22              We'll get into this a little further in this

23              deposition, but I know from experience that

24              certain things happen when you left click on

25              that image on the Wikipedia site, and certain
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

26

```
 1              other things happen when you right click on

 2              the image on the Wikipedia site; are you

 3              aware of that?

 4     A    I remember you and I discussed this on the

 5              phone, but am I aware of it personally?  I do

 6              not go to Wikipedia to download my images,

 7              so --

 8  MR. ALLEN:        (Interrupting) Okay.

 9     A    -- to check on them.  I only checked to see

10              that the attribution was there on at the

11              time.  I don't even know how many of my

12              images are on there now.

13  99 Q   Well, have you ever left clicked on the image

14              in the Wikipedia article with Willie Nelson?

15     A    I don't know.  I don't think so.

16  100 Q  Did you have anything to do with what happens

17              when you left click on that image?

18     A    My understanding is, that different browsers

19              work different ways.  But I have no idea,

20              because I don't recall doing it.

21  101 Q  Okay.  That was my question.  So is it

22              accurate to say that you did not have

23              anything to do with how technically the image

24              was posted in the Wikipedia article and how

25              attribution was given?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

27

| | | |
|---|---|---|
| 1 | A | Okay.  I agreed with the first part.  You |
| 2 | | want to break those into two questions? |
| 3 | 102 Q | Well, I think I asked you a moment ago if you |
| 4 | | know what happens if we were to pull up the |
| 5 | | Wikipedia article right now on a computer and |
| 6 | | left click on the image of Willie Nelson. |
| 7 | | And I believe your answer was, you don't |
| 8 | | know? |
| 9 | A | That is correct. |
| 10 | 103 Q | Okay.  And, I guess, my question is -- is |
| 11 | | pretty simple.  If you don't know what |
| 12 | | happens, I presume you didn't have any input |
| 13 | | with Wikipedia as to what happens when you |
| 14 | | left click on that image? |
| 15 | A | That part is correct. |
| 16 | 104 Q | Okay.  What part of my earlier question was |
| 17 | | incorrect? |
| 18 | A | You said that I would have nothing to do with |
| 19 | | the attribute, that I had no technical |
| 20 | | knowledge of the attribution. |
| 21 | 105 Q | Oh, I did not intend to ask you that.  And if |
| 22 | | that's the way it came across -- |
| 23 | A | (Interrupting) Okay. |
| 24 | 106 Q | -- that's not what I intended to ask. |
| 25 | A | And I may have misunderstood that.  I |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

28

```
 1              don't -- but I have nothing to do with that.
 2   107 Q    Okay.  Do you consider the use by
 3            Wikipedia -- of that Willie Nelson image that
 4            appears on the article -- to be compliant
 5            with the Creative Commons License?
 6      A     I know I'm not supposed to guess in these, so
 7            I'm going to have to say I don't know.  I
 8            would anticipate that they would certainly be
 9            in compliance with that -- with my wishes.
10            If not, they'll hear from me.
11   108 Q    Well, I'm just asking you.  Various
12            screenshots or printouts of that article have
13            circulated in this case.  And my question
14            is -- this whole case is about this Creative
15            Commons License.  And my question is, whether
16            or not you consider Wikipedia's use of that
17            image to be compliant with the terms of your
18            license?
19      A     I'm not familiar with the Wikipedia's use of
20            it --
21   MR. ALLEN:        (Interrupting) Okay.
22      A     -- but it should be.  Because when I have
23            looked at it before -- not right clicking on
24            it, but when I've looked at the article,
25            my -- it specifically states under there what
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

29

```
 1              my required attribution is.  But as I said,

 2              it's been a long time since I've been there.

 3  MR. ALLEN:        I'll ask the reporter to mark as

 4              Deposition Exhibit 2, a document

 5              entitled, "Wikipedia, Willie

 6              Nelson".

 7              (REPORTER MARKS WIKIPEDIA WILLIE NELSON AS

 8              EXHIBIT NO. 2 FOR THE PURPOSES OF

 9              IDENTIFICATION AND THE SAME IS ATTACHED

10              HERETO AND FILED HEREWITH)

11  109 Q   Mr. Philpot, the reporter has handed you

12              what's been marked as Deposition Exhibit 2.

13              And I'll ask you -- before I ask, I'll

14              represent to you that this is a document that

15              your counsel marked as Exhibit 8 to the

16              deposition of L.M. Communications in this

17              case.  I'll ask you, if you can, identify

18              that document?

19      A   This appears to be the Wikipedia article.

20  110 Q   Okay.  The image that is in the upper,

21              right-hand corner of the first page, an image

22              of which you claim ownership?

23      A   That is correct.

24  111 Q   To the best of your knowledge, is that the

25              same image that is at issue in this case?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

30

1       A    Yes.  Well, this is a cropped version of the

2            image that is at issue.

3   112 Q    Who did the cropping?

4       A    I do not know.

5   113 Q    Is the image that you've sent to Wikipedia a

6            full body image or --

7       A    (Interrupting) Yes.

8   114 Q    Okay.  Let's see.  I think I've seen it.

9            Mr. Nelson is standing on stage and playing

10           his guitar; is that correct?

11      A    He is on a stage, yes.

12  115 Q    And I may have asked you this:  You sent

13           Wikipedia the full image?

14      A    This one (Indicating).

15  MR. ALLEN:        Okay.

16  MS. COLE:         Let the record reflect that

17                    Mr. Philpot is holding up Exhibit B

18                    to Deposition Exhibit 1.

19  MR. ALLEN:        Okay.  Very good.  Thank you.

20  116 Q    Okay.  Do you know whether or not when you

21           sent the image to Wikipedia for their use,

22           whether the file contained metadata?

23      A    Yes, I do.

24  117 Q    Did it?

25      A    Yes.

1   118 Q   What metadata was attached to that photo?

2       A   There should have been my name.  There should

3           have been my website.  There should have been

4           the shutter speed, the type of camera,

5           probably the serial number of the camera,

6           what lens that I was using, and what exposure

7           settings that I was using, and an invisible

8           digimarc.

9   119 Q   When you say an invisible digimarc, what is

10          that?

11      A   It's a digital -- it's a digital watermark

12          that you can't see without a machine.

13  120 Q   What kind of machine would it take to see

14          that?

15      A   A computer with Photoshop or Bridge or some

16          photo processing program.

17  121 Q   Would such a photo processing program also be

18          necessary to see the metadata?

19      A   No.

20  122 Q   How would you view the metadata on the image

21          that you sent to Wikipedia?

22      A   Well, there, probably, are several ways to do

23          it that I don't know about.  But, generally,

24          you can right click on an image, scroll down

25          and hit properties, and it will tell you.

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

32

```
 1              For example, metadata was pulled from

 2              Wikipedia that had to be pulled from that

 3              image, because it's listed here on Exhibit 1

 4              PH double O -- triple O 44.

 5   123 Q    So you are, again, referring to Exhibit 1?

 6       A    Exhibit 1.

 7   124 Q    Which page?

 8       A    Oh, wait a minute.  It says here.

 9   MS. COLE:          It's the third page of Exhibit B to

10                      Deposition Exhibit 1.

11   125 Q    Okay.  We're looking at the document numbered

12              PH00044 in the lower right-hand corner; do

13              you see that?

14       A    I do.

15   126 Q    In the middle of the page there is a section

16              entitled, "Metadata".  And we have the camera

17              manufacturer, camera model, the Copyright

18              holder, exposure time, F number ISO speed

19              rating, date and time with data generation

20              and lens focal length; did I read that

21              correctly?

22   MS. COLE:          He's asking you.

23       A    Yes.

24   127 Q    Is that the metadata to which you have

25              referred that is connected to the image you
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

33

| 1 | | sent to Wikipedia? |
|---|---|---|
| 2 | A | My understanding, this is some of it, yes. |
| 3 | 128 Q | What other metadata is there? |
| 4 | A | I have no idea.  I would have to look in a |
| 5 | | screen, but there is all kind of things, |
| 6 | | like, did it flash fire?  Was it supposed to |
| 7 | | fire?  Things like that. |
| 8 | 129 Q | While we're looking at Exhibit B, your |
| 9 | | Affidavit, can you tell me what this is? |
| 10 | | What are we looking at when we're looking at |
| 11 | | Exhibit B? |
| 12 | A | We appear to be looking at the Wikimedia |
| 13 | | Commons page. |
| 14 | 130 Q | What is the Wikimedia Commons page? |
| 15 | A | I think it's a division of Wikipedia. |
| 16 | 131 Q | Okay.  You state in Paragraph 5 of your |
| 17 | | Affidavit that "A true and accurate copy of |
| 18 | | the original Nelson photo as it appears |
| 19 | | online on Wikipedia is attached as |
| 20 | | Exhibit B."  But as I understand it, you just |
| 21 | | testified that Exhibit B, actually is an |
| 22 | | image from Wikimedia, which is a division of |
| 23 | | the Wikipedia.  Which is it? |
| 24 | A | I'm not sure.  I think they're the same.  I'm |
| 25 | | used them interchangeably, because the image |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

34

```
 1              is clearly visible here (Indicating).

 2   MS. COLE:           Where are you pointing?

 3      A    On Wikipedia.

 4  132 Q    Okay.  So as I understand your testimony,

 5           then, and your Affidavit, you are simply

 6           attaching Exhibit B in order to identify the

 7           photo?

 8      A    I don't know.

 9  133 Q    Well, that's what your Affidavit says?

10      A    Well, then that --

11  134 Q    (Interrupting) It doesn't say anything else

12           about Exhibit B, that I can see, other than

13           this is a copy of the photograph that appears

14           on Wikipedia?

15      A    Okay.  Well, I'm not sure on that one.

16  135 Q    Okay.  Well, Mr. Philpot, this is your

17           Affidavit and I'm trying to ask you what you

18           mean by it.

19      A    Okay.

20  136 Q    Now, as I understand your testimony, you

21           don't know what you mean by it?

22      A    Well, you want to ask me again --

23   MS. COLE:          (Interrupting) OBJECTION to the

24                      form the question.

25  137 Q    Well, your testimony speaks for itself.
```

1           Referring back to Deposition Exhibit 2.

2           Again, this is an exhibit that was prepared

3           and marked by your attorney and identified as

4           a copy of the Wikipedia article on Willie

5           Nelson.  Looking at Deposition Exhibit 2, can

6           you see or identify for me anyplace, anywhere

7           in that exhibit where it gives attribution of

8           this photograph to you?

9      A    I do not.

10  138 Q   Okay.  Well, Mr. Philpot, I don't either, and

11          that's the reason that I asked you whether or

12          not you consider the use of this photo by

13          Wikipedia to be compliant with the Creative

14          Commons License.  And I believe you testified

15          earlier that you don't know.

16     A    It is my understanding, but I don't want to

17          guess -- it is my understanding that if an

18          image is hotlinked to the original file, then

19          that is considered attribution.  But that has

20          changed in the last week.

21  139 Q   How has that changed in the last week?

22     A    I am a layperson, but I read an article about

23          embedding a Tweet or placing code.  There was

24          a case called *Google vs. Perfect Ten* and it

25          has to do with where the image is hosted.  In

```
 1              the last week, a female district judge -- and
 2              I cannot remember her name -- has said that
 3              that ruling is incorrect.  It doesn't matter
 4              where it's hosted.  That if you put code to
 5              cause it to display in there, that that is
 6              Copyright infringement.  The very next day,
 7              Google made some changes.  I don't know if
 8              they made changes or not yet, but it states
 9              in one of the licenses -- and I don't
10              remember which one -- that a hotlinked image
11              to the original is considered the same as
12              attribution.  So if that's true -- and I
13              don't know -- if you click on this image, it
14              will take you to the Wikipedia page that says
15              here's this file and all of that stuff.  I do
16              not know.
17  140 Q      Do you know what happened if you clicked --
18              left clicked on the image in the Wikipedia
19              article back in 2014?
20      A      I do not -- oh, my gosh, no.
21  141 Q      Do you know what happened back in 2014, if
22              you right clicked on that image?
23      A      No.
24  142 Q      Okay.  Mr. Philpot, as I understand it, this
25              lawsuit revolves around the appearance of
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

37

1          this image of Willie Nelson on one of the

2          pages of L.M. Communications' website in

3          South Carolina.  And I'll represent to you

4          that papers filed on your behalf --

5          specifically, the Memorandum in support of

6          your Motion for Summary Judgment -- states

7          that the post occurred on March 31, 2014, to

8          the best of your knowledge; is that correct?

9     A    I do not recall.

10  143 Q  Okay.  Please refer to Deposition Exhibit 1

11         again, and, specifically, Paragraph 8.  First

12         sentence in Paragraph 8 states, "On or around

13         April 29th, 2014, I discovered that a copy of

14         the Nelson photo appeared on

15         www.1055thebridge.com.  My question,

16         Mr. Philpot, is how did you discover the

17         presence of that photo on that web page on

18         April 29th, 2014?

19    A    I would have done an image search.

20  144 Q  How would you have done that?

21    A    I would have right clicked on it, on my

22         image, and there's a pop-up thing that says,

23         "Find Copyright Infringements".

24  145 Q  Is that a particular program that you use?

25    A    It was called Copyright Infringement Finder.

```
 1   146 Q   So there's a specific piece of software that
 2             you used?
 3     A     There are several, but, yes.
 4   147 Q   How often do you use that software?
 5     A     Sometimes every six months; sometimes a year.
 6   148 Q   I presume it would be your testimony, then,
 7             that you were using that software on
 8             April 29, 2014; is that correct?
 9     A     Probably, yes.
10   149 Q   How does the program work, if you know?
11     A     I do not know.
12   150 Q   You said you right click on a photo and a
13             pop-up comes up and it says, "find
14             infringements" in this software; is that
15             correct?
16     A     Among other things, yes.
17   151 Q   Okay.  So when you click "find
18             infringements", what happens?
19     A     The computer will open another tab and there
20             will be a listing from Google that has
21             matching images.  It's just uncanny.  Just
22             pages of them.
23   152 Q   So those are pages of, what, URLs, where the
24             image appears?
25     A     Yes.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

39

| | | |
|---|---|---|
| 1 | 153 Q | So is it possible, then, to click on that URL |
| 2 | | and see the image that's posted? |
| 3 | A | Correct. |
| 4 | 154 Q | How do you know whether or not the use of the |
| 5 | | image is infringing? |
| 6 | A | You have to click to go there. |
| 7 | 155 Q | Okay.  When you were searching on a |
| 8 | | April 29th, 2014, did the image that appears |
| 9 | | on Wikipedia show up in that result?  Or do |
| 10 | | you know? |
| 11 | A | I'm having a little trouble with that one. |
| 12 | 156 Q | Well, I'm just trying to understand what you |
| 13 | | did on April 29th, 2014.  You said you right |
| 14 | | clicked on -- what I presume, is the image of |
| 15 | | Willie Nelson, then clicked, "find |
| 16 | | infringements", then the program produced a |
| 17 | | list of URLs where the image appears? |
| 18 | A | Yes. |
| 19 | 157 Q | And to the best of your knowledge, is that |
| 20 | | every instance of that photograph anywhere on |
| 21 | | the internet? |
| 22 | A | I do not believe it is. |
| 23 | 158 Q | What's the scope of the search? |
| 24 | A | I stop when they speak English -- or when |
| 25 | | they stop speaking English. |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

40

| | | |
|---|---|---|
| 1 | 159 Q | Well, my question was whether or not the |
| 2 | | image that appears in the Wikipedia article |
| 3 | | showed up on that search result? |
| 4 | A | I would say a copy of that image shows up, |
| 5 | | not that actual image. |
| 6 | 160 Q | Where would the copy be? |
| 7 | A | I don't know.  You asked if the image from |
| 8 | | Wikipedia is there.  The image on Wikipedia |
| 9 | | would be -- would stay on Wikipedia. |
| 10 | 161 Q | Right.  But would you get a URL that takes |
| 11 | | you to the Wikipedia article? |
| 12 | A | No.  It takes you to the -- in this case, the |
| 13 | | 105.5 The Bridge article. |
| 14 | 162 Q | Well, would it also take you to the Wikipedia |
| 15 | | article? |
| 16 | A | There had -- let's -- for argument's sake, |
| 17 | | let's say that there are ten search results. |
| 18 | | One could be this station, one could be Hurst |
| 19 | | Communications, one could be Wikipedia but |
| 20 | | not always. |
| 21 | 163 Q | So is it your testimony that when you ran |
| 22 | | this search on April 29th, 2014, The Bridge |
| 23 | | website popped up or L.M. Communications |
| 24 | | website popped up? |
| 25 | A | A search result for L.M. Communications |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

41

1          website popped up.

2   164 Q   Okay.  What did you do at that point?

3     A     I would have copied -- I would have just cut

4          and pasted most of their search results and

5          put them all in a Word document, because it

6          takes the image, too.  The image will tell

7          you not only where the article is that houses

8          that image, but will also tell you the server

9          that is hosting that image.  And then I will

10          go through them at my leisure.

11  165 Q   Okay.  Well, you say that -- that you

12          discovered the use of the image on

13          April 29th, 2014.  Is that the day that you

14          ran the search result or the day you got

15          around to going through an earlier search

16          result?

17     A    That probably would have been the date that I

18          ran the search result.

19  166 Q   Well, when did you go through the results of

20          that search?

21     A    I'm not sure.

22  167 Q   Well, do you recall one way or the other?

23          Because you state specifically in your

24          Affidavit that you discovered that a copy of

25          the Nelson photo appeared on The Bridge on

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

42

```
 1              April 29th, 2014.  That's --

 2   MS. COLE:           (Interrupting) OBJECTION to the

 3                       characterization of the language

 4                       that is used in the Affidavit.

 5   168 Q   Okay.  Well, Mr. Philpot, I read the first

 6           sentence of Paragraph 8 to be that you

 7           discovered the use of the photo on The Bridge

 8           website on April 29th, 2014; is that true or

 9           not?

10   MS. COLE:           OBJECTION.  You're misstating what

11                       that actually says.  Those are not

12                       the words that were used.  It's on

13                       or around and you're --

14   MR. ALLEN:          (Interrupting) Oh.

15   MS. COLE:           -- leaving that part out.

16   MR. ALLEN:          I'm sorry.  That's -- that's fair

17                       enough.

18   169 Q   You say on or around April 29th, 2014.  How

19           far is around?  It's either on the 29th or

20           it's around it.  So that suggests to me that

21           it might be before it or it might be after

22           it, but that you picked April 29th as the

23           date.  Why did you pick April 29th as the

24           date?

25       A   I would have probably picked -- I do not
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

43

```
 1                    remember what happened on April 29th, but

 2                    when I run a search, I put a date at the top

 3                    of that Word document.

 4   170 Q    Okay.  Well, to the best of your

 5                    recollection, exactly when did you discover

 6                    the use of the photograph?

 7      A     I cannot tell you exactly when.  I don't know

 8                    when.

 9   171 Q    Well, you say you put the date of the search

10                    on the top of your Word processing document.

11                    If you have the date, why did you -- why was

12                    it necessary to say on or around, if you had

13                    the date on the Word processing document?

14      A     Because I probably did not go sit down and go

15                    through all of my searches all that day.  In

16                    fact, it's very unlikely.

17   172 Q    And you don't know when you did go through

18                    your search results?

19      A     That is correct.

20   173 Q    Okay.  Well, was the search generated on

21                    April 29th, or was it not?

22 MS. COLE:          Asked and answered.  OBJECTION.

23                    Asked and answered.  You can answer

24                    again, if you know.

25      A     The search probably -- I -- the search would
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

44

|     |        |                                                                              |
| --- | ------ | ---------------------------------------------------------------------------- |
| 1   |        | have been April 29th, or it was on that page                                 |
| 2   |        | that I had dated April 29th.                                                  |
| 3   | 174 Q  | Okay.  Okay.  Paragraph 8, goes on to say, "A                                |
| 4   |        | true and accurate copy of a screenshot that I                                |
| 5   |        | took of the posting is attached hereto as                                    |
| 6   |        | Exhibit D."  Let's look at Exhibit D.  Can                                   |
| 7   |        | you confirm that that Exhibit D is the                                       |
| 8   |        | screenshot to which you were referring in                                    |
| 9   |        | your Affidavit?                                                              |
| 10  | A      | Yes, I believe I can.                                                        |
| 11  | 175 Q  | Okay.  At the bottom of that page, there's                                   |
| 12  |        | the URL with a date time stamp in brackets.                                  |
| 13  |        | And the date is April 29th, 2014 at                                          |
| 14  |        | 9:56:41 p.m. --                                                              |
| 15  | A      | (Interrupting) Okay.                                                         |
| 16  | 176 Q  | -- do you see that?                                                          |
| 17  | A      | I do.                                                                         |
| 18  | 177 Q  | Okay.  All right.  Is that the date and time                                |
| 19  |        | on which you took this screenshot?                                           |
| 20  | A      | That would be my guess.                                                      |
| 21  | 178 Q  | Okay.  Now, you say no attribution was given                                 |
| 22  |        | in that posting.  Why do you say that?                                       |
| 23  | A      | Because I don't see any.                                                     |
| 24  | 179 Q  | Well, you didn't see any in the Wikipedia                                    |
| 25  |        | post either; did you?                                                        |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

45

```
 1      A    I'm not --

 2  MS. COLE:            (Interrupting) OBJECTION.  Which

 3                       Wikipedia posting?

 4  180 Q    Exhibit 2 --

 5  MS. COLE:            (Interrupting) Thank you.

 6  181 Q    -- to the deposition?

 7      A    Wikipedia is not on trial here.

 8  182 Q    When you say there is no attribution, do you

 9           mean anything more than when you took the

10           screenshot, you didn't see any attribution

11           there?

12      A    What else is there to mean?

13  183 Q    Okay.  Well, I'm just asking you.  Did you

14           make any investigation to determine whether

15           there was attribution elsewhere?

16      A    I read the article.

17  184 Q    Okay.  When you say the article, you mean

18           Exhibit D?

19      A    Yes.

20  185 Q    What did you do then?

21      A    I'm sorry?

22  186 Q    Well, you took the screenshot.  What did you

23           do with it?

24      A    I stored it in a folder.

25  187 Q    Okay.  Your cease and desist letter, which I
```

1   believe, also, is attached as Exhibit E, a

2   redacted copy, Exhibit E, to your Affidavit,

3   is dated November 18, 2014.  If you took the

4   screenshot on April 29th, 2014, and noted

5   there was no attribution, why did you wait

6   six-and-a-half months to send a cease and

7   desist letter?

8   A   I finally got around to it.  This isn't all I

9       do.

10  188 Q   Okay.  So you let that image be out there for

11      six-and-a-half months with actual knowledge

12      or, at least, the belief that it was

13      infringing and didn't do anything about it

14      and finally got around to sending a letter

15      six-and-a-half months later; is that your

16      testimony?

17  A   That would be generally correct.  I can't be

18      expected to notify everybody as soon as I

19      find something.

20  189 Q   Why not?

21  A   Well, the statute of limitations is three

22      years.  I figure I have three years.

23  190 Q   Well, the statute of limitations to bring

24      suit may be three years, but if someone is

25      infringing, in your mind, don't you feel like

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

47

```
 1              in fairness you ought to let them know

 2              immediately?

 3      A       I didn't have time.

 4  191 Q       I see.  Do you have any other excuses?

 5  MS. COLE:            OBJECTION.

 6  192 Q       Yes or no?

 7      A       No, but -- no -- well, I do.  Time doesn't

 8              really seem to matter, because it took months

 9              and another certified letter after I notified

10              L.M. to get a response.

11  193 Q       When you say you sent a certified letter, are

12              you referring to the letter that's attached

13              to your Affidavit?

14      A       I believe I sent two.

15  194 Q       When was the first one and when was the

16              second one?

17      A       Well, the first one would have been

18              November 18th for which I received a response

19              from Scooter Stevens.  The next one was --

20              and I'm foggy on this, so this is just an

21              estimate.  I'm thinking around April or May,

22              I sent, yet, another letter to them and

23              received a response from Lynn Martin, who

24              said, "I thought this was taken care of."

25  195 Q       Well, I believe the record reflects that the
```

```
 1              post was deleted immediately after receipt of

 2              your November 18 letter.  If that is L.M.'s

 3              testimony, would you dispute that?

 4     A        I don't know.

 5   196 Q      Okay.  You don't know one way or the other?

 6     A        I do not know --

 7 MR. ALLEN:           (Interrupting) Okay.

 8     A        -- what they did.

 9   197 Q      Okay.  Did you view the website or the

10              screenshot between the time you took the

11              screenshot in April of 2014, and the time you

12              sent the first cease and desist letter?

13     A        I don't remember if I did or not.

14   198 Q      Do you know whether or not the image of

15              Willie Nelson about which you complain was

16              visible on the website after -- at any time

17              after April 29, 2014?

18     A        I don't know that.

19   199 Q      When you took the screenshot of the post

20              about which you complain, did you attempt to

21              capture a digital image of the photograph

22              that appeared on that website?

23     A        I'm not sure if I did or not.

24   200 Q      To the best of your knowledge, do you have

25              one now?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

49

| | | |
|---|---|---|
| 1 | A | A screenshot or an actual image itself? |
| 2 | 201 Q | A digital file which contains the image? |
| 3 | A | I do not know. |
| 4 | 202 Q | You don't know whether you have it or not? |
| 5 | A | I do not know if I have it or not. |
| 6 | 203 Q | Have you looked? |
| 7 | A | Could I look or did I look? |
| 8 | 204 Q | Did you look? |
| 9 | A | If I would have looked, I would have known, |
| 10 | | sir. |
| 11 | 205 Q | Okay.  As I'm sure you're aware, your counsel |
| 12 | | has asked for a digital image of the Nelson |
| 13 | | photo that was posted on L.M. Communications' |
| 14 | | website.  And, I believe, it was in its |
| 15 | | native format; did I express that correctly? |
| 16 | A | I have -- what do you mean by native format? |
| 17 | 206 Q | Well, that's -- I think that's the word that |
| 18 | | was used in the request and I was going to |
| 19 | | ask you what you mean by that.  The reason |
| 20 | | that I'm asking is, there is an allegation in |
| 21 | | this case that L.M. Communications has |
| 22 | | destroyed evidence in this case, specifically |
| 23 | | a digital image of the photo that was posted |
| 24 | | on the website and reflected in the |
| 25 | | screenshot. |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

50

```
 1        A     I see.

 2   MS. COLE:              OBJECTION to the characterization

 3                          of what was exactly requested by

 4                          counsel not requested by my client.

 5   MR. ALLEN:             Perhaps for clarification, you can

 6                          tell me what was requested by

 7                          counsel.

 8   MS. COLE:              Counsel requested a copy of the

 9                          native version of the post itself,

10                          which would include the native

11                          version of the photo that was used

12                          in the post.

13   207 Q    Do you know what that means, Mr. Philpot?

14        A     Yes, I do.

15   208 Q    Okay.  I did not understand that was what the

16                          request was.  I understood the request to be

17                          for a copy of the photograph only, but a

18                          digital image or a digital copy of that

19                          photograph.  In any event, there is now an

20                          accusation against my client that it

21                          intentionally destroyed that evidence; are

22                          you aware of that?

23        A     I am.

24   MR. ALLEN:             Okay.

25        A     Because my cease and desist specifically
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

51

| 1 | | asked them not to do that. |
|---|---|---|
| 2 | 209 Q | Well, let's -- was it important to you that |
| 3 | | L.M. Communications specifically retain a |
| 4 | | digital copy of the image -- |
| 5 | A | (Interrupting) Well -- |
| 6 | 210 Q | (Interrupting) -- or of the website? |
| 7 | A | -- my understanding is, that that is standard |
| 8 | | procedure when you're looking at evidence. |
| 9 | 211 Q | Well, all I'm asking you is it import -- was |
| 10 | | it particularly important to you -- |
| 11 | A | (Interrupting) Yes. |
| 12 | 212 Q | -- in this case? |
| 13 | A | It will be, yes. |
| 14 | 213 Q | Okay.  Well, let's look at your letter, which |
| 15 | | is Exhibit E, and it's been heavily redacted, |
| 16 | | but on Page 2, there is some material at the |
| 17 | | bottom.  Did you write that paragraph? |
| 18 | A | Yes, I did. |
| 19 | 214 Q | Okay.  It says, "I must also advise that |
| 20 | | under the Federal Rules of the Civil |
| 21 | | Procedure as interpreted by the courts of the |
| 22 | | Southern District of Indiana, L.M. |
| 23 | | Communications must take immediate steps to |
| 24 | | assure that information both on paper and |
| 25 | | electronically stored form relating to the |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

52

| | | |
|---|---|---|
| 1 | | use of my image is not altered, deleted or |
| 2 | | otherwise tampered with.  Accordingly, please |
| 3 | | construe this letter as formal notice of your |
| 4 | | company's continuing legal obligation to |
| 5 | | preserve all such information until further |
| 6 | | advised."  If a digital image of either what |
| 7 | | was posted and -- in other words, the entire |
| 8 | | web page or, specifically, the photograph was |
| 9 | | that important to you, why didn't you |
| 10 | | specifically request that in your letter? |
| 11 | A | I did. |
| 12 | 215 Q | Well, I don't see any reference in here to a |
| 13 | | digital copy of the image or the web page. |
| 14 | A | I think it said all materials. |
| 15 | 216 Q | It just said "Assure that information, both |
| 16 | | on paper and electronically stored format |
| 17 | | relating to the use of my image is not |
| 18 | | altered, deleted or otherwise tampered with." |
| 19 | A | Are you asking me for a legal conclusion? |
| 20 | 217 Q | No, I'm asking you what you meant when you |
| 21 | | wrote that.  And if it was so important to |
| 22 | | you that L.M. Communications preserve a -- |
| 23 | | specifically a digital copy of the image, why |
| 24 | | you didn't say that in your letter? |
| 25 | A | I wrote the letter the best of my knowledge. |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

53

```
 1   218 Q   Okay.  Fair enough.  This letter is
 2           redacted -- and I think there is a -- an
 3           un-redacted copy, but is it fair to say that
 4           the upshot of this letter was to demand that
 5           L.M. Communications stop using your image?
 6      A    That's some of what my letter, I believe,
 7           said.
 8   219 Q   Do you know where the that web page was
 9           hosted?
10      A    I do not know, but I probably have.
11   220 Q   Do you know whether or not, sitting here
12           today, that the web page was hosted on a
13           server or a computer owned by L.M.
14           Communications?
15      A    Do I know that --
16   MR. ALLEN:        (Interrupting) Yes.
17      A    -- is that the question?
18   MR. ALLEN:        Yes, sir.
19      A    I do not know that sitting here today.
20   221 Q   Okay.  Mr. Philpot, there is no dispute in
21           this case that the web page was posted, that
22           the image you claim to own was on it.  Why is
23           it important to have a digital copy of the
24           image or the web page?
25      A    Why is it important?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

54

```
 1   MR. ALLEN:           Yes, sir.

 2       A    To -- to me or to anyone?

 3   MR. ALLEN:           To you, specifically in this case.

 4       A    Okay.  My understanding, first of all, is

 5            that it's the law that you have to preserve

 6            evidence.  You can't just throw it away

 7            unless you're running for election.

 8            Secondly, that image that L.M. used

 9            specifically can tell us whether or not the

10            metadata was removed.  And if the metadata is

11            removed, then that brings into two more

12            paragraphs of the Copyright Law stating that

13            the -- the removal of the metadata is $2,500

14            per use, not infringement as opposed to

15            Copyright infringement, but per use.  So, for

16            example, if this article was placed on

17            Facebook, and it had 25 shares and 1,000

18            likes, then that's 1,025 uses.

19   222 Q    Do you know whether or not there was any use

20            made by L.M. Communications of the image

21            other than the web page of which you took a

22            screenshot?

23       A    Discovery documents provided to me by the

24            defendant stated that it was used on -- that

25            it was removed from Facebook.  However, an
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

55

1              email from Lynn Martin claimed that it was

2              never used on social media.

3    MR. ALLEN:          Uh-huh (affirmative).

4         A    So I don't know what's true.

5    223 Q    So do you know of any use by L.M.

6              Communications sitting here today, anywhere

7              other on the web page of which you took a

8              screenshot on April 29th, 2014?

9         A    I have a suspected use, but I do not know.

10   224 Q    What is the suspected use?

11        A    I believe that you have it.  It is an empty

12             Willie Nelson article.

13   225 Q    Do you know one way or the other whether such

14             use was made?

15        A    I do not know that, no.

16   226 Q    All right.  And is it fair to say that

17             sitting here today, you do not know whether

18             or not L.M. Communications removed any

19             metadata from that image?

20        A    I'm sorry, sir.  What was the question?

21   227 Q    Do you know sitting here today, whether or

22             not L.M. Communications removed any metadata

23             from the image at issue in this case?

24        A    At this moment, I do not know that.

25   228 Q    Okay.  If L.M. Communications were to do

```
 1              that, how would they do it?

 2      A    I don't know.

 3  MS. COLE:          OBJECTION.  Calls for speculation.

 4                     Go ahead.

 5  229 Q   Well, would you, if presented with a copy --

 6          the digital copy of the image you sent to

 7          Wikipedia, if you decided -- just for your

 8          own purposes, you wanted to remove metadata

 9          from that image, would you know how to do it?

10      A    I honestly do not know how to do it, no.

11  230 Q   Okay.  Do you have any reason to believe that

12          anyone at L.M. Communications would know how

13          to do it?

14      A    I don't know if anyone at L.M. Communications

15          would know how to do it.

16  MR. ALLEN:         Okay.  I'll ask the reporter to

17                     mark as Deposition Exhibit 3, a

18                     Complaint.

19          (REPORTER MARKS COMPLAINT AS EXHIBIT NO. 3

20          FOR THE PURPOSES OF IDENTIFICATION AND THE

21          SAME IS ATTACHED HERETO AND FILED HEREWITH)

22  231 Q   Mr. Philpot, the reporter has handed you

23          what's been marked as Deposition Exhibit 3.

24          I'll ask you if you can identify that as the

25          Complaint you filed in this action?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

57

```
 1      A    I believe that it is.

 2  232 Q    I want to ask you about some of the

 3           allegations you've made in this Complaint.

 4           And I'll ask you first to turn to

 5           Paragraph 13.  In Paragraph 13, you allege

 6           that "L.M. has, for commercial gain and

 7           purpose reproduced, distributed and publicly

 8           displayed, as well as made available

 9           specifically for advertising, third parties

10           distribution, display and public sharing --

11           public and sharing the photo."  Mr. Philpot,

12           tell me what L.M.'s commercial gain and

13           purpose was in its use of this image?

14      A    My understanding is, that it is -- it was

15           used to promote a concert from AEG.

16  233 Q    Okay.  Do you know whether or not L.M.

17           Communications received any revenue as a

18           result of the post on the web page?

19      A    I do not know that specifically, but Lynn

20           Martin told me on a couple of occasion -- of

21           a couple of occasions -- during a couple of

22           emails that they had received X number of

23           dollars.

24  234 Q    Well, do you know whether that -- that number

25           of dollars was for on-air advertising as
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

58

```
 1              opposed to the posting on the website?

 2      A      I do not know that.

 3  235 Q      Okay.  You further allege that L.M.

 4              Communications reproduced the photo.  How did

 5              L.M. Communications reproduce the photo?

 6      A      And not meaning to be flippant, but isn't

 7              that self-explanatory?  That they're not

 8              using the Wikimedia or Wikipedia, which -- to

 9              me, is the same.  They're not using that

10              photo.  They're using a version of their own.

11  236 Q      In what way?

12      A      To promote a concert.

13  237 Q      No, I mean, you say they were using a version

14              of their own.  What do you mean by that?

15      A      Well, to me, the Wikimedia photograph or

16              Wikipedia photograph is on Wikipedia.

17              They're not using -- the Wikipedia photograph

18              is on there.  A copy of that photograph is on

19              the L.M. website.

20  MR. ALLEN:         Right.

21      A      So some -- I don't know where that came from.

22  238 Q      Okay.  Well, again, these are your

23              allegations in your Complaint and I'm just

24              asking you what you know about your own

25              allegations.  And you used the word
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

59

| 1 | | reproduced and I'm just asking you how L.M. |
|---|---|---|
| 2 | | Communications reproduced the image? |
| 3 | A | Well, I don't know how they reproduced it, |
| 4 | | but Lynn Martin told me that they asked him |
| 5 | | to display it and they did. |
| 6 | 239 Q | Who asked him to display it? |
| 7 | A | The promoter.  This is from memory, the |
| 8 | | promoter. |
| 9 | 240 Q | Okay.  From memory, is it your testimony that |
| 10 | | Lynn Martin told you that the promoter asked |
| 11 | | L.M. Communications to display that specific |
| 12 | | photo or just a photo of Willie Nelson? |
| 13 | A | I'm not sure.  And Lynn Martin told me a lot |
| 14 | | of conflicting things, so... |
| 15 | 241 Q | Okay.  Did you make any notes of what he told |
| 16 | | you? |
| 17 | A | (Shakes Head Negatively). |
| 18 | 242 Q | You're shaking your head no? |
| 19 | A | I'm shaking my head no.  That is correct. |
| 20 | | Made no notes, because after a while, he |
| 21 | | couldn't be believed. |
| 22 | 243 Q | And is it fair to say, your memory is not |
| 23 | | particularly clear as to what he told you? |
| 24 | A | Are any of ours? |
| 25 | 244 Q | Okay.  Fair enough.  Okay.  You then go on to |

| | | |
|---|---|---|
| 1 | | allege that L.M. Communications distributed |
| 2 | | the photo.  How did they distribute it? |
| 3 | A | When they put it on -- distribution to me is |
| 4 | | when you put it on a website and you urge |
| 5 | | people to share. |
| 6 | 245 Q | Okay.  Do you know of any way in which L.M. |
| 7 | | Communications urged people to share this |
| 8 | | particular photograph? |
| 9 | A | I don't know if it was in the image or not, |
| 10 | | but they gave it to Intertech Media. |
| 11 | 246 Q | Who is Intertech Media? |
| 12 | A | I have no idea. |
| 13 | 247 Q | Do you know whether or not Intertech Media |
| 14 | | might be the company that hosts the website? |
| 15 | A | It could be.  They could also share. |
| 16 | 248 Q | Could.  Well, you say they did and I want |
| 17 | | to -- |
| 18 | A | (Interrupting) No, I did not say that. |
| 19 | 249 Q | Well, you said, in Paragraph 13 of your |
| 20 | | Complaint, "L.M. has, for commercial gain and |
| 21 | | purpose, reproduced, distributed -- |
| 22 | A | (Interrupting) Oh, I thought you were talking |
| 23 | | about Intertech Media. |
| 24 | 250 Q | Well, I'm asking you what you mean.  How did |
| 25 | | L.M. Communications distribute the photo? |

| | | |
|---|---|---|
| 1 | A | By making a public display of it and urging |
| 2 | | people to share the concert. |
| 3 | 251 Q | Okay.  Where did they urge people to share |
| 4 | | the concert? |
| 5 | A | Well, I saw somewhere, like and share, or |
| 6 | | something to that effect.  I don't remember. |
| 7 | 252 Q | Well, Exhibit D to your Affidavit, Deposition |
| 8 | | Exhibit 1, is the screenshot that you took. |
| 9 | | Can you identify any spot on that where there |
| 10 | | is an urge to share it? |
| 11 | A | I don't see it on the printed version, but my |
| 12 | | experience with making a PDF is not |
| 13 | | everything shows up on a PDF. |
| 14 | 253 Q | Well, this is a PDF you made, correct? |
| 15 | A | Yes, sir. |
| 16 | 254 Q | Okay.  Are you aware of anyplace where |
| 17 | | L.M. Communications urged anyone to share |
| 18 | | this image? |
| 19 | A | I am aware from discovery that the image |
| 20 | | was -- contrary to what Lynn Martin said -- |
| 21 | | placed on Facebook. |
| 22 | 255 Q | By whom? |
| 23 | A | That I have no clue. |
| 24 | 256 Q | Okay.  Have you ever seen a post of that |
| 25 | | image on Facebook? |

| | | |
|---|---|---|
| 1 | A | I saw an empty where that it had been |
| 2 | | scrubbed. |
| 3 | 257 Q | I don't have that here, but I think I know |
| 4 | | what you're talking about.  It was an exhibit |
| 5 | | to Lynn Martin's deposition.  And as I |
| 6 | | recall, it was a screenshot of a web page |
| 7 | | with a photo missing? |
| 8 | A | I think there's a screenshot of a Facebook |
| 9 | | page that shows the photo missing as well. |
| 10 | 258 Q | Okay.  Do you have any evidence that this |
| 11 | | image ever appeared on that Facebook page? |
| 12 | A | I do not, no. |
| 13 | 259 Q | Do you know of any use or distribution of |
| 14 | | this photograph by L.M. Communications other |
| 15 | | than by way of posting on the web page that |
| 16 | | is Exhibit D to your Affidavit? |
| 17 | A | Unless it was on Facebook. |
| 18 | 260 Q | You don't know whether it was on Facebook. |
| 19 | | I'm asking you whether or not you know of any |
| 20 | | other use by L.M. Communications of this |
| 21 | | image anywhere other than Exhibit D to your |
| 22 | | Affidavit? |
| 23 | A | Are you saying that I don't know that it was |
| 24 | | on Facebook? |
| 25 | 261 Q | Well, you said you don't know whether it was |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

63

| 1 | | on Facebook? |
|---|---|---|
| 2 | A | I said discovery said that it was on |
| 3 | | Facebook. |
| 4 | 262 Q | Well, discovery speaks for itself.  I'm |
| 5 | | asking you what you know. |
| 6 | A | What I know is what I read in the discovery. |
| 7 | 263 Q | Okay.  Beyond what you've read in discovery |
| 8 | | and Exhibit D to your Affidavit, do you know |
| 9 | | of any use or distribution of this photograph |
| 10 | | by L.M. Communications? |
| 11 | A | I do not know that unless you would consider |
| 12 | | distribution putting it on an Intertech |
| 13 | | website. |
| 14 | 264 Q | You go on to allege that the image was |
| 15 | | publicly displayed.  My question is, whether |
| 16 | | or not the image, to the best of your |
| 17 | | knowledge, was publicly displayed anywhere |
| 18 | | other than on the web page, which you |
| 19 | | attached as Exhibit D to your Affidavit? |
| 20 | A | So your question, Mr. Allen, I'm sorry, |
| 21 | | please, once more? |
| 22 | 265 Q | Sure.  You allege that L.M. Communications |
| 23 | | publicly displayed this image? |
| 24 | A | Yes. |
| 25 | 266 Q | And I'm asking you whether to your knowledge |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

64

```
 1              L.M. Communications publicly displayed it

 2              anywhere other than the web page attached as

 3              Exhibit D to your Affidavit?

 4      A       Okay.  To my knowledge, to my absolute

 5              knowledge at this particular time, I do not

 6              know; however, I suspect based upon what I

 7              have read.

 8  267 Q       All right.  All right.  You go on to allege

 9              that the image was made available

10              specifically for advertising.  How did L.M.

11              Communications make the image available for

12              advertising?

13      A       They advertised a concert.  They promoted a

14              concert with it.

15  268 Q       Anything else?

16      A       Not that I know of, unless it was used on

17              another entity.

18  269 Q       Do you know whether or not that happened?

19      A       I do not know that.

20  270 Q       You go on to allege that the image was made

21              part -- made available specifically for

22              third-parties distribution.  How did L.M.

23              Communications make the image available for

24              third-parties distribution?

25      A       Well, if I didn't give it to them and it got
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

65

```
 1              shared or someone took it from the page, that

 2              was distribution.  I don't believe the page

 3              was right click protected.

 4   271 Q     Do you know whether it was or not?

 5      A      I'm guessing that's how I found out that the

 6              metadata had been stripped.

 7   272 Q     Well, I thought you testified earlier you did

 8              not know whether the metadata had been

 9              stripped?

10      A      Apparently, I did, if I put it in the

11              Complaint.

12   273 Q     Well, Mr. Philpot, your Complaint is what it

13              is.  I'm asking you what the basis of your

14              allegations are in the Complaint and you --

15              you know, sometimes people make allegations

16              that are not true, because they don't know,

17              what the truth is at the time they make their

18              Complaint.  You testified earlier that you

19              did not know whether or not L.M.

20              Communications removed any metadata, right?

21              Was that testimony true or not?

22      A      What I said was -- or what I believe I said

23              was, that I don't know if anyone from L.M.

24              Communications knows how to remove the

25              metadata.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

66

```
 1   274 Q   Well, let me ask you again, because you
 2             called your prior testimony into doubt.  Do
 3             you know whether or not L.M. Communications
 4             removed any metadata from the image at issue
 5             in this case?
 6     A       I did not see them do it, no.
 7   275 Q   Do you know whether they did or not by any
 8             means?
 9     A       Do I know at this time?  I do not know.
10   276 Q   Okay.  That's what I think you testified to
11             before and I just wanted to be sure that that
12             was clear.  You go on to allege that it was
13             made available specifically for display and
14             public and sharing.  Do you refer in that
15             allegation to anything other than the posting
16             on the web page that is attached as Exhibit D
17             to your Affidavit?
18     A       I believe that it was used on Facebook.  And
19             I -- the get social button here on my exhibit
20             would tell me that this would be able to be
21             shared, that there should be little icons on
22             here that may not have shown up in the print.
23   277 Q   Do you know whether there are icons that
24             didn't show up in the print?
25     A       I do not know that, no, not at this time.
```

| | | |
|---|---|---|
| 1 | 278 Q | All right.  You then go on to allege that |
| 2 | | L.M. Communications did all of those things, |
| 3 | | with the DMCA Copyright management |
| 4 | | information and metadata stripped from all |
| 5 | | versions of the photos.  First of all, how |
| 6 | | many versions of the photo were there, as far |
| 7 | | as you know? |
| 8 | A | Well, as far as I know, there is one version |
| 9 | | of the photo. |
| 10 | 279 Q | Okay.  You alleged that the metadata was |
| 11 | | stripped from the photo, but just a moment |
| 12 | | ago you repeated your testimony that you did |
| 13 | | not know whether or not L.M. Communications |
| 14 | | stripped the metadata? |
| 15 | A | Well, let me clarify that.  I consider the |
| 16 | | metadata to have my name, to be an |
| 17 | | attribution of my name, because the metadata |
| 18 | | in one of my exhibits shows Larry Philpot.  I |
| 19 | | didn't see Larry Philpot in that.  I don't |
| 20 | | see it underneath it so that is what I am |
| 21 | | referring to by metadata.  My name is also |
| 22 | | metadata.  It's put in there by the camera. |
| 23 | 280 Q | Well, it may have been put in there by the |
| 24 | | camera -- and I assume you're not accusing |
| 25 | | Wikipedia of removing metadata, right? |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

68

```
 1      A    No, Wikipedia listed it.

 2  281 Q    Okay.  But on the -- on the image that

 3           actually appears on the website that is

 4           visible, there is no attribution at all.  And

 5           there's no indication of metadata.  I mean,

 6           you've testified to that.

 7  MS. COLE:          You're talking about Exhibit 2 to

 8                     the deposition --

 9  MR. ALLEN:         (Interrupting) Yes, yes.

10  MS. COLE:          -- when you say website?

11  MR. ALLEN:         Absolutely, yes.  I'm sorry.

12  WITNESS:           Are you talking about this

13                     particular thing right here?

14  MS. COLE:          No, he's talking about this one.

15  282 Q    I'm talking about Exhibit -- or Deposition

16           Exhibit 2.  We've already looked at this and

17           I've asked you to identify where any

18           attribution appears and you have identify --

19      A    (Interrupting) Okay.  Well, I am confused

20           now.  I'm sorry.  So...

21  283 Q    Well, I'm a little confused, too.  You know,

22           your allegation is that L.M.

23           Communications -- or, at least, perhaps,

24           somebody stripped metadata from the version

25           of the photograph that was posted by L.M.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

69

```
 1            Communications.  You've testified that you
 2            don't know whether or not L.M. Communications
 3            stripped any metadata.  Do you know whether
 4            anybody else stripped any metadata from that
 5            photo?
 6      A     Would not be able to make that.
 7  284 Q     Okay.  You allege that the DMCA Copyright
 8            management information was stripped.  What
 9            evidence do you have that L.M. Communications
10            stripped DMCA Copyright management
11            information from the photo?
12      A     To me, DMCA Copyright management information
13            is the name and website or the title of the
14            image.  This -- we're looking at Exhibit B --
15  MS. COLE:        (Interrupting) Deposition
16                   Exhibit 2.
17  WITNESS:         B?
18  MS. COLE:        Two.
19      A     Two.  Okay.  Oh, deposition Exhibit 2, the
20            title of this image here says "Nelson
21            performing at Farm Aid in 2009."  That is
22            also part of the metadata.  This is also part
23            of the DMCA Management information, because
24            it's the title of the photograph.  And I saw
25            none of that in the posting on the WCOO
```

1          website.

2   285 Q   So when you refer to DMCA Copyright

3          management information, you are including the

4          title of the photograph as a part of that

5          Copyright management information; is that

6          your testimony?

7      A   Yes.

8   MR. ALLEN:        Okay.

9      A   As I understand it.

10  286 Q   Okay.  Is that the DMCA Copyright

11         information -- management information, which

12         you've alleged, was removed?

13     A   I do not know what was removed.

14  MR. ALLEN:        Okay.

15     A   I didn't see any of it.

16  287 Q   Do you have any evidence that L.M.

17         Communications removed anything from the

18         photo?

19     A   It depends on where L.M. Communications got

20         the photo.

21  288 Q   Do you know whether or not L.M.

22         Communications removed any Copyright

23         management information from the photo at

24         issue in this case?

25     A   No, I do not know that.

1  289 Q    Do you know whether there was any DMCA

2           Copyright management information or metadata

3           on the photo when it came into L.M.

4           Communications' possession?

5      A    I couldn't possibly know that.

6  MR. ALLEN:          Okay.

7      A    Because I don't know where they -- where you

8           got the image.

9  MR. ALLEN:          Okay.

10 MS. COLE:          If you get a moment when you're

11                    sort of transitioning topic areas,

12                    if we could take a break.  I would

13                    appreciate that.

14 MR. ALLEN:          Let me finish up this line of

15                    questioning and I will.

16 MS. COLE:          Sure.

17 MR. ALLEN:          Then we can take a break.  Unless

18                    you need to do it now?

19 MS. COLE:          No, that's okay.  Go ahead.

20 290 Q    Okay.  Okay.  Please refer to Paragraph 19 of

21          Exhibit 3.  Have you had a chance to look at

22          Paragraph 19?

23     A    Yes.

24 291 Q    You allege that L.M. Communications used the

25          Nelson photo for purposes of trade and used

```
 1              the image to promote a concert in exchange

 2              for advertising fees and other consideration.

 3              What advertising fees and other consideration

 4              did L.M. Communications receive other than

 5              the fees for air time paid by the promoter?

 6       A      I do not know what there is.  I know what

 7              there generally is.  But Lynn Martin told me

 8              a couple of different things and I have no --

 9              no direct knowledge.

10    MR. ALLEN:        Okay.

11       A      They often get tickets.

12    292 Q     Do you know whether L.M. Communications got

13              tickets in this case?

14       A      I do not.

15    293 Q     Do you know of any use -- let me withdraw

16              that.  I've asked that question before.  It's

17              been answered.  In Paragraph 20, please look

18              at that, if you would.  You allege in

19              Paragraph 20 that L.M. Communications altered

20              the photograph.  How did L.M. Commmunications

21              alter the photograph specifically?

22       A      It appears that they made it smaller.

23    294 Q     Any other alteration?

24       A      Leaving off the attribution.

25    295 Q     Anything else?
```

```
 1      A    Omitting the title.  It could have been

 2           reproduced in much less quality than -- when

 3           they resized it.  When you resize things,

 4           things change.

 5  296 Q    Do you know specifically whether or not L.M.

 6           Communications resized the photo?

 7      A    I didn't see them do it, no.

 8  297 Q    Okay.  Any other alteration about which you

 9           complain?

10      A    Not that I can come up with right now.

11  298 Q    Please refer to Paragraph 28 of your

12           Complaint.  Have you had a chance to read

13           Paragraph 28?

14      A    Yes, I have.

15  299 Q    You allege in there that -- that L.M.

16           Communications through the social media

17           functions and urging readers "I like" and to

18           quote "share".  What evidence do you have to

19           support that allegation?

20      A    When I wrote this, I probably saw the little

21           buttons on the website.

22  300 Q    You probably.  Do you know whether you saw

23           buttons on the website?

24      A    I do not remember what happened in 2014, sir.

25  301 Q    All right.  So if you were asked at trial to
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

74

```
 1              explain what the factual basis of that
 2              allegation is at trial, would you be able to?
 3      A       I will read the file.  I will look at my
 4              screenshots and I might be able to answer
 5              differently; I might not.
 6  302 Q       But you can't answer the question today; is
 7              that correct?
 8      A       What is the question, sir?
 9  303 Q       The question is, what evidence you have that
10              L.M. Communications made use of the
11              photograph through the social media functions
12              and urging readers to "like" and to "share"?
13      A       I cannot answer that today.
14  304 Q       Okay.  Let me ask you this:  What did you do
15              to prepare for your deposition today, other
16              than, perhaps, discussing it with your
17              counsel?  And I'm certainly not asking you to
18              disclose any communications you had with your
19              counsel, but other than talking with your
20              counsel about this deposition, if you did,
21              what else did you do to prepare?
22      A       I drove down here and had breakfast.
23  305 Q       Did you review any documents?
24      A       I did not.
25  306 Q       Did you review -- okay.  No documents.  So
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

75

```
 1              did you have discussions with anyone?

 2       A      No.

 3  307 Q       Okay.  Please refer to Paragraph 29 in your

 4              Complaint.  In Paragraph 29, you allege that

 5              L.M. Communications failed to remove all

 6              instances.  I assume that's all instances of

 7              the photograph after receiving notice to do

 8              so.  You've testified earlier, I believe,

 9              that you don't know whether or not the image

10              appeared at any time on the website after

11              April 29th, 2014.  What evidence do you have

12              to support your allegation that L.M.

13              Communications failed to remove all instances

14              after receiving notice to do so?

15       A      I am not sure whether that -- I don't know

16              where that came from.  It may be in my files.

17  308 Q       Is it possible it came from another version

18              of this Complaint in another case?

19       A      Of course, that's possible.

20  309 Q       Okay.  But sitting here today, you don't have

21              any knowledge information or evidence to

22              support that allegation; is that the case?

23       A      The only thing that would cause me to have

24              written that is because I -- we notified him

25              twice.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

76

```
 1   310 Q   Well, do you have any evidence that the image
 2             was not removed from the website immediately
 3             after receiving your cease and desist letter
 4             on November 18th?
 5      A    I can't answer.
 6   311 Q   You don't know?
 7      A    I don't -- I don't have any of my records in
 8             front of me, so I do not know.
 9   312 Q   Please refer to Paragraph 30 of your
10             Complaint.  You allege contributory
11             infringement by urging the distribution of
12             the Nelson photo.  What facts do you have to
13             support that allegation?
14      A    If there were "likes" and "share" buttons, as
15             I believe that there were, then that would be
16             contributory infringement.
17   313 Q   Okay.  Do you know, sitting here today,
18             whether that happened?
19 MS. COLE:          OBJECTION to the form of the
20             question.  Can you clarify "that"?
21   314 Q   Let me rephrase it.  Do you know sitting here
22             today whether or not L.M. Communications
23             urged the distribution of the Nelson photo in
24             any way; and if so, what was it?
25      A    If there was a "like" and "share" button,
```

```
 1              then, that to me is urging the distribution.

 2   315 Q    Do you know whether or not there was a "like"

 3           or "share" button?

 4   MS. COLE:           OBJECTION, asked and answered.  You

 5                       can answer.

 6     A     I've answered that before.

 7   316 Q   And the answer is no?

 8     A     The answer is, I don't know right now.

 9   317 Q   Okay.  You go on to say that that conduct is

10           indicative of attempting to conceal the

11           existence of the photos.  What do you mean by

12           that?

13     A     I don't know.

14   318 Q   Okay.  I don't either.  And along with

15           failing to attribute Philpot as prima facie

16           evidence of willful infringement,

17           Mr. Philpot, do you know whether or not

18           anyone at L.M. Communications actually had

19           actual knowledge that you claimed ownership

20           rights in this photograph at the time it was

21           used by L.M. Communications?

22     A     I could not possibly know that.

23   319 Q   Okay.  Please refer to Paragraph 31 of your

24           Complaint?  Paragraph 31, alleges damage as a

25           result of acts of defendants.  I assume
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

78

| | | |
|---|---|---|
| 1 | | that's a typo.  That you have suffered |
| 2 | | substantial damage to your business in the |
| 3 | | form of diversion of trade.  How has trade |
| 4 | | been diverted from your business by L.M. |
| 5 | | Communications? |
| 6 | A | Someone promoting that concert at AEG.  I |
| 7 | | don't know if AEG gave you the image or not, |
| 8 | | but someone could have licensed that from me. |
| 9 | 320 Q | Do you know whether or not that happened? |
| 10 | A | No, I do not know that. |
| 11 | 321 Q | Okay.  If L.M. Communications received a copy |
| 12 | | of the image from someone to whom you had |
| 13 | | licensed its use, would that be a violation |
| 14 | | of your rights by L.M. Communications? |
| 15 | MS. COLE: | OBJECTION.  Calls for a legal |
| 16 | | conclusion.  You can answer. |
| 17 | 322 Q | Okay.  To the best of your knowledge, would |
| 18 | | you claim that that was a violation of your |
| 19 | | rights? |
| 20 | A | I never let anyone sublicense the image. |
| 21 | 323 Q | You allege that -- going back to diversion of |
| 22 | | trade, do you know or any other facts on |
| 23 | | which you base your allegation that L.M. |
| 24 | | Communications diverted trade from you? |
| 25 | A | Other than -- I'm going to have to ask you to |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

79

```
 1              repeat the question again for two reasons.

 2              One, I didn't quite get it.  And, two, I have

 3              spent decades in front of a stage, so my

 4              hearing is just about fried.

 5   324 Q   Okay.  Well, I'll try to speak up.  You have

 6              alleged that L.M. Communications diverted

 7              trade from you and you've -- I think you've

 8              referred to, perhaps, that happened if they

 9              got the image from someone to whom you had

10              licensed the photo?

11      A    I'm just confused -- I'm more confused than

12              ever.

13   325 Q   Well, I am, too.  And I'm trying to

14              understand what the factual basis of these

15              allegations in your Complaint are and maybe

16              we just need to reset.  You've alleged L.M.

17              Communications diverted trade from you.  How

18              did they do that?

19      A    Well, if they used an image and someone could

20              have paid me for that image, that is

21              diversion of trade.  Or they themselves could

22              have asked me for it.  Or they could have

23              just -- if -- even if they would have asked

24              me for it, I would say it's free if you do

25              this.
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

80

```
 1   MR. ALLEN:          Uh-huh (affirmative).

 2        A    But none of that happened.  And AEG is the

 3             second largest promoter of concerts in the

 4             world.  They didn't ask for it.

 5   326 Q    Didn't ask for what?

 6        A    Didn't ask for the image.  That would have

 7             been a nice little sale.

 8   327 Q    Do you know whether or not AEG provided the

 9             image to L.M. Communications?

10        A    I do not know that.

11   328 Q    You allege that you suffered a loss of

12             profits.  What is the amount of the loss of

13             profits and how did you compute it?

14        A    I just said loss of profits.  I didn't say

15             how much.

16   329 Q    Right.  And --

17        A    (Interrupting) And I knew it would be

18             impossible to -- it would depend on how many

19             "likes" on Facebook.  It would depend on how

20             many people saw it.  And 10,000 people could

21             see it and only one person be in the market

22             for the image.  You know, it's a -- that's an

23             impossible question to answer.

24   330 Q    Okay.  So is it your --

25        A    (Interrupting) But even one sale.  If you
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

81

```
 1              could get $50 for an image and sell it

 2              20 times, you can make $1,000 a concert.

 3              That's a wonderful little opportunity there.

 4   331 Q     Well, all I can do, Mr. Philpot, is ask you

 5              not to speculate about what might happen, but

 6              to tell me how much you allege you lost in

 7              profits by virtue of L.M. Communications'

 8              activities?

 9     A       Well, Mr. Allen, that would be a speculation,

10              too.

11   332 Q     Okay.  Would that also be true regarding your

12              allegation of injury to goodwill?

13     A       That would be difficult.  Sometimes people

14              when they're mad at you, they don't tell you.

15   333 Q     Do you know if anyone is mad at you as a

16              result of L.M. Communications' use of that

17              image?

18     A       I would imagine that Lynn Martin is mad at

19              me.

20   334 Q     Anyone else?

21     A       Kelly Basil.  Kelly Basil may be mad me.  I

22              don't know --

23   335 Q     (Interrupting) Why is that?

24     A       -- I'm just speculating.

25   MR. ALLEN:        Okay.
```

```
 1        A     You asked me not to speculate.

 2   336 Q     Well, I -- I'm just, again, trying to figure

 3              out what you've got to say about these

 4              allegations.  What impact, if any, has L.M.

 5              Communications activities had on your

 6              reputation?

 7        A     On my reputation?

 8   MR. ALLEN:          Yes.

 9        A     I don't -- that would be hard to ascertain as

10              well.

11   MR. ALLEN:          Okay.

12        A     Probably minimal.  Well, let me rephrase

13              that.  My understanding is he called Willie

14              Nelson, but I doubt that that hurt my

15              reputation at all.

16   337 Q     You claim that there has been a dilution in

17              the value of your rights.  What is the amount

18              of the dilution in the value of your rights

19              and how did you calculate it?

20        A     Well, I can't calculate that, as you know.

21   MR. ALLEN:          Okay.

22        A     And you and I had this conversation.  I

23              probably shouldn't be adding, but it's out

24              there so much now, that because of situations

25              like this, that it's difficult -- it would be
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

83

```
 1            difficult to calculate.

 2   338 Q    Okay.  Well, again, these are your

 3            allegations.  I am here to ask you the

 4            factual basis of them.

 5      A    I understand.

 6   MR. ALLEN:          It is now 12:40, your counsel has

 7                       requested that we take a break and

 8                       I think now would be a good time to

 9                       do that.

10   WITNESS:            Okay.  Is it a regular break or are

11                       we going to lunch?

12   MR. ALLEN:          Why don't we go to lunch.  I'm not

13                       going to have -- well, I don't know

14                       how long it will take.  Let's go to

15                       lunch.  I'm only going to need, you

16                       know, 30, 45 minutes, but I'll --

17                       suit you all?

18   MS. COLE:           Well, if we could do 45 minutes,

19                       which would put us back -- that

20                       would be -- let's say 1:30, we

21                       would be back.

22   MR. ALLEN:          That's fine.

23   MS. COLE:           And then, I guess, as I told you,

24                       my husband is traveling so I have

25                       to pick up my kids today, so my
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

84

```
 1                     hard cutoff is at 4 or 4:30.

 2   WITNESS:          Well, I -- you know, if we just

 3                     want to go to the restroom, let's

 4                     just do that and keep going.

 5   MR. ALLEN:        Well, actually I need to make a

 6                     couple of phone calls and check my

 7                     email, so I'd like -- and I'm

 8                     pretty hungry, too.  But I promise

 9                     you, I told you I would make

10                     that --

11   MS. COLE:         (Interrupting) Right.

12   MR. ALLEN:        -- 4:00 hard cutoff happen.

13   MS. COLE:         Okay.  I just --

14   MR. ALLEN:        (Interrupting) And that is --

15                     that's not going to be a problem.

16   MS. COLE:         Okay.  Then let's do that.

17   MR. ALLEN:        Okay.

18   WITNESS:          Okay.

19          (OFF THE RECORD)

20          (THEREUPON, A Short Lunch Break Was Taken)

21   MR. ALLEN:        Mr. Philpot, we're back on the

22                     record after taking a break for

23                     lunch.

24   339 Q   You've testified at some length about the

25           Deposition Exhibit 2, which is also Exhibit 8
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

85

```
 1              to LM Communications' deposition.  And I

 2              asked you some questions earlier about what

 3              happened when you left clicked and right

 4              clicked on the image that appears in that

 5              article.  And my recollection is that your

 6              testimony was that you didn't know what would

 7              happen; did I recall that correctly?

 8      A      That I don't know what would happen on here?

 9  MR. ALLEN:           Yes, sir.

10      A      What my understanding is, that if you click

11              on this, this will take you to the regular --

12              to the site.

13  340 Q     Do you know one way or the other?

14      A      I don't know, but that has been the case.

15              They are all related.

16  341 Q     And you say that's been the case.  How do you

17              know that's been the case?

18      A      Because I've had images on Wikipedia before.

19  342 Q     Okay.  So you say that's been the case as to

20              other images and so you're assuming?

21      A      If this -- if this is the main image, the

22              main image will take you to the second part

23              of this.

24  MR. ALLEN:           Okay.  Okay.  I'll ask the reporter

25              to mark as Deposition Exhibit 4, a
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

86

```
 1                    two-page document.

 2                    (REPORTER MARKS TWO-PAGE DOCUMENT AS EXHIBIT

 3                    NO. 4 FOR THE PURPOSES OF IDENTIFICATION AND

 4                    THE SAME IS ATTACHED HERETO AND FILED

 5                    HEREWITH)

 6   343 Q    Mr. Philpot, I will represent to you that --

 7            that I, myself, yesterday, left clicked on

 8            the image and -- and printed what resulted.

 9            And it was this.  (HANDS SAME TO WITNESS) And

10            that if you hit the more details button in

11            the lower right-hand corner of the front

12            page, additional information about the

13            photograph would appear.  Do you have any

14            reason to doubt that that is correct?

15      A     No, I don't doubt that.

16   MR. ALLEN:         Okay.  I'll ask the reporter to

17                      mark as Exhibit 5, a one-page

18                      document.

19                    (REPORTER MARKS ONE-PAGE DOCUMENT AS EXHIBIT

20                    NO. 5 FOR THE PURPOSES OF IDENTIFICATION AND

21                    THE SAME IS ATTACHED HERETO AND FILED

22                    HEREWITH)

23   344 Q    And, again, Mr. Philpot, I'll represent to

24            you that yesterday, I right clicked on the

25            image in the Wikipedia article and that menu
```

| | | |
|---|---|---|
| 1 | | that's down below the photograph appeared.  I |
| 2 | | think you have testified -- and this -- oh, |
| 3 | | incidentally, this is using the Chrome |
| 4 | | browser.  Do you have any knowledge regarding |
| 5 | | whether or not this is accurate and that the |
| 6 | | little menu that's below the picture would |
| 7 | | appear if you right clicked on the image? |
| 8 | A | I have no idea. |
| 9 | MR. ALLEN: | Okay. |
| 10 | A | But I -- I have no idea. |
| 11 | 345 Q | Okay.  One of the options -- |
| 12 | A | (Interrupting) But how do -- I do have a |
| 13 | | question.  Why do we -- how do we know that |
| 14 | | this is the photograph that you used?  Or |
| 15 | | that -- |
| 16 | 346 Q | (Interrupting) No, I'm not suggesting that it |
| 17 | | definitely positively is.  I'm just -- one of |
| 18 | | these -- the selections or options in the |
| 19 | | menu is to "save image as"; do you see that? |
| 20 | A | Oh, okay.  I do see that, yes. |
| 21 | 347 Q | Okay.  So do you have any reason to doubt |
| 22 | | that if you select "save image as", it is |
| 23 | | possible to save a copy of that photo to your |
| 24 | | computer desktop or anywhere else? |
| 25 | MS. COLE: | OBJECTION.  Calls for speculation. |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

88

1   MR. ALLEN:          I'm asking if he knows.

2       A    I don't know.  I would --

3   MS. COLE:            (Interrupting) It's still calling

4                        for speculation, but you can

5                        answer.

6   348 Q   Okay.  Well, do you know whether or not it is

7           possible to copy the image of Mr. Nelson on

8           the Wikipedia website without viewing the

9           attribution information that appears if you

10          left click on the image?

11      A   The question is what?

12  349 Q   Do you know whether it is possible to make a

13          digital copy of the image of Willie Nelson by

14          right clicking without left clicking and

15          viewing the attribution information?

16      A   This document would suggest that.

17  350 Q   Okay.  I agree.  Okay.  Does it concern you

18          that Wikipedia is displaying this image and

19          making it possible to -- for anyone in the

20          world to copy the photo without first viewing

21          the attribution information?

22      A   What I am only concerned with why I am here

23          today.

24  MR. ALLEN:          Okay.

25      A   You know, I'll deal with Wikipedia at another

```
 1              time.

 2   351 Q    Okay.  Well --

 3      A     (Interrupting) If they are violating this.

 4   352 Q    Well, do you consider that a violation?

 5      A     I don't -- that would -- that would call for

 6              a legal speculation, a legal conclusion.  I

 7              don't have that.

 8   353 Q    Okay.  Have you done anything or taken any

 9              steps to attempt to protect people from

10              innocently right clicking on the image of

11              Willie Nelson on the Wikipedia article and

12              copying it without any knowledge of your

13              claim of ownership?

14      A     Have I done anything in what way?

15   354 Q    In any way, in any way.

16      A     No, I have not.

17   355 Q    Have you had occasion to do just a straight

18              Google search for images of Willie Nelson on

19              the internet?

20      A     I have not.

21   MR. ALLEN:        Okay.  I'll ask the reporter to

22              mark as Deposition Exhibit 6, a

23              one-page document.

24              (REPORTER MARKS ONE-PAGE DOCUMENT AS EXHIBIT

25              NO. 6 FOR THE PURPOSES OF IDENTIFICATION AND
```

| | | |
|---|---|---|
| 1 | | THE SAME IS ATTACHED HERETO AND FILED |
| 2 | | HEREWITH) |
| 3 | 356 Q | Mr. Philpot, I'll represent to you that, |
| 4 | | again today, I did a Google search for Willie |
| 5 | | Nelson and it gives a menu across the -- |
| 6 | | below the search box for "all news" -- is |
| 7 | | that -- "videos", "images", and other things. |
| 8 | | And if you click on "images", this screen |
| 9 | | pops up.  Does it appear to you that the |
| 10 | | image -- the first image in the upper, left |
| 11 | | is the image that belongs to you or that you |
| 12 | | claim to own? |
| 13 | A | Yes. |
| 14 | 357 Q | Do you claim ownership of any of the other |
| 15 | | images that show up on this page? |
| 16 | A | Yes.  Third row down, fourth one from the |
| 17 | | left. |
| 18 | 358 Q | Okay.  And any others that you know of? |
| 19 | A | That are on here? |
| 20 | MR. ALLEN: | Yes, sir. |
| 21 | A | I don't think so, no. |
| 22 | MR. ALLEN: | Okay.  I'll ask the reporter to |
| 23 | | mark as Deposition Exhibit 7, a |
| 24 | | one-page document. |
| 25 | | (REPORTER MARKS ONE-PAGE DOCUMENT AS EXHIBIT |

1              NO. 7 FOR THE PURPOSES OF IDENTIFICATION AND

2              THE SAME IS ATTACHED HERETO AND FILED

3              HEREWITH)

4    359 Q    Mr. Philpot, I'll represent to you that this

5              is the same page as before obtained in the

6              same way, with a right click on the image in

7              the upper, left-hand corner, and that that

8              menu appears, and that one of the options

9              there is "save image as".  My question to you

10             is, whether or not you are aware that it is

11             possible for people to do a Google search for

12             images of Willie Nelson and right click on

13             that photo and copy it without any knowledge

14             of your claim of ownership?

15     A      I don't know what would happen if you do

16             that.

17   MR. ALLEN:          Okay.

18     A      This document seems to indicate that you can

19             save it as.  I don't know if it saves the

20             pop-up writing down here at the bottom that

21             shows that it's on Wikipedia.

22   360 Q    What pop-up writing are you referring?

23     A      Do you not see the 20x24.en.wikipedia.org at

24             the very bottom of that image now that you

25             have highlighted it?

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

92

```
 1    361 Q   Oh, oh.  I see.  I see.  Okay.  So you just
 2              don't know what would happen or what would
 3              copy over?
 4      A      That is correct.
 5    362 Q   Is that image different than the image that
 6              appears on the Wikipedia website?
 7      A      I don't know.
 8   MR. ALLEN:        Okay.
 9      A      If we just had the COO image, we wouldn't
10              have to go through this; would we?
11    363 Q   Well, possibly, but the point of this is
12              that -- that this image that you claim to own
13              is pretty freely available on the internet;
14              is it not?  Wouldn't you agree with that?
15      A      I can probably tell you why, too, but yes.
16    364 Q   Why?
17      A      Because of people -- it's all over the
18              internet.  People have taken it without given
19              me my attribution.
20   MR. ALLEN:        Yeah.
21      A      It's the greatest photograph of Willie Nelson
22              in history.
23   MR. ALLEN:        Okay.
24      A      But that doesn't mean it's free.
25   MR. ALLEN:        I understand.  I'll the ask the
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

93

```
 1                      reporter to mark as deposition

 2                      Exhibit 8, Answers to

 3                      Interrogatories.

 4            (REPORTER MARKS ANSWERS TO INTERROGATORIES AS

 5            EXHIBIT NO. 8 FOR THE PURPOSES OF

 6            IDENTIFICATION AND THE SAME IS ATTACHED

 7            HERETO AND FILED HEREWITH)

 8   365 Q    Mr. Philpot, can you identify Deposition

 9            Exhibit 8, as a copy of your Interrogatory

10            Answers?

11      A    I can, yes.

12   MR. ALLEN:        Let's go off the record just for a

13                      second.

14            (OFF THE RECORD)

15   MR. ALLEN:        Before we went off the record, we

16                      discovered that the copies had not

17                      been properly made.  And so what I

18                      would like to do is ask the witness

19                      to hand me the document that

20                      previously was marked as Deposition

21                      Exhibit 8, and ask the reporter to

22                      mark a substitute, which is, I

23                      think, a proper copy.

24            (OFF THE RECORD)

25   MS. COLE:         We will stipulate that this
```

| | | |
|---|---|---|
| 1 | | replaced Exhibit 8, is -- assuming |
| 2 | | that our witness that he confirms |
| 3 | | that he has all pages, is the |
| 4 | | appropriate exhibit. |
| 5 | MR. ALLEN: | And that's Exhibit 8, right? |
| 6 | MS. COLE: | Yes. |
| 7 | MR. ALLEN: | Yes.  All right.  Thank you. |
| 8 | A | I have 16 -- I have 17 pages. |
| 9 | 366 Q | Okay.  Very good.  Mr. Philpot, the reporter |
| 10 | | has handed you what's been marked as |
| 11 | | Deposition Exhibit 8.  I'll ask you to refer |
| 12 | | to the last page of that document, Page 17. |
| 13 | | And my question is, can you confirm that's |
| 14 | | your signature on Page 17? |
| 15 | A | Yes. |
| 16 | 367 Q | Did you read the Answers to Interrogatories |
| 17 | | before you signed the verification? |
| 18 | A | Yes, I did. |
| 19 | 368 Q | I only have a couple of questions about this. |
| 20 | | In your Answer to Interrogatory No. 3, you've |
| 21 | | listed some other lawsuits involving the |
| 22 | | Willie Nelson image that is at issue in this |
| 23 | | case.  I believe you've indicated elsewhere |
| 24 | | in your papers, that you do not pursue all |
| 25 | | cases of infringement and that you're not |

1           required to do so.  My question is, do you

2           pursue all cases of infringement or not?

3      A    I do not.

4  369 Q    How do you decide which cases of infringement

5           you do pursue?

6      A    The severity of the use for one thing.  How

7           blatant it is.  Whether or not it's

8           commercial, whether or not it is something --

9           if it were posted on something that I don't

10          agree with, such as a petition to destroy Ted

11          Nugent's career.  I mean, he's a jerk, but --

12          I mean, a real jerk, but that's wrong.  I

13          wouldn't want anyone to do that to me.

14  370 Q   Just out of curiosity, what was the basis for

15          doing that?  Just a political disagreement

16          with him or...

17      A   Can we go off the record?

18  MR. ALLEN:      Yes.

19          (OFF-THE-RECORD DISCUSSION)

20  371 Q   I'm looking at the list from the bottom up.

21          The last entry on the -- on that is a case

22          about which, I believe, you have testified

23          already.  And that's Philpot vs. Multiple

24          Media Graphic Network, Inc. in the Southern

25          District of California.

```
 1        A     Where are we?

 2   MR. ALLEN:          We're at the -- at the -- on Page 7

 3                       at the top of the page.

 4        A     Oh.   Thank you.

 5   372 Q     I'm sorry.  At the very top of the page,

 6             there's a --

 7        A     (Interrupting) I see that.

 8   373 Q     -- it's the list of cases involving this

 9             image.  And, I believe, you have referred to

10             the second one listed on that page, Philpot

11             vs. Multimedia Graphic Network, Inc.?

12        A     Earlier today, yes.

13   MR. ALLEN:          Yes.

14        A     Yes.

15   374 Q     In the Southern District of California.  And

16             you testified a little bit about the nature

17             of that case.  The one before it -- above it

18             on the list, Philpot vs. Bangor Publishing

19             Company, what was the -- what was it about

20             that case that caused you to decide to pursue

21             a claim of infringement in that case?

22   MS. COLE:           I'm just going to enter a

23                       continuing OBJECTION to this line

24                       of questioning based on the pending

25                       Motion in Limine that we have to
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

97

```
 1                    exclude information about all other

 2                    lawsuits and settlements.  I'm

 3                    going to let you ask your

 4                    questions, but I just want to lodge

 5                    that now going forward.

 6   MR. ALLEN:          That's fine.

 7   375 Q    And I don't intend to get into the resolution

 8            of these cases.  I'm just asking about what

 9            it is about that particular claim of

10            infringement that caused you to decide to

11            pursue that particular case as opposed to

12            others?

13      A     I had sent them a cease and desist.  Their

14            attorneys called me, made an offer.  And then

15            two years later, the thing pops up in my

16            Google feed that they've never removed the

17            image, after I told them to and told their

18            attorneys to.  I figure that's enough.

19   376 Q    Please refer to Page 6.  And I'm starting at

20            the bottom and going up, Philpot vs. Ingraham

21            Media Group.  What was it about that company

22            or its conduct that caused you to decide to

23            pursue an infringement claim against them?

24      A     That is probably covered under work product.

25   377 Q    What do you mean work product?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

98

1    A    I don't think that I can discuss that.

2  378 Q    Why not?

3    A    The strategy and the reasoning for our filing

4          that lawsuit was with my other attorney.

5  379 Q    Well, you authorized the filing of it; did

6          you not?

7    A    Do I have to answer any of this?

8  MS. COLE:        I think that you can answer to the

9                extent that he asked you a yes or

10               no question, you did or you did not

11               authorize the filing.

12    A   I did.

13  MS. COLE:        Let's just -- let's just maybe do

14               step by step here on these if -- to

15               try to avoid this concern.

16  MR. ALLEN:      Yeah.  I'm honestly at a loss as to

17               what the concern is and I...

18    A    Well, this -- this whole -- this one is

19          completely confidential.

20  380 Q    Are you saying the record in that case is

21          sealed?

22    A    I don't know about that.

23  MR. ALLEN:      Well, normally, a Complaint is a

24               public record.

25    A    Okay.  I authorized the lawsuit.

| | | |
|---|---|---|
| 1 | 381 Q | Okay.  Can you tell me, generally, what the |
| 2 | | allegations in the Complaint are, the |
| 3 | | allegations of wrongdoing? |
| 4 | A | Copyright infringement. |
| 5 | 382 Q | And in what way? |
| 6 | A | They displayed images of mine without the |
| 7 | | correct attribution. |
| 8 | 383 Q | Did they receive any compensation for doing |
| 9 | | that? |
| 10 | A | I do not know. |
| 11 | 384 Q | What about Philpot vs. UMG Recordings Inc.? |
| 12 | MS. COLE: | What's -- |
| 13 | A | (Interrupting) What is your question? |
| 14 | 385 Q | What was it about the conduct of UMG |
| 15 | | Recordings, Inc. that caused you to decide to |
| 16 | | pursue that? |
| 17 | A | I generally sue people who sue media |
| 18 | | companies who infringe my work. |
| 19 | 386 Q | How did UMG Recordings infringe your work? |
| 20 | A | They posted images of mine without |
| 21 | | attribution. |
| 22 | 387 Q | Where? |
| 23 | A | All over the world. |
| 24 | 388 Q | Was that on a website or Facebook? |
| 25 | A | Websites. |

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515
100

```
 1   389 Q    Websites?

 2       A    It's universal, Sony Universal.

 3   390 Q    Oh, that's UMG Recordings?

 4       A    Yes.

 5   391 Q    Is Sony Universal?

 6       A    (Nods Head Affirmatively).  Yes.  I nodded,

 7            I'm sorry.

 8   392 Q    This is interesting.  You sued Facebook.

 9            What was Facebook doing that caused you to

10            decide to pursue a claim against Facebook?

11       A    Facebook was displaying my images without

12            attribution and monetizing them.

13   393 Q    How many of your images?

14       A    Maybe 20.

15   394 Q    How were they monetizing them?

16       A    Do you have a -- in order to answer this, do

17            you have a Facebook account?

18   MR. ALLEN:        I do.

19       A    Okay.  If you happen to like, say, Kenny

20            Chesney.  And you go to Kenny Chesney's page

21            and you like his page.  Facebook will put a

22            little square 200x200 on your page under your

23            music likes.  Are you familiar with that?

24   MR. ALLEN:        Yes.

25       A    Okay.  When you bring your mouse anywhere
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

101

```
 1              near that image, whether you are looking at

 2              it or not, that Kenny Chesney image will turn

 3              into a black play arrow, like on a VCR or

 4              TiVo, whatever.

 5   MR. ALLEN:        Uh-huh (affirmative).

 6        A    If you click on that, it could take you to

 7              Spotify.  It could take you to Kenny's new

 8              album.  It could take you somewhere.  But

 9              not -- you just didn't get to see it.  If

10              they had not sold advertising or something on

11              that, you could click on that and it would

12              take you to Kenny Chesney's page.  That is

13              what they were doing.

14   395 Q    So were they getting a fee every time someone

15              clicked on the image?

16        A    I have not got that answer yet.

17   396 Q    I'm going to ask you about one more of these,

18              and that's the next one, Philpot vs. Gannett

19              Company.  What was Gannett doing that caused

20              you to decide to bring suit?

21        A    They were displaying my registered

22              Copyrighted images.

23   397 Q    Where?

24        A    On their newspapers.

25   398 Q    How many of them?
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

102

1      A      I don't know.

2  399 Q      Okay.  But it did include the Willie Nelson

3             photo at issue in this case?

4      A      Yes, it did.

5  400 Q      Were they in advertisements or in used

6             articles, or...

7      A      I'm not sure.  I'm not sure exactly where

8             they all were.

9  401 Q      Okay.  You testified a few minutes ago that,

10            I believe, it was Bangor Publishing, which

11            effectively -- well, failed to have

12            permanently removed or failed to even remove

13            the image from their website.  Was it Bangor

14            that did that --

15     A      (Interrupting) Yes, sir.

16 402 Q      -- and you found out two years later --

17     A      (Interrupting) Yes.

18 403 Q      -- and then you filed suit against them?  I

19            take it, then, that once you -- as a general

20            matter, reach a -- an agreement or a

21            resolution with one of these people that have

22            used your images, you expect them to

23            permanently remove it?

24 MS. COLE:          OBJECTION to the extent that this

25                    is still within the line of

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515
103

```
 1                         questioning subject to our Motion

 2                         in Limine.  You can answer.

 3  404 Q    Yeah.  I really don't -- let me just ask you

 4           this:  Did you expect Bangor, when you

 5           confronted them about this claim, to

 6           permanently remove the image?

 7      A    Yes, or pay me.

 8  MR. ALLEN:          Okay.

 9  MS. COLE:           We will also designate the last

10                      question and answer as confidential

11                      subject to the Protective Order,

12                      because that case remains pending.

13                      You asked basically strategy on

14                      settlement regarding this Bangor

15                      Media case, which is still pending,

16                      so I just want to make sure that

17                      that is -- that's confidential

18                      under the Protective Order.

19  405 Q    Okay.  Mr. Philpot, you responded to

20           Interrogatory No. 8, by listing several pages

21           of URLs.  I haven't counted them, but they go

22           from Page 9 over to Page 14.  And as I

23           understand your answer, each of those URLs is

24           a location on the internet where you allege

25           that this photo of Willie Nelson that's the
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515
104

1          subject of this case is being displayed

2          without attribution to you; is that correct?

3     A    Yes.

4  406 Q    If L.M. Communications obtained the image at

5          issue in this case from one of these

6          locations on the internet, how would they

7          have known that you claimed ownership of that

8          photo?

9     A    That's --

10  MS. COLE:          (Interrupting) OBJECTION.  Calls

11                     for --

12    A    (Interrupting) -- speculation.

13  MS. COLE:          -- speculation.

14  407 Q    Do you know of any way L.M. Communications

15          could have known that you claimed ownership

16          of that image?

17    A    Again --

18  MS. COLE:          (Interrupting) Same OBJECTION.  You

19                     can answer.

20    A    I would have no idea.

21  MR. ALLEN:         Okay.

22    A    I would just have to speculate.

23  MR. ALLEN:         Okay.  I'll ask the reporter to

24                     mark as Deposition Exhibit No. 9, a

25                     document entitled Response to

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515
105

```
 1              Requests for Documents.

 2              (REPORTER MARKS RESPONSE TO REQUESTS FOR

 3              DOCUMENTS AS EXHIBIT NO. 9 FOR THE PURPOSES

 4              OF IDENTIFICATION AND THE SAME IS ATTACHED

 5              HERETO AND FILED HEREWITH)

 6    408 Q    Mr. Philpot, the reporter has handed you

 7              what's been marked as Deposition Exhibit

 8              No. 9.  And I'll ask you, if you reviewed

 9              these responses to these requests for

10              documents before they were served?

11      A      Yes.

12    409 Q    Okay.  There are a number of instances in

13              these responses where you state that

14              responsive documents will be produced.  And

15              in some cases, will be produced upon entry of

16              an appropriate protective order.  My question

17              is whether today that document production is

18              complete?

19      A      I do not know that.

20    410 Q    Why not?

21      A      Because I have three computers and one of

22              them crashed.

23    411 Q    Do you know whether there were responsive

24              documents on the computer crashed?

25      A      I don't know.  I'm having it redone.  I'm
```

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515
106

```
 1              having it salvaged.

 2   412 Q    Except for what might be on the computer that

 3             crashed, to the best of your knowledge, is

 4             your document production complete?

 5      A     To the best of my knowledge, it is complete,

 6             yes.

 7   MR. ALLEN:          Okay.  Okay.  Thank you,

 8                       Mr. Philpot.  I have nothing

 9                       further at this time.

10   MS. COLE:           No questions.  Thank you.

11                  *  *  *  *  *  *  *  *  *

12   LARRY G. PHILPOT was concluded at 2:12 p.m.

13                  *  *  *  *  *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25
```

1  STATE OF KENTUCKY )
                     )
2  COUNTY OF FAYETTE )

3          I, NATALIE R. DOMANICO, the undersigned

4  Notary Public in and for the State of Kentucky at

5  Large, do hereby certify that LARRY G. PHILPOT, the

6  aforesaid deponent, was by me first duly sworn to

7  testify the truth, the whole truth, and nothing but the

8  truth in the case of LARRY G. PHILPOT, Plaintiff, vs.

9  L.M. COMMUNICATIONS, II OF SOUTH CAROLINA, INC.,

10 Defendant, No. 5:17-cv-173-JMH, now pending in the

11 United States District Court for the Eastern District

12 of Kentucky, Central Division at Lexington.

13         That the foregoing deposition was taken down

14 in stenotype by me and afterwards reduced to

15 computer-aided transcription under my direction, and

16 the typewritten transcript is a true record of the

17 testimony given by said witness.

18          I further certify that said deposition

19 was submitted to the witness' counsel, by email, for

20 the witness' reading and signature on or about the 28th

21 day of February, 2018.

22         That the Defendant was represented by his

23 counsel, Hon. William W. Allen, at the taking of said

24 deposition; that the Plaintiff was represented by his

25 counsel, Hon. Stacy A. Cole; that there were no other

1   appearances.  That said deposition was taken on behalf

2   of the Defendant pursuant to Notice, and pursuant to

3   the Federal Rules of Civil Procedure for the District

4   Courts of the United States.

5           Pursuant to KRS 454.280, I certify that I am

6   not related to nor employed by, nor do I have any

7   contractual or any other financial relationship with

8   any person or entity interested in the outcome of this

9   litigation or their respective counsel and have no

10  interest whatsoever in this litigation.

11

12          My commission expires:  February 16, 2020.

    IN TESTIMONY WHEREOF, I have hereunto set my

13  hand and seal of office on this the 27th day of

14  February.

15

16

17  ____\S:\Natalie R. Domanico___ *Natalie R. Domanico*

    NOTARY ID 548686 NATALIE R. DOMANICO, CCR-KY, RPR, CLR

18                  NOTARY PUBLIC, STATE-AT-LARGE

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
O: (859) 271-8593 F: (859) 309-0858
565 Madison Point Drive
www.DomanicoReporting.com
Lexington, Kentucky 40515

109

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) | Case No: 5:17-CV-173-JMH |
| | ) | |
| Plaintiff | ) | Judge Joseph M. Hood |
| | ) | Magistrate Judge Edward B. Atkins |
| vs. | ) | |
| | ) | |
| L.M. COMMUNICATIONS II OF S.C., INC., | ) | AFFIDAVIT OF LARRY G. PHILPOT |
| | ) | |
| Defendant. | ) | |

STATE OF _ARIZONA_ )
                           )
COUNTY OF _MARICOPA_ )

Larry G. Philpot, being duly sworn, deposes and states as follows:

1. I have personal knowledge of the facts set forth below.

2. I am a professional concert photographer and have been so for decades. I license my photographs to media outlets, and have licensed my photographs to outlets such as Forbes, AOL, AXS-TV, and Berkshire Hathaway. I also license my photographs to musicians and have licensed my photographs to KISS, John Mellencamp, and Willie Nelson, among others.

3. On October 4, 2009, I took a photograph of Willie Nelson (the "Nelson Photo") at his Farm Aid concert in St. Louis, Missouri. This photograph has become a popular picture used to depict Willie Nelson in online media. I have made tens of thousands of dollars licensing the Nelson Photo to media outlets.

1



EXHIBIT 1 Philpot NO 2/21/18

EXHIBIT 1

4. I registered the Nelson Photo as a copyrighted work with the United States Copyright Office on September 5, 2012 with a Certificate Number VAu 1-132-411. A true and accurate copy of the Registration Certificate for the Nelson Photo is attached to this Affidavit as Exhibit A.

5. The Nelson Photo was first published online on Wikipedia in 2011. A true and accurate copy of the original Nelson Photo as it appears online on Wikipedia is attached as Exhibit B. Another true and accurate copy of the Nelson Photo as it appears on Wikipedia is attached as Exhibit C. Through its use on Wikipedia, the Nelson Photo is viewable and reachable through Google. The Nelson Photo online contains metadata, including information regarding the camera.

6. I use Wikimedia's Creative Commons Attribution 2.0 Generic license ("CC BY 2.0") to license the Nelson Photo to any users online that comply with the CC BY 2.0 terms. This permits people to use the Nelson Photo without paying license fees as long as the user provides proper attribution to me as the author. I permit this limited license so that I can increase my marketability and reputation.

7. Section 4 of the CC BY 2.0 – which is available on Creative Commons' website – requires the license to reference the CC BY 2.0 with every copy of the Nelson Photo used and provide attribution in the manner specified by the author including name, title, and uniform resource identified. For the Nelson Photo, I require attribution to read, "Photo by Larry Philpot, www.soundstagephotography.com." Additionally, Exhibit C shows the license and attribution requirements for those who want to use and not just view the Nelson Photo.

8.     On or around April 29, 2014, I discovered that a copy of the Nelson Photo appeared on www.1055theBridge.com. The posting did not provide attribution. A true and accurate copy of a screenshot that I took of the posting is attached hereto as Exhibit D. Nor did it appear to include the metadata that appears with the photo as posted on Wikipedia. Because I had not authorized or licensed LMC's use of the Nelson Photo, I sent a letter asking LMC to stop using the Nelson Photo without authorization or pay a license fee. In that letter, I also demanded that LMC preserve all data and records relating to the dispute. A true and accurate copy of the letter, redacted to exclude settlement discussions, is attached as Exhibit E. Attached as Exhibit F is a true and accurate copy of the letter that I received in response.

9.     I am aware that LMC has suggested that the attribution for the Nelson Photo and CC BY 2.0 license were not readily apparent. However, this is not the case. Upon clicking on the photograph as it appears on Wikipedia, with literally one click, the attribution appears as does the license information. However, to my knowledge, LMC has never been able to identify that the photo was actually taken from Wikipedia.

AFFIANT SAITH NAUGHT

_____
Larry G. Philpot

Subscribed and sworn to before me this _6_ day of February, 2018.

8302155.1



Notary Public State of Arizona
Maricopa County
Jiahua Wu
My Commission Expires 06/14/2020

Jiahwu

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-132-411

**Effective date of
registration:**

September 5, 2012

---

## Title

**Title of Work:** 2009 Musician Photos

**Contents Titles:** 2009 Musician Photos

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

**Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Philpot

**Email:** larrygphilpot@gmail.com          **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236 United States

## Certification

**Name:** Larry G. Philpot

**Date:** September 5, 2012

---

EXHIBIT

A

**Correspondence:** Yes

**COMMONS**

# File:Willie Nelson at Farm Aid 2009.jpg


Download
all sizes

From Wikimedia Commons, the free media repository




**Use this file**
on the web

W  **Use this file**
on a wiki

**Email a link**
to this file


**Information**
about reusing

Size of this preview: 400 × 600 pixels.
Original file (896 × 1,344 pixels, file size: 899 KB, MIME type: image/jpeg)

**Open in Media Viewer**

| | |
|---|---|
| **Description** | **English:** Willie Nelson getting ready to perform. Farm Aid 2009. Photo by Larry Philpot, www.soundstagephotography.com (http://www.soundstagephotography.com) |
| **Date** | 2 November 2009, 11:48 |
| **Source** | Willie Nelson (https://www.flickr.com/photos/behindthemusic/5784437596/) |

  ▪ Uploaded by Adrignola

**EXHIBIT**
**B**

Case: 5:17-cv-00173-JMH-EBA   Doc #: 52-1   Filed: 03/09/18   Page: 117 of 202 - Page ID#: 721

**Author** Larry Philpot (https://www.flickr.com/people/43996297@N05) from Indianapolis

**Other versions** Derivative works of this file: Willie Nelson at Farm Aid 2009 - Cropped.jpg

# Licensing

This file is licensed under the Creative Commons Attribution 2.0 Generic (https://creativecommons.org/licenses/by/2.0/deed.en) license.



You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).



This image, originally posted to **Flickr**, was reviewed on May 31, 2011 by the administrator or reviewer **File Upload Bot (Magnus Manske)**, who confirmed that it was available on Flickr under the stated license on that date.

# File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 02:21, 1 June 2011 | | 896 × 1,344 (899 KB) | Adrignola (talk \| contribs) | Updated version |

- You cannot overwrite this file.

# File usage on Commons

The following page links to this file:

- File:Willie Nelson at Farm Aid 2009 - Cropped.jpg

# File usage on other wikis

Case: 5:17-cv-00133-JMH-EBA   Doc #: 52-1   Filed: 03/09/18   Page: 118 of 202   Page ID#: 722

The following other wikis use this file:

- Usage on cs.wikipedia.org
  - Portál:Hudba/Obrázek/2012/09
  - Portál:Hudba/Obrázek/Archiv/2012
- Usage on en.wikipedia.org
  - List of Country Music Hall of Fame inductees
  - Forever Country
- Usage on ru.wikipedia.org
  - Forever Country

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| | |
|---|---|
| Camera manufacturer | Canon |
| Camera model | Canon EOS-1Ds Mark III |
| Copyright holder | 2009 Larry Philpot |
| Exposure time | 1/80 sec (0.0125) |
| F-number | f/4 |
| ISO speed rating | 800 |
| Date and time of data generation | 23:34, 4 October 2009 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?
title=File:Willie_Nelson_at_Farm_Aid_2009.jpg&oldid=276053422"

**This page was last edited on 2 January 2018, at 07:07.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

PH 00044



Willie Nelson getting ready to perform. Farm Aid 2009.

Willie_Nelson_at_Farm_Aid_2009.jpg: Larry Philpot from Indianapolis derivative work: **GDuwen Tell me!** - This file was derived from   Willie Nelson at Farm Aid 2009.jpg:

**More details**

CC BY 2.0

File: Willie Nelson at Farm Aid 2009 - Cropped.jpg
Created: 15 June 2011

**EXHIBIT**
C

PH 00040 1/2




## THE BRIDGE 105.5
*"Quality Rock, True Variety"*

## Listen Live Now!

| Home | About Us | Line Up | Concerts & Events | Contact Us | Get Social |

**« All Events**

# Willie Nelson with Alison Krauss

## May 8 @ 6:00 pm - 10:00 pm

Willie Nelson and Alison Krauss at the Family Circle Stadium

**Alison Maria Krauss** is an American bluegrass-country singer-songwriter and musician. She entered the music industry at an early age, winning local contests by the age of ten and recording for the first time at fourteen. She signed with Rounder Records in 1985 and released her first solo album in 1987. She was invited to join the band with which she still performs, Alison Krauss and Union Station (AKUS), and later released her first album with them as a group in 1989.



```
EXHIBIT
   D
```

**Willie Hugh Nelson** is an American country music singer-songwriter, as well as an author, poet, actor, and activist. The critical success of the album *Shotgun Willie (*1973), combined with the critical and commercial success of *Red*

Case: 5:17-cv-00173-JMH-EBA Doc #: 42-1 Filed: 03/09/18 Page: 121 of 202 - Page ID#: 725

*Headed Stranger* (1975) and *Stardust* (1978), made Nelson one of the most recognized artists in country music. He was one of the main figures of outlaw country , a subgenre of country music that developed in the late 1960s as a reaction to the conservative restrictions of the Nashville sound. Nelson has acted in over 30 films, and co-authored 30 books.



## Details

**Date:**
May 8, 2014

**Time:**
6:00 pm - 10:00 pm

**Event Tags:**
Charleston Concerts

**Website:**
http://willienelson.com/event/family-circle-cup-stadium/

## Venue

Family Circle Stadium

*161 Seven Farms Dr. 29492, Charleston, SC 29429 United States*
+ Google Map

Map

+
−

PH 00006

Willie Nelson with Alison Krauss | Charleston, SC 105.5 The Bridge



« **Party at the Point - Long Miles and South Street**

**Party at the Point - Dangermuffin and Seven Handle Circus** »

Willie Nelson with Alison Krauss | Charleston, SC 105.5 The Bridge

EEO | Powered by WPB™ Served by InterTech Media LLC

PH 00008

CONFIDENTIAL
(all pages)

# Larry G. Philpot

Concert and Publicity Photographic Services
8125 Halyard Way, First Floor
Indianapolis, Indiana 46236-9569
v. 317-567-1338 – larry@behindthemusic.net – www.soundstagephotography.com – f. 317-855-7527

November 18, 2014

Scooter Stevens
LM Communications
401 W. Main Street, Suite 301
Lexington, KY 40507

Re: Cease and Desist -- Unauthorized Use of Copyrighted Image(s)

Dear Sir or Madam,

## Redacted

**EXHIBIT**
E

Redacted

I also must advise you at this point that, under the Federal Rules of Civil Procedure as interpreted by courts in the Southern District of Indiana, LM Communications must take immediate steps to assure that information (both in paper and electronically-stored form) relating to the use of my image is not altered, deleted, or otherwise tampered with. Accordingly, please construe this letter as a formal notice of your company's continuing legal obligation to preserve all such information until further advised.

Redacted

Cordially,

/s/ Larry Philpot
Larry Philpot
Encl.

**EXHIBIT A**



# EXHIBIT B

Willie Nelson with Alison Krauss | Charleston, SC 105 5 The Bridge

*Headed Stranger* (1975) and *Stardust* (1978), made Nelson one of the most recognized artists in country music. He was one of the main figures of outlaw country , a subgenre of country music that developed in the late 1960s as a reaction to the conservative restrictions of the Nashville sound. Nelson has acted in over 30 films, and co-authored 30 books.



## Details

**Date:**
May 8, 2014

**Time:**
6:00 pm - 10:00 pm

**Event Tags:**
Charleston Concerts

**Website:**
http://willienelson.com/event/family-circle-cup-stadium/

## Venue

Family Circle Stadium

*161 Seven Farms Dr. 29492, Charleston, SC 29429 United States*
+ Google Map



Scooter Stevens
Operations Manager
LM Communications
401 West Main Street, Suite 301
Lexington, Kentucky 40507
December 11, 2014

Larry G. Philpot
Concert and Publicity Photographic Services
8125 Halyard Way, First Floor
Indianapolis, Indiana 46236

Dear Larry G. Philpot:

Thank you for your certified letter sent to our attention and received on November 28, 2014, regarding the photographic image of performing artist, Willie Nelson. We have complied with your request to cease and desist. We were not aware of you.

At the moment, our owner, Mr. Lynn Martin is out of country, and is not expected to arrive back in Kentucky until the week of January 3rd, 2015. Mr. Martin would like to discuss this matter with you and he asks for a grace period till January 10, 2015. Mr. Martin will contact you upon his return the first week of January to work on a suitable resolution.

Sincerely,

Scooter Stevens

LM Communications

<div style="float:right; border:1px solid black;">

**EXHIBIT**

F

</div>

EXHIBIT
PENGAD 800-631-6989
2 Philpot
NO 2/21/18

# WIKIPEDIA

# Willie Nelson

**Willie Hugh Nelson** (born April 29, 1933) is an American musician, singer, songwriter, author, poet, actor, and activist.[1] The critical success of the album *Shotgun Willie* (1973), combined with the critical and commercial success of *Red Headed Stranger* (1975) and *Stardust* (1978), made Nelson one of the most recognized artists in country music. He was one of the main figures of outlaw country, a subgenre of country music that developed in the late 1960s as a reaction to the conservative restrictions of the Nashville sound. Nelson has acted in over 30 films, co-authored several books, and has been involved in activism for the use of biofuels and the legalization of marijuana.

Born during the Great Depression, and raised by his grandparents, Nelson wrote his first song at age seven and joined his first band at ten. During high school, he toured locally with the Bohemian Polka as their lead singer and guitar player. After graduating from high school in 1950, he joined the Air Force but was later discharged due to back problems. After his return, Nelson attended Baylor University for two years but dropped out because he was succeeding in music. During this time, he worked as a disc jockey in Texas radio stations and a singer in honky-tonks. Nelson moved to Vancouver, Washington, where he wrote "Family Bible" and recorded the song "Lumberjack" in 1956. In 1958, he moved to Houston, Texas, after signing a contract with D Records. He sang at the Esquire Ballroom weekly and he worked as a disk jockey. During that time, he wrote songs that would become country standards, including "Funny How Time Slips Away", "Hello Walls", "Pretty Paper", and "Crazy". In 1960 he moved to Nashville, Tennessee, and later signed a publishing contract with Pamper Music which allowed him to join Ray Price's band as a bassist. In 1962, he recorded his first album, *...And Then I Wrote.* Due to this success, Nelson signed in 1964 with RCA Victor and joined the Grand Ole Opry the following year. After mid-chart hits in the late 1960s and the early 1970s, Nelson retired in 1972 and moved to Austin, Texas. The ongoing music scene of Austin motivated Nelson to return from retirement, performing frequently at the Armadillo World Headquarters.

In 1973, after signing with Atlantic Records, Nelson turned to outlaw country, including albums such as *Shotgun Willie* and *Phases and Stages*. In 1975, he switched to Columbia Records, where he recorded the critically acclaimed album *Red Headed Stranger*. The same year, he recorded another outlaw country album, *Wanted! The Outlaws*, along with Waylon Jennings, Jessi Colter, and Tompall Glaser. During the mid-1980s, while creating hit albums like *Honeysuckle Rose* and recording hit songs like "On the Road Again", "To All the Girls I've Loved Before", and "Pancho and Lefty", he joined the country supergroup The Highwaymen, along with fellow singers Johnny Cash, Waylon Jennings, and Kris Kristofferson.

## Willie Nelson



Nelson performing at Farm Aid in 2009

### Background Information

| | |
|---|---|
| **Birth name** | Willie Hugh Nelson |
| **Born** | April 29, 1933 Abbott, Texas, U.S. |
| **Genres** | Country, outlaw country, rock, Reggae, Blues, Jazz |
| **Occupation(s)** | Musician · songwriter · producer · actor · activist · singer |
| **Instruments** | Vocals, guitar |
| **Years active** | 1956–present |
| **Labels** | Liberty · RCA · Atlantic · Columbia · Island · Justice Records · Lost Highway · Legacy Recordings |

EXHIBIT
8
ATE LEGAL

In 1990, Nelson's assets were seized by the Internal Revenue Service, which claimed that he owed US$32 million. The difficulty of paying his outstanding debt was aggravated by weak investments he had made during the 1980s. In 1992, Nelson released *The IRS Tapes: Who'll Buy My Memories?*; the profits of the double album—destined to the IRS—and the auction of Nelson's assets cleared his debt. During the 1990s and 2000s, Nelson continued touring extensively, and released albums every year. Reviews ranged from positive to mixed. He explored genres such as reggae, blues, jazz, and folk.

Nelson made his first movie appearance in the 1979 film *The Electric Horseman*, followed by other appearances in movies and on television. Nelson is a major liberal activist and the co-chair of the advisory board of the National Organization for the Reform of Marijuana Laws (NORML), which is in favor of marijuana legalization. On the environmental front, Nelson owns the bio-diesel brand Willie Nelson Biodiesel, which is made from vegetable oil. Nelson is also the honorary chairman of the Advisory Board of the Texas Music Project, the official music charity of the state of Texas.

| | |
|---|---|
| **Associated acts** | Waylon Jennings · The Highwaymen · Johnny Cash · Kris Kristofferson · Merle Haggard · Ray Price · Roger Miller · Johnny Paycheck · Glen Campbell · George Jones · Loretta Lynn · Toby Keith · Neil Young |
| **Website** | willienelson.com (http://willienelso n.com) |

# Contents

**Early life**

**Music career**
    Beginnings (1956–1971)
    Outlaw country and success (1972–1989)
    IRS and later career (1990–present)

**Other ventures**

**Music style**
    Guitars

**Activism**

**Personal life**
    Legal issues

**Legacy**

**Discography and other works**
    Appearances as himself
    Official music videos
    Official concert videos

**See also**

**References**
    Footnotes
    Sources

**Further reading**

**External links**

# Early life

Willie Nelson was born in Abbott, Texas on April 29, 1933,[2] during the Great Depression, to Myrle Marie (née Greenhaw) and Ira Doyle Nelson.[3] He was born on April 29, but his birth was recorded by doctor F. D. Sims on April 30.[2] He was named Willie by his cousin Mildred, who also chose Hugh as his middle name, in honor of her recently deceased younger brother.[2] His parents moved from Arkansas in 1929, to look for work. Nelson's grandfather, William, worked as a blacksmith, while his father worked as a mechanic.[4]



His mother left soon after he was born,[5] and his father remarried and also moved away, leaving Willie and his sister Bobbie to be raised by their grandparents. The Nelsons, who taught singing back in Arkansas, started their grandchildren in music.[6][7] Nelson's grandfather bought him a guitar when he was six, and taught him a few chords,[4] and with his sister Bobbie, he sang gospel songs in the local church.[8] He wrote his first song at age seven,[9] and when he was nine, played guitar for the local band Bohemian Polka.[10] During the summer, the family picked cotton along with other citizens of Abbott.[11] Nelson disliked picking cotton, so he earned money by singing in dance halls, taverns, and honky tonks from age 13, and continuing through high school.[12] Nelson's musical influences were Hank Williams, Bob Wills, Lefty Frizzell, Ray Price, Ernest Tubb, Hank Snow, Django Reinhardt, Frank Sinatra and Louis Armstrong.[13][14]

Nelson as a junior in Abbott High School's Annual, 1949

Nelson attended Abbott High School, where he was a halfback on the football team, guard on the basketball team and shortstop in baseball. He also raised pigs for the Future Farmers of America organization.[3] While still at school he sang and played guitar in The Texans, a band formed by his sister's husband, Bud Fletcher.[10] The band played in honky tonks, and also had a Sunday morning spot at KHBR in Hillsboro, Texas. Meanwhile, Nelson had a short stint as a relief phone operator in Abbott, followed by a job as a tree trimmer for the local electrical company, as well as pawn shop employee.[15] After leaving school, in 1950, he joined the United States Air Force for eight to nine months.[16]

Upon his return, in 1952, he married Martha Matthews, and from 1954 to 1956 studied agriculture at Baylor University. Nelson joined the Tau Kappa Epsilon fraternity, but dropped out to pursue a career in music.[17] He worked as a bouncer for a nightclub, as a partsman in an authouse, saddle maker and again tree trimmer. He later joined Johnny Bush's band. Nelson moved with his family to Pleasanton, Texas, where he auditioned for a disc jockey job in KBOP. The owner of the station, Dr. Ben Parker, gave Nelson the job despite his lack of experience working on radio.[15] With the equipment of the station, Nelson made his first two recordings in 1955: "The Storm Has Just Begun" and "When I've Sung My Last Hillbilly Song". He recorded the tracks on used tapes, and sent the demos to the local label SARG Records. SARG rejected the recordings.[18]



Willie Hugh Nelson
Left Halfback

Nelson's high school football portrait, c. 1950

Nelson then had stints working for KDNT in Denton, Texas, KCUL and KCNC in Fort Worth, Texas, where he hosted The Western Express, taught Sunday school and he played in nightclubs. He then decided to move to San Diego. He was unable to find a job, and decided to go to Portland, Oregon, where his mother lived.[15] Nelson tried to hitchhike, but after nobody picked him up, he slept in a ditch.[19] He then found a nearby railroad yard and boarded a freight train that left him in Eugene. A truck driver then drove Nelson to a bus station and loaned him $10 for a ticket to reach Portland.[20]

# Music career

PH 00014

## Beginnings (1956–1971)

Nelson was hired by KVAN in Vancouver, Washington and appeared frequently on a television show.[15][21] He made his first record in 1956, "No Place For Me", that included Leon Payne's "Lumberjack" on the B-side.[22] The recording failed.[23] Nelson continued working as a radio announcer and singing in Vancouver clubs.[24] He made several appearances in a Colorado nightclub, later moving to Springfield, Missouri. After failing to land a spot on the *Ozark Jubilee*, he started to work as a dishwasher. Unhappy with his job, he moved back to Texas. After a short time in Waco, he settled in Fort Worth, and quit the music business for a year.[15] He sold bibles and vacuum cleaners door-to-door,[25] and eventually became a sales manager for the *Encyclopedia Americana*.[26]

After his son Billy was born in 1958, the family moved to Houston, Texas. On the way, Nelson stopped by the Esquire Ballroom to sell his original songs to house band singer Larry Butler. Butler refused to purchase the song "Mr. Record Man" for US$10, instead giving Nelson a US$50 loan to rent an apartment and a six-night job singing in the club.[27] Nelson rented the apartment near Houston in Pasadena, Texas, where he also worked at the radio station as the sign-on disc jockey. During this time, he recorded two singles for Pappy Daily on D Records[28] "Man With the Blues"/"The Storm Has Just Begun" and "What a Way to Live"/"Misery Mansion".[29] Nelson then was hired by guitar instructor Paul Buskirk to work as an instructor in his school. He sold "Family Bible" to Buskirk for US$50 and "Night Life" for US$150.[30] "Family Bible" turned into a hit for Claude Gray in 1960.[31]

Nelson moved to Nashville, Tennessee in 1960, but was unable to find a label to sign him. During this period he often spent time at Tootsie's Orchid Lounge, a bar near the Grand Ole Opry frequented by the show's stars and other singers and songwriters.[32] There Nelson met Hank Cochran, a songwriter who worked for the publishing company Pamper Music, owned by Ray Price and Hal Smith. Cochran heard Nelson during a jam session with Buddy Emmons and Jimmy Day. Cochran had just earned a raise of US$50 a week, but convinced Smith to pay Nelson the money instead to sign him to Pamper Music. On

"Hello Walls"

0:00                                    MENU

 Written by Willie Nelson, "Hello Walls", was a hit for Faron Young in 1961, and the song that gave Nelson national recognition as a songwriter. He recorded the song for his debut album ... *And Then I Wrote*.

*Problems playing this file? See media help.*

hearing Nelson sing "Hello Walls" at Tootsie's, Faron Young decided to record it.[33] After Ray Price recorded Nelson's "Night Life", and his previous bassist Johnny Paycheck quit, Nelson joined Price's touring band as a bass player. While playing with Price and the Cherokee Cowboys, his songs became hits for other artists, including "Funny How Time Slips Away" (Billy Walker), "Pretty Paper" (Roy Orbison) and, most famously, "Crazy" by Patsy Cline.[24] Nelson and Cochran also met Cline's husband, Charlie Dick at Tootsie's. Dick liked a song of Nelson's he heard on the bar's jukebox. Nelson played him a demo tape of "Crazy." Later that night Dick played the tape for Cline, who decided to record it.[6] "Crazy" became the biggest jukebox hit of all time.[34]

Nelson signed with Liberty Records and was recording by August 1961 at Quonset Hut Studio. His first two successful singles as an artist were released by the next year, including "Willingly" (a duet with his soon-to-be second wife, Shirley Collie, which became his first charting single and first Top Ten at No. 10) and "Touch Me" (his second Top Ten, stalling at No. 7).[35] Nelson's tenure at Liberty yielded his first album entitled *...And Then I Wrote*, released in September 1962.[36] In 1963 Collie and Nelson were married in Las Vegas. He then worked on the west coast offices of Pamper Records, in Pico Rivera, California. Since the job did not allow him the time to play music of his own, he left it and bought a ranch in Ridgetop, Tennessee, outside of Nashville.[26] Fred Foster of Monument Records signed Nelson in early 1964, but only one single was released: "I Never Cared For You".[37]

By the fall of 1964, Nelson had moved to RCA Victor at the behest of Chet Atkins, signing a contract for US$10,000 per year.[36] *Country Willie – His Own Songs* became Nelson's first RCA Victor album, recorded in April 1965. That same year he joined the Grand Ole Opry,[39] and he met and became friends with Waylon Jennings after watching one of his shows in Phoenix, Arizona.[40] In 1967, he formed his backing band "The Record Men", featuring Johnny Bush, Jimmy Day, Paul English and David Zettner.[41] During his first few years on RCA Victor, Nelson had no significant hits, but from November 1966 through March 1969, his singles reached the Top 25 in a consistent manner. "One in a Row" (#19, 1966), "The Party's Over" (#24 during a 16-week chart run in 1967), and his cover of Morecambe & Wise's "Bring Me Sunshine" (#13, March 1969) were Nelson's best-selling records during his time with RCA.[23]



Nelson performing on a Grand Ole Opry package show in 1965

By 1970, most of his songwriting royalties were invested in tours that did not produce significant profits. In addition to the problems in his career, Nelson divorced Shirley Collie in 1970. In December, his ranch in Ridgetop, Tennessee burned down. He interpreted the incident as a signal for a change. He moved to a ranch near Bandera, Texas, and married Connie Koepke. In early 1971 his single "I'm a Memory" reached the top 30.[42] After recording his final RCA single – "Mountain Dew" (backed with "Phases, Stages, Circles, Cycles and Scenes") in late April 1972, RCA requested that Nelson renew his contract ahead of schedule, with the implication that RCA would not release his latest recordings if he did not.[43] Due to the failure of his albums, and particularly frustrated by the reception of *Yesterday's Wine*, although his contract was not over, Nelson decided to retire from music.[44]

## Outlaw country and success (1972–1989)

Nelson moved to Austin, Texas, where the burgeoning hippie music scene (see Armadillo World Headquarters) rejuvenated the singer. His popularity in Austin soared as he played his own brand of country music marked by country, folk and jazz influences.[45] In March, he performed on the final day of the *Dripping Springs Reunion*, a three-day country music festival aimed by its producers to be an annual event. Despite the failure to reach the expected attendance, the concept of the festival inspired Nelson to create the *Fourth of July Picnic*, his own annual event, starting the following year.[46]

Nelson decided to return to the recording business, he signed Neil Reshen as his manager to negotiate with RCA, who got the label to agree to end his contract upon repayment of US$14,000.[43] Reshen eventually signed Nelson to Atlantic Records for US$25,000 per year, where he became the label's first country artist.[47] He formed his backing band, *The Family*,[48] and by February 1973, he was recording his acclaimed *Shotgun Willie* at Atlantic Studios in New York City.[49]

*Shotgun Willie*, released in May 1973, earned excellent reviews but did not sell well. The album led Nelson to a new style, later stating that *Shotgun Willie* had "cleared his throat".[50] His next release, *Phases and Stages*, released in 1974, was a concept album about a couple's divorce, inspired by his own experience. Side one of the record is from the viewpoint of the woman, and side two is from the viewpoint of the man.[51] The album included the hit single "Bloody Mary Morning."[52] The same year, he produced and starred in the pilot episode of PBS' *Austin City Limits*.[53]

"Shotgun Willie introduction"

0:00                    MENU

♩♪  Introduction of the song "Shotgun Willie", opening track of the album of the same name that marked a change of style from Nelson's earlier recordings.

*Problems playing this file? See media help.*

Nelson then moved to Columbia Records, where he signed a contract that gave him complete creative control, made possible by the critical and commercial success of his previous albums.[54] The result was the critically acclaimed, and massively popular 1975 concept album *Red Headed Stranger*. Although Columbia was reluctant to release an album with primarily a guitar and piano for accompaniment, Nelson and Waylon Jennings insisted. The album included a cover of Fred Rose's 1945 song "Blue Eyes Crying in the Rain", that had been released as a single previous to the album, and became Nelson's first number one hit as a singer.[55] Throughout his 1975 tour, Nelson raised funds for PBS-affiliated stations across the south promoting *Austin City Limits*. The pilot was aired first on those stations, later being released nationwide. The positive reception of the show prompted PBS to order ten episodes for 1976, formally launching the show.[56]



L-R: Kris Kristofferson, Nelson, and Waylon Jennings at the 1972 *Dripping Springs Reunion*

As Jennings was also achieving success in country music in the early 1970s, the pair were combined into a genre called outlaw country, since it did not conform to Nashville standards.[57] The album *Wanted! The Outlaws* in 1976 with Jessi Colter and Tompall Glaser cemented the pair's outlaw image and became country music's first platinum album.[58] Later that year Nelson released *The Sound in Your Mind* (certified gold in 1978 and platinum in 2001)[59] and his first gospel album *Troublemaker*[60] (certified gold in 1986).[61]

In the summer of 1977, Nelson discovered that Reshen had been filing tax extensions and not paying the Internal Revenue Service (IRS) since he took over as his manager.[62] In June, a package containing cocaine was sent from Reshen's office in New York to Jennings in Nashville.[63] The package was followed by the DEA, and Jennings was arrested. The charges were later dropped, since Reshen's assistant, Mark Rothbaum stepped in and took the charges. Rothbaum was sentenced to serve time in jail. Impressed by his attitude, Nelson fired Reshen and hired Rothbaum as his manager.[62] In 1978, Nelson released two more platinum albums. One, *Waylon & Willie*, was a collaboration with Jennings that included "Mammas Don't Let Your Babies Grow Up to Be Cowboys", a hit single written and performed by Ed Bruce.[64] Though observers predicted that *Stardust* would ruin his career, it went platinum the same year.[65] Nelson continued to top the charts with hit songs during the late 1970s, including "Good Hearted Woman", "Remember Me",[66] "If You've Got the Money I've Got the Time", and "Uncloudy Day".[67]

During the 1980s, Nelson recorded a series of hit singles including "Midnight Rider", a 1980 cover of the Allman Brothers song which Nelson recorded for *The Electric Horseman*,[68] the soundtrack "On the Road Again" from the movie *Honeysuckle Rose*, and a duet with Julio Iglesias titled "To All the Girls I've Loved Before".[69]

In 1982, *Pancho & Lefty*, a duet album with Merle Haggard produced by Chips Moman was released.[70] During the recording

**"On the Road Again"**

0:00                    MENU

Part of the hit album Honeysuckle Rose. On the Road Again peaked number one on Hot Country Songs in 1980.

*Problems playing this file? See media help.*

sessions of *Pancho and Lefty*, session guitarist Johnny Christopher and co-writer of "Always on My Mind", tried to pitch the song to an uninterested Haggard. Nelson, who was unaware of Elvis Presley's version of the song asked him to record it. Produced by Moman, the single of the song was released, as well as the album of the same name. The single topped *Billboard*'s Hot Country Singles, while it reached number five on the Billboard Hot 100. The release won three awards during the 25th Annual Grammy Awards: Song of the Year, Best Country Song and Best Male Country Vocal Performance. The single was certified platinum; while the album was certified quadruple-platinum, and later inducted into the Grammy Hall of Fame in 2008.[71]

PH 00017

Meanwhile, two collaborations with Waylon Jennings were released; *WWII* in 1982,[72] and *Take it to the Limit*, another collaboration with Waylon Jennings was released in 1983. In the mid-1980s, Nelson, Jennings, Kristofferson, and Johnny Cash formed The Highwaymen, who achieved platinum record sales and toured the world.[73] Meanwhile, he became more involved with charity work, such as singing on *We are the World* in 1984.[74] In 1985, Nelson had another success with *Half Nelson*, a compilation album of duets with a range of artists such as Ray Charles and Neil Young.[75] In 1980, Nelson performed on the south lawn of the White House. The concert of September 13 featured First Lady Rosalynn Carter and Nelson in a duet of Ray Wylie Hubbard's "Up Against the Wall Redneck Mother". Nelson frequently visited the White House, where according to the biography by Joe Nick Patoski, *Willie Nelson: An Epic Life*, he smoked marijuana on the White House roof.[76]

## IRS and later career (1990–present)

In 1990, the IRS seized most of Nelson's assets, claiming that he owed US$32,000,000. In addition to the unpaid taxes, Nelson's situation was worsened by the weak investments he had made during the early 1980s.[77] In 1978, after he fired Reshen, Nelson was introduced by Dallas lawyer Terry Bray to the accounting firm Price Waterhouse. To repay the debt Reshen had created with the IRS, Nelson was recommended to invest in tax shelters that ultimately flopped.[78] While the IRS disallowed his deductions for 1980, 1981 and 1982 (at a time that Nelson's income multiplied),[78] due to penalties and interests, the debt increased by the end of the decade.[79]



Nelson, and his guitar "Trigger", performing at Cardiff on January 25, 2007

His lawyer, Jay Goldberg, negotiated the sum to be lowered to US$16,000,000. Later, Nelson's attorney renegotiated a settlement with the IRS ` in which he paid US$6,000,000, although Nelson did not comply with the agreement.[77] Nelson released *The IRS Tapes: Who'll Buy My Memories?* as a double album, with all profits destined for the IRS. Many of his assets were auctioned and purchased by friends, who donated or rented his possessions to him for a nominal fee. He sued Price Waterhouse, contending that they put his money in illegal tax shelters.[80] The lawsuit was settled for an undisclosed amount and Nelson cleared his debts by 1993.[81]

During the 1990s and 2000s, Nelson toured continuously, recording several albums including 1998's critically acclaimed *Teatro*,[82] and performed and recorded with other acts including Phish,[83] Johnny Cash,[84] and Toby Keith. His duet with Keith, "Beer for My Horses", was released as a single and topped the *Billboard* Hot Country Songs charts for six consecutive weeks in 2003,[85] while the accompanying video won an award for "Best Video" at the 2004 Academy of Country Music Awards.[86] A USA Network television special celebrated Nelson's 70th birthday,[87] and Nelson released *The Essential Willie Nelson* as part of the celebration.[88] Nelson also appeared on Ringo Starr's 2003 album, *Ringo Rama*, as a guest vocal on "Write One for Me".[89]

Nelson was featured on the album *True Love* by Toots and the Maytals, which won the Grammy Award in 2004 for Best Reggae Album, and showcased many notable musicians including Eric Clapton, Jeff Beck, Trey Anastasio, Gwen Stefani/No Doubt, Ben Harper, Bonnie Raitt, Manu Chao, the Roots, Ryan Adams, Keith Richards, Toots Hibbert, Paul Douglas, Jackie Jackson, Ken Boothe, and The Skatalites.[90] In the following year of 2005, Nelson released a reggae album entitled "*Countryman*" which featured Toots Hibbert of Toots and the Maytals on the song "I'm a Worried Man".[91]

Nelson headlined the 2005 Tsunami Relief Austin to Asia concert to benefit the victims of the 2004 Indian Ocean earthquake, which raised an estimated US$75,000 for UNICEF.[92] Also in 2005, a live performance of the Johnny Cash song "Busted" with Ray Charles was released on Charles' duets album *Genius & Friends*. Nelson's 2007 performance with jazz trumpeter Wynton Marsalis at the Lincoln Center, was released as the live album *Two Men with the Blues* in 2008; reaching number one in *Billboard's* Top Jazz Albums and number twenty on the *Billboard 200*.[93] The same year, Nelson recorded his first album with Buddy Cannon as the producer, *Moment of Forever*. Cannon acquainted Nelson earlier, during the production of his collaboration with Kenny Chesney on the duet "That Lucky Old Sun", for Chesney's album of the same name.[94] In 2009 Nelson and Marsalis joined with Norah Jones in a tribute concert to Ray Charles, which resulted in the *Here We Go Again: Celebrating the Genius of Ray Charles* album, released in 2011.[95]

In 2010, Nelson released *Country Music*, a compilation of standards produced by T-Bone Burnett.[96] The album peaked number four in *Billboard's* Top Country Albums, and twenty on the *Billboard 200*.[97] It was nominated for *Best Americana Album* at the 2011 Grammy Awards.[98] In 2011 Nelson participated in the concert *Kokua For Japan*, a fund raising event for the victims of the 2011 Tōhoku earthquake and tsunami in Japan which raised US$1.6 million.[99]



Nelson performing in Topeka, Kansas on August 2, 2016

In February 2012, Legacy Recordings signed a deal with Nelson that included the release of new material, as well as past releases that would be selected and complemented with outtakes and other material selected by him.[100] With the new deal, Buddy Cannon returned to produce the recordings of Nelson. After selecting the material and the sound of the tunes with the singer, Cannon's work method consisted in the recording of the tracks with studio musicians, with the takes later completed on a separate session by Nelson with his guitar. Cannon's association to Nelson also extended to songwriting, with singer and producer composing the lyrics by exchanging text messages.[94]

Nelson's first release for the Legacy Recordings was *Heroes*, that included guest appearances by his sons Lukas and Micah of the band Insects vs Robots, Ray Price, Merle Haggard, Snoop Dogg, Kris Kristofferson, Jamey Johnson, Billy Joe Shaver and Sheryl Crow.[101] The album reached number four on *Billboard's* Top Country Albums.[102] His 2013 release *To All the Girls...*, a collection of duets with all female partners, featured among others Dolly Parton, Loretta Lynn, Rosanne Cash, Sheryl Crow, Mavis Staples, Norah Jones, Emmylou Harris, Carrie Underwood and Miranda Lambert.[103] The album entered *Billboard's* Top Country Albums at number two, marking his highest position on the chart since the release of his 1989 *A Horse Called Music*, and extending his record to a total of forty-six top ten albums on the country charts. Nelson scored as well his second top ten album on the *Billboard 200*, with the release entering at number nine.[104]

His following release was *Band of Brothers*, in 2014, the first Nelson album to feature the most newly self-penned songs since 1996's *Spirit*. Upon its release, it topped *Billboard's* Top Country albums chart, the first time since 1986's *The Promiseland*, the last Nelson album to top it. The release reached number five on the *Billboard 200*, Nelson's highest position on the chart since 1982's *Always on My Mind*.[105] In December 2014, a duet with Rhonda Vincent, "Only Me", topped *Bluegrass Unlimited's* National Airplay chart.[106] In June 2015, his collaboration with Haggard *Django and Jimmie* topped *Billboard's* Top Country albums chart and reached number seven on the *Billboard 200*.[107]

In 2017 Nelson released *God's Problem Child*. The release, consisting mostly of Nelson originals co-written with Cannon, entered the Top country albums at number one, while it reached number ten on the *Billboard 200*.[108]

# Other ventures

Nelson's acting debut was in the 1979 film, *The Electric Horseman*, followed by appearances in *Honeysuckle Rose*, *Thief*, and *Barbarosa*. He played the role of Red Loon in *Coming Out of the Ice* in 1982 and starred in *Songwriter* two years later. He portrayed the lead role in the 1986 film version of his album *Red Headed Stranger*.[109] Other movies that Nelson acted in include *Wag the Dog*, *Gone Fishin'* (as Billy 'Catch' Pooler), the 1986 television movie *Stagecoach* (with Johnny Cash), *Half Baked*, *Beerfest*, *The Dukes of Hazzard*, *Surfer, Dude* and *Swing Vote*. He has also made guest appearances on *Miami Vice* (1986's "El Viejo" episode), *Delta*, *Nash Bridges*, *The Simpsons*, *Monk*, *Adventures in Wonderland*, *Dr. Quinn, Medicine Woman*, *King of the Hill*, *The Colbert Report*, *Swing Vote* and *Space Ghost Coast to Coast*.[110]

In 1988 his first book, *Willie: An Autobiography*, was published.[111] *The Facts of Life: And Other Dirty Jokes*, a personal recollection of tour and musical stories from his career, combined with song lyrics, followed in 2002.[112] In 2005 he co-authored *Farm Aid: A Song for America*, a commemorative book about the twentieth anniversary of the foundation of Farm Aid.[113] His third book, co-authored with long-time friend Turk Pipkin, *The Tao of Willie: A Guide to the Happiness in Your Heart*, was published in 2006.[114] In 2007 a book advocating the use of bio-diesel and the reduction of gas emissions, *On The Clean Road Again: Biodiesel and The Future of the Family Farm*, was published.[115] His next book, *A Tale Out of Luck*, published in 2008 and co-authored by Mike Blakely, was Nelson's first fictional book.[116] In 2012, it was announced the release of a new autobiography by Nelson, *Roll Me Up and Smoke Me When I Die: Musings from the Road*. Released on November 13, it



In 2008, Nelson reopened the truck stop Willie's Place near Hillsboro, Texas

was named after the song from his album *Heroes*. The book contained further biographical details, as well as family pictures and stories about Nelson's political views, as well as his advocation for marijuana. The artwork of the book was designed by Nelson's son, Micah, and the foreword written by Kinky Friedman.[117] In 2015, the publication of a second Nelson autobiography entitled *It's a Long Story: My Life* co-authored with David Ritz, the book was published on May 5, 2015.[118] *Pretty Paper*, another collaboration with Ritz was published the following year.[119]

In 2002, Nelson became the official spokesman of the Texas Roadhouse, a chain of steakhouses. Nelson heavily promoted the chain and appeared on a special on Food Network. The chain installed *Willie's Corner*, a section dedicated to him and decked out with Willie memorabilia, at several locations.[120]

In 2008, Nelson reopened Willie's Place, a truck stop in Carl's Corner, Texas. The U.S. Bankruptcy Court allowed Nelson to invest in it. The establishment had about 80 employees[121] and was used as a concert hall with a bar and a 1,000 square feet (93 m²) dance floor.[122] It closed in 2011 after defaulting on a loan, leading to foreclosure and bankruptcy.[123] In 2010, Nelson founded with the collaboration of producers and filmmakers Luck Films, a company dedicated to produce feature films, documentaries and concerts.[124] The next year, he created Willie's Roadhouse, aired on channel 56 of SiriusXM radio. The channel was a result of the merger of his two other channels *The Roadhouse* and *Willie's Place*.[125]

In November 2014, it was announced that Nelson would be the host of the television series *Inside Arlyn*, shot at Arlyn Studio in Austin, Texas. The thirteen-episode first season would feature artists being interviewed by Nelson and Dan Rather, followed by a performance. The series concept received attention from cable channels that requested to see the pilot episode.[126]

Following the legalization of marijuana in different states, Nelson announced in 2015 through spokesman Michael Bowman the establishment of his own marijuana brand, Willie's Reserve. Plans to open chain stores in the states where marijuana was legalized were announced, to be expanded state-to-state if marijuana legalization is further expanded. Bowman called the brand "a culmination of (Nelson's) vision, and his whole life".[127]

In 2017, he appeared as himself in Woody Harrelson's live film, *Lost in London*.[128]

# Music style

Nelson uses a variety of music styles to create his own distinctive blend of country music, a hybrid of jazz, pop, blues, rock and folk.[129] His "unique sound", which uses a "relaxed, behind-the-beat singing style and gut-string guitar"[130] and his "nasal voice and jazzy, off-center phrasing",[129] has been responsible for his wide appeal, and has made him a "vital icon in country music", influencing the "new country, new traditionalist, and alternative country movements of the '80s and '90s".[129]



Willie Nelson's guitar, *Trigger*, has been signed by several of Nelson's friends

### Guitars

In 1969, the Baldwin company gave Nelson an amplifier and a three-cord pickup electric guitar. During a show in Helotes, Texas, Nelson left the guitar on the floor of the stage, and it was later stepped on by a drunk man.[131] He sent it to be repaired in Nashville by Shot Jackson, who told Nelson that the damage was too great. Jackson offered him a Martin N-20 Classical guitar, and, at Nelson's request, moved the pickup to the Martin. Nelson purchased the guitar unseen for US$750 and named it after Roy Rogers' horse "Trigger".[132] The next year Nelson rescued the guitar from his burning ranch.[133][134]

Constant strumming with a guitar pick over the decades has worn a large sweeping hole into the guitar's body near the sound hole—the N-20 has no pick-guard since classical guitars are meant to be played fingerstyle instead of with picks.[34] Its soundboard has been signed by over a hundred of Nelson's friends and associates, ranging from fellow musicians to lawyers and football coaches.[135] The first signature on the guitar was Leon Russell's, who asked Nelson initially to sign his guitar. When Nelson was about to sign it with a marker, Russell requested him to scratch it instead, explaining that the guitar would be more valuable in the future. Interested in the concept, Nelson requested Russell to also sign his guitar.[131] In 1991, during his process with the IRS, Nelson was worried that Trigger could be auctioned off, stating: "When Trigger goes, I'll quit". He asked his daughter, Lana, to take the guitar from the studio before any IRS agent got there, and bring it to him on Maui.[134] Nelson then hid the guitar in his manager's house until his debt was paid in 1993.[135]

# Activism

Nelson is active in a number of issues. Along with Neil Young and John Mellencamp, he set up Farm Aid in 1985 to assist and increase awareness of the importance of family farms, after Bob Dylan's comments during the Live Aid concert that he hoped some of the money would help American farmers in danger of losing their farms through mortgage debt.[136] The first concert included Bob Dylan, Billy Joel, B.B. King, Roy Orbison, and Neil Young among many others, and raised over $9 million for America's family farmers.[137] Besides organizing and performing in the annual concerts, Nelson is the president of the board of Farm Aid.[138]

Nelson is a co-chair of the National Organization for the Reform of Marijuana Laws (NORML) advisory board.[139] He has worked with NORML for years, fighting for marijuana legalization. In 2005 Nelson and his family hosted the first annual "Willie Nelson & NORML Benefit Golf Tournament", leading to a cover appearance and inside interview in the January 2008 issue of *High Times* magazine.[140] After his arrest for possession of marijuana in 2010, Nelson created the TeaPot party under the motto "Tax it, regulate it and legalize it!"[141]

In 2001, following the September 11 attacks, he participated in the benefit telethon *America: A Tribute to Heroes*, leading the rest of the celebrities singing the song "America the Beautiful".[142] In 2010, during an interview with Larry King, Nelson expressed his doubts with regards to the attacks and the official story. Nelson explained that he could not believe that the buildings could collapse due to the planes, attributing instead the result to an implosion.[143]

Nelson supported Dennis Kucinich's campaign in the 2004 Democratic presidential primaries. He raised money, appeared at events, and composed the song "Whatever Happened to Peace on Earth?", criticizing the war in Iraq.[144] He recorded a radio advertisement asking for support to put musician/author Kinky Friedman on the ballot as an independent candidate for the 2006 Texas gubernatorial election.[145] Friedman promised Nelson a job in Austin as the head of a new Texas Energy Commission due to his support of bio-fuels.[146] In January 2008, Nelson filed a suit against the Texas Democratic Party, alleging that the party violated the First and Fourteenth Amendments of the United States Constitution by refusing to allow co-plaintiff Kucinich to appear on the primary ballot because he had scratched out part of the loyalty oath on his application.[147]

In 2004, he and his wife Annie became partners with Bob and Kelly King in the building of two Pacific Bio-diesel plants, one in Salem, Oregon, and the other at Carl's Corner, Texas (the Texas plant was founded by Carl Cornelius, a longtime Nelson friend and the namesake for Carl's Corner). In 2005, Nelson and several other business partners formed Willie Nelson Biodiesel ("Bio-Willie"), a company that is marketing bio-diesel bio-fuel to truck stops.[148] The fuel is made from vegetable oil (mainly soybean oil), and can be burned without modification in diesel engines.[149]

Nelson is an advocate for better treatment for horses and has been campaigning for the passage of the American Horse Slaughter Prevention Act (H.R. 503/S. 311) alongside the Animal Welfare Institute.[150] He is on its board of directors and has adopted a number of horses from *Habitat for Horses*.[151] In 2008, Nelson signed on to warn consumers about the cruel and illegal living conditions for calves raised to produce milk for dairy products. He wrote letters to Land O'Lakes and Challenge Dairy, two of the major corporations that use milk from calves raised at California's Mendes Calf Ranch, which employs an intensive confinement practice that was the subject of a lawsuit and campaign brought by the Animal Legal Defense Fund.[152]

A supporter of the LGBT movement, Nelson published in 2006 through iTunes a version of Ned Sublette's "Cowboys Are Frequently, Secretly Fond of Each Other", that met instant success.[153] During an interview with *Texas Monthly* in 2013, regarding the Defense of Marriage Act and Same-sex marriage in the United States, Nelson responded to a comparison the interviewer made with the Civil Rights Movement, stating: "We'll look back and say it was crazy that we ever even argued about this". He also presented two logos with the pink equal sign, symbol of the LBGT movement. The first one, featured the sign represented with two long braids; while the second one, featured the sign represented with two marijuana cigarettes. The use of the logos became viral instantly in social networking sites such as Twitter and Facebook.[154]

# Personal life

Willie Nelson has married four times and fathered seven children.[155] His first marriage was to Martha Matthews; it lasted from 1952 to 1962. The couple had three children: Lana, Susie and Willie "Billy" Hugh, Jr. Billy died by suicide in 1991.[156] The marriage was marked by violence, with Matthews assaulting Nelson several times,[157] including one incident when she sewed him up in a bed sheet and then beat him with a broomstick.[158] Nelson's next marriage was to

Shirley Collie in 1963. The couple divorced in 1971, after Collie found a bill from the maternity ward of a Houston hospital charged to Nelson and Connie Koepke for the birth of Paula Carlene Nelson.[157] Koepke and Nelson married the same year, then had another daughter, Amy Lee Nelson. Following a divorce in 1988, he married his current wife, Annie D'Angelo, in 1991. They have two sons, Lukas Autry and Jacob Micah.[159] Nelson traces his genealogy to the American Revolutionary War, in which his ancestor John Nelson served as a major.[160]

Nelson owns *Luck, Texas*, a ranch in Spicewood, Texas,[161][162] and also lives in Maui, Hawaii[163] with several celebrity neighbors.[164] While swimming in Hawaii in 1981, Nelson's lung collapsed. He was taken to the Maui Memorial Hospital and his scheduled concerts were canceled.[165] Nelson temporarily stopped smoking cigarettes each time his lungs became congested, and resumed when the congestion ended.[166] He was then smoking between two and three packs per day. After suffering from pneumonia several times, he decided to quit either marijuana or tobacco. He chose to quit tobacco.[167] In 2008 he started to smoke marijuana with a carbon-free system to avoid the effects of smoke.[168] In 2004 Nelson underwent surgery for carpal tunnel syndrome, as he had damaged his wrists by continuously playing the guitar.[169] On the recommendation of his doctor, he canceled his scheduled concerts and only wrote songs during his recovery.[170] In 2012 he canceled a fund-raising appearance in the Denver area. He suffered from breathing problems due to high altitude and emphysema and was taken to a local hospital. His publicist Elaine Schock confirmed soon after that Nelson's health was good and that he was heading to his next scheduled concert in Dallas, Texas.[171] After repeated instances of pneumonia and emphysema through the years, Nelson underwent stem-cell therapy in 2015 to improve the state of his lungs.[172]

During his childhood, Nelson grew interested in martial arts. He ordered self-defense manuals on jujitsu and judo that he saw advertised in *Batman* and *Superman* comic books. Nelson started to formally practice kung fu after he moved to Nashville, in the 1960s.[173] During the 1980s, Nelson began training in tae kwon do and now holds a second-degree black belt in that discipline.[174] During the 1990s, Nelson started to practice the Korean martial art GongKwon Yusul.[175] In 2014, after twenty years in the discipline, his Grand Master Sam Um presented him with a fifth-degree black belt in a ceremony held in Austin, Texas.[176] A 2014 *Tae Kwon Do Times* magazine interview revealed that Nelson had developed an unorthodox manner of training during the lengthy periods of time he was on tour. Nelson would conduct his martial arts training on his tour bus "The Honeysuckle Rose" and send videos to his supervising Master for review and critique.[177]

## Legal issues

Nelson has been arrested several times for marijuana possession. The first occasion was in 1974 in Dallas, Texas.[178] In 1977 after a tour with Hank Cochran, Nelson traveled to The Bahamas. Nelson and Cochran arrived late to the airport and boarded the flight without luggage.[179] The bags were later sent to them. As Nelson and Cochran claimed their luggage in the Bahamas, a customs officer questioned Nelson after marijuana was found in a pair of his jeans. Nelson was arrested and jailed. As Cochran made arrangements to pay the bail, he took Nelson a six-pack of beer to his cell.[180] Nelson was released a few hours later. Inebriated, he fell after he jumped celebrating and was taken to the emergency room. He then appeared before the judge, who dropped the charges but ordered Nelson to never return to the country.[181]

In 1994, highway patrolmen found marijuana in his car near Waco, Texas. His requirement to appear in court prevented him attending the Grammy awards that year.[168] While traveling to Ann W. Richards' funeral in 2006, Nelson, along with his manager and his sister, Bobbie, were arrested in St. Martin Parish, Louisiana and charged with possession of marijuana and hallucinogenic mushrooms.[182] Nelson received six months probation.[183]

On November 26, 2010, Nelson was arrested in Sierra Blanca, Texas, for possession of six ounces of marijuana found in his tour bus while traveling from Los Angeles back to Texas. He was released after paying bail of US$2,500.[184] Prosecutor Kit Bramblett supported not sentencing Nelson to jail due to the small amount of marijuana involved, but

PH 00023

suggested instead a US$100 fine and told Nelson that he would have him sing "Blue Eyes Crying in the Rain" for the court. Judge Becky Dean-Walker said that Nelson would have to pay the fine but not to perform the song, explaining that the prosecutor was joking.[185] Nelson's lawyer Joe Turner reached an agreement with the prosecutor. Nelson was set to pay a US$500 fine to avoid a two-year jail sentence with a 30-day review period, which in case of another incident would end the agreement.[186] The judge later rejected the agreement, claiming that Nelson was receiving preferential treatment for his celebrity status; the offense normally carried a one-year jail sentence.[187] Bramblett declared that the case would remain open until it was either dismissed or the judge changed her opinion.[188]

## Legacy

Nelson is widely recognized as an American icon.[189][145] He was inducted into the Country Music Hall of Fame in 1993,[190] and he received the Kennedy Center Honors in 1998.[191] In 2011, Nelson was inducted to the National Agricultural Hall of Fame, for his labor in Farm Aid and other fund raisers to benefit farmers.[192] In 2015 Nelson won the Gershwin Prize, the lifetime award of the Library of Congress.[193] He was included by *Rolling Stone* on its *100 Greatest Singers* and *100 Greatest Guitarists* lists.[194][195]

In 2003, Texas Governor Perry signed bill No. 2582, introduced by State Representative Elizabeth Ames Jones and Senator Jeff Wentworth, which funded the *Texas Music Project*, the state's official music charity. Nelson was named Honorary Chairman of the Advisory Board of the project.[196] In 2005, Democratic Texas Senator Gonzalo Barrientos introduced a bill to name 49



Willie Nelson boulevard in Austin, Texas

miles (79 km) of the Travis County section of State Highway 130 after Nelson, and at one point 23 of the 31 state Senators were co-sponsors of the bill.[197] The legislation was dropped after two Republican senators, Florence Shapiro and Wentworth, objected, citing Nelson's lack of connection to the highway, his fund raisers for Democrats, his drinking, and his marijuana advocacy.[198]

An important collection of Willie Nelson materials (1975–1994) became part of the Wittliff collections of Southwestern Writers, Texas State University, San Marcos, Texas. The collection contains lyrics, screenplays, letters, concert programs, tour itineraries, posters, articles, clippings, personal effects, promotional items, souvenirs, and documents. It documents Nelson's IRS troubles and how Farm Aid contributions were used. Most of the material was collected by Nelson's friend Bill Wittliff, who wrote or co-wrote *Honeysuckle Rose*, *Barbarosa* and *Red Headed Stranger*.[199] In 2014, Nelson donated his personal collection to the Dolph Briscoe Center for American History. The items include photographs, correspondence, song manuscripts, posters, certificate records, awards, signed books, screenplays, personal items and gifts and tributes from Nelson's fans.[200]

In April 2010, Nelson received the "Feed the Peace" award from The Nobility Project for his extensive work with Farm Aid and overall contributions to world peace.[201] On June 23, 2010 he was inducted into the Library of Congress's National Recording Registry.[202] Nelson is an honorary trustee of the Dayton International Peace Museum.[203] In 2010, Austin, Texas renamed Second Street to Willie Nelson Boulevard. The city also unveiled a life-size statue to honor him, placed at the entrance of *Austin City Limits'* new studio.[204] The non-profit organization Capital Area Statues commissioned sculptor Clete Shields to execute the project.[205] The statue was unveiled on April 20, 2012.[206] The date selected by the city of Austin unintentionally coincided with the number 4/20, associated with cannabis culture. In spite of the coincidence and Nelson's advocacy for the legalization of marijuana, the ceremony was scheduled also for 4:20 pm. During the ceremony, Nelson performed the song "Roll Me Up and Smoke Me When I Die".[207] The same year, Nelson was honored during the 46th Annual Country Music Association Awards as the first recipient of the Lifetime Achievement

Award, which was also named after him.[208] In 2013, he received an honorary doctorate from the Berklee College of Music.[209] The following year, he was part of the inaugural class inducted into the *Austin City Limits* Hall of Fame. Also included among the first inductees was his friend Darrell Royal, whose jamming parties that Nelson participated in were the source of inspiration for the show.[210]

For many years, Nelson's image was marked by his red hair, often divided into two long braids partially concealed under a bandanna. In the April 2007 issue of Stuff Magazine Nelson was interviewed about his long locks.[211] "I started braiding my hair when it started getting too long, and that was, I don't know, probably in the 70's." On May 26, 2010, the Associated Press reported that Nelson had cut his hair,[212] and Nashville music journalist Jimmy Carter published a photograph of the pigtail-free Nelson on his website. Nelson wanted a more maintainable hairstyle, as well helping him stay cool more easily at his Maui home.[213] In October 2014, the braids of Nelson were sold for US$37,000 at an auction of the Waylon Jennings estate. In 1983, Nelson cut his braids and gave them to Jennings as a gift during a party celebrating Jennings' sobriety.[214]

Nelson's touring and recording group, the Family, is full of longstanding members. The original lineup included his sister Bobbie Nelson, drummer Paul English, harmonicist Mickey Raphael, bassist Bee Spears, Billy English (Paul's younger brother), and Jody Payne.[215] The current lineup includes all the members but Jody Payne, who retired, and Bee Spears, who died in 2011.[216] *Willie & Family* tours North America in the bio-diesel bus *Honeysuckle Rose*, which is fueled by Bio-Willie.[217] Nelson's tour buses were customized by Florida Coach since 1979. The company built the *Honeysuckle Rose I* in 1983, which was replaced after a collision in Nova Scotia, Canada, in 1990. The interior was salvaged and reused for the second version of the bus the same year. Nelson changed his tour bus in 1996, 2005 and 2013, currently touring on the *Honeysuckle Rose V*.[218]

# Discography and other works

As well as recording over sixty studio albums, Nelson has appeared in over thirty films and TV shows. His acting debut was in the 1979 film, *The Electric Horseman*, followed by appearances in *Honeysuckle Rose*, *Thief*, and *Barbarosa*.[109]

**Recordings**

**Films**

**Books**

- *Willie: An Autobiography*, Simon & Schuster, 1988, with Bud Shrake
- *The Facts of Life and Other Dirty Jokes*, Random House, 2002
- *Farm Aid: A Song for America*, Rodale Books, foreword by Willie Nelson, 2005
- *The Tao of Willie: A Guide to the Happiness in Your Heart*, Gotham, 2006, with Turk Pipkin
- *On the Clean Road Again: Biodiesel and the Future of the Family Farm*, Fulcrum Publishing, 2007
- *A Tale Out of Luck* (a novel), Center Street, 2008, with Mike Blakely
- *Roll Me Up and Smoke Me When I Die: Musings From the Road*, William Morrow, foreword by Kinky Friedman, 2012
- *It's a Long Story: My Life*, Little, Brown and Company, 2015 with David Ritz
- *Pretty Paper*, Penguin Random House, 2016 with David Ritz

## Appearances as himself

Nelson appeared in the 2011 documentary "Reggae Got Soul: The Story of Toots and the Maytals" which was featured on BBC and described as "The untold story of one of the most influential artists ever to come out of Jamaica".[219][220]

## Official music videos

- "I'm a Worried Man" featuring Toots Hibbert (2005)[221]

## Official concert videos

- "Willie Nelson and Friends - Outlaws & Angels" featuring Bob Dylan, Keith Richards, Toots Hibbert, Toby Keith, Ben Harper, Al Green, Merle Haggard, Kid Rock, The Holmes Brothers, Joe Walsh, Carole King, Jerry Lee Lewis, and more (2007)[222][223]

# See also

- List of Country Music Hall of Fame inductees
- List of country music performers
- Music of Austin, Texas

# References

## Footnotes

- [1] (http://willienelson.com/) Willie Nelson Web Site
- 2  Patoski, Joe Nick 2008  p  11
- 3  Scobey, Lola 1982  p  58
- 4  Nelson, Willie 2007, p  29
- 5  Laufenberg, Norbert 2005  p  473
- 6  Patoski, Joe Nick 2008  p  8
- 7  Reid, Jan (March 1 2004). *The Improbable Rise of Redneck Rock: New Edition* (https://books.google.com/books?id=qCDF5fFuBT8C&pg=PA218) University of Texas Press  pp  218   ISBN 978-0-292-70197-7
- 8  Malone, Bill 2002  p  503
- 9  Patoski, Joe Nick 2 2008
- 10  Kienzle, Richard 2003, p  236
- 11  Richmond, Clint 2000  p  7, 8, 23 (https://books.google.com/books?id=ZqZ4PgAACAAJ&pg=PA7)
- 12  Scobey, Lola 1982  p  47
- 13  Richmond, Clint 2000  p  17 (https://books.google.com/books?id=ZqZ4PgAACAAJ&pg=PA17)
- 14  Hann, Michael 2012
- 15  Myers, Judy 1969  p  4
- 16  Chapman, Roger 2010  p  49.
- 17  Richmond, Clint 2000, p  24
- 18  Thomson, Graeme 2012  p  24
- 19  Nelson, Willie; Ritz, David 2015  p  92
- 20  Nelson, Willie; Ritz, David 2015  p  95
- 21  Patoski, Joe Nick 2008  pp  74  76

- 22  Evans, Mike 2006  p  76
- 23  Dicair, David 2007  p  246 (https://books.google.com/books?id=MYMQI9dsKJEC&pg=PA246)
- 24  Erlewine, Michael 1997  p  534
- 25  Dingus, Anne 1992  p  77 (https://books.google.com/books?id=77&pg=PA77)
- 26  Myers, Judy 1969  p  5
- 27  Nelson, Willie; Bud Shrake; Edwin Shrake 2000  p  116  117
- 28  Smith, Michael William 2013
- 29  Nelson, Willie; Bud Shrake; Edwin Shrake 2000  p  117
- 30  Nelson, Willie; Bud Shrake; Edwin Shrake 2000  p  118
- 31  Patoski, Joe Nick 2008  p  107
- 32  Richmond, Clint 2000  p  36
- 33  Kosser, Michael 2006  p  73 (https://books.google.com/books?id=DL6gHNXWToQC&pg=PA73)
- 34  NPR staff 1996
- 35  Edwards, David; Callahan, Mike 2001
- 36  Johnny Bush; Rick Mitchell 2007  p  79
- 37  Scobey, Lola 1982  p  190
- 38  Reid, Jan 2004, p  224 (https://books.google.com/books?id=224&pg=PA224)
- 39  Patoski, Joe Nick 2008, p  Nashville  1960
- 40  Nelson, Willie; Bud Shrake; Edwin Shrake 2000, p  158

41. Johnny Bush; Rick Mitchell 2007, p. 137, 138

42. Kienzle, Richard 2003, p. 248 (https://books.google.com/books?id=Gq2TTa6TStkC&pg=PA248)

43. Reid, Jan 2004, p. 223 (https://books.google.com/books?id=qCDF5fFuBT8C&pg=PA223)

44. Nelson, Willie; Bud Shrake; Edwin Shrake 2000, p. 167

45. Reid, Jan; Sahm Shawn 2010, p. 79 (https://books.google.com/books?id=1gry61absiEC&pg=PA79)

46. Thomas, Dave 2012

47. Reid, Jan 2004, p. [2] (https://books.google.com/books?id=224&pg=PA224).

48. Milner, Jay Dunston 1998, p. 183 (https://books.google.com/books?id=zesIYkOZIvUC&pg=PA183), 184 (https://books.google.com/books?id=184&pg=PA184).

49. Harden, Lydia Dixon; Hoekstra, Dave; McCall, Michael; Morris, Edward; Williams, Janet 1996, p. 169

50. Tichi, Cecilia 1998, p. 341.

51. Erlewine, Stephen Thomas 2007.

52. Dicair, David 2007, p. 247 (https://books.google.com/books?id=MYMQI9dsKJEC&pg=PA247)

53. Richmond, Clint 2000, p. 75

54. Dicair, David 2007, p. [3] (https://books.google.com/books?id=247&pg=PA247).

55. Wolff, Kurt; Duane, Orla & 2000, p. 367 (https://books.google.com/books?id=3Jorozp1yp4C&pg=PA367)

56. Richmond, Clint 2000, p. 76

57. Hartman, Gary, 2008 & [https://books.google.com/books?id=174&pg=PA174].

58. Hartman, Gary, 2008 & [https://books.google.com/books?id=175&pg=PA175]

59. RIAA staff 2010

60. Erlewine, Stephen Thomas 2008

61. RIAA staff 2 2010

62. Nelson, Willie; Ritz, David 2015, p. 263

63. Nelson, Willie; Ritz, David 2015, p. 262

64. Jennings, Waylon; Kaye, Lenny 1996, p. 10

65. RIAA staff 3 2010.

66. Billboard December 25, 1976.

67. Tribe, Ivan 2006, p. 188

68. Allmusic staff 2008.

69. Jurek, Thom 2008

70. Monkman, Martin 2008

71. Poe, Randy 2012, p. 147

72. Erlewine, Stephen Thomas 2005

73. Patoski, Joe Nick 2008, p. 383

74. Edwards, Gavin 2015

75. Patoski, Joe Nick 2008, p. 368.

76. Patoski, Joe Nick 2008, p. 342

77. Draper 1991, p. 177.

78. Patoski, Joe Nick 2008, p. 407

79. Patoski, Joe Nick 2008, p. 406.

80. Cowan, Alison Leigh 1991

81. Johnston, David Cay 1995

82. Patoski, Joe Nick & t. p. 430

83. Farm Aid Staff 2011

84. Erlewine Stephen Thomas 2000

85. BMI staff 2003

86. Biography staff 2011

87. Pareles, Jon 2003.

88. PRNewswire staff 2003

89. Entertainment One staff 2003

90. "True Love - Linear CD Notes " Toots and the Maytals. tootsandthemaytals.net. Web <http://www.tootsandthemaytals.net/linear-cd-notes/> Retrieved 9 November 2016

91. Deusner, Stephen. "The Red-Headed Stranger goes 'reggae.' Pitchfork. Conde Nast. 24 Jul 2005. Web. <http://pitchfork.com/reviews/albums/5906-countryman/> Retrieved 20 Dec 2016

92. BBC News 2005

93. Nelson, Willie; Ritz, David 2015, p. 360

94. Cooper, Peter 2014

95. Willie Nelson.com staff 2011

96. Evans-Price, Deborah 2010

97. Erlewine, Stephen Thomas 2010

98. CBS Music staff 2011

99. Sugimoto, Minna 2011

100. Willie Nelson.com staff 2012

101. PrNewswire staff 2012

102. Billboard staff 2012.

103. Vinson, Christina 2013

104. Jessen, Wade 2013.

105. Leahey, Andrew 2014

106. Holden, Larry 2014

107. PRNewswire staff 2015

108. Asker, Jim 2017

109. Allmovie staff 2011

110. Yahoo! Movies staff 2011

111. Nelson & Shrake 2004

112. Good Reads staff 2010

PH 00027

1/16/2018              Willie Nelson - Wikipedia

113. George-Warren & Hoekstra 2005

114. NPR staff 2010

115. Nelson 2007

116. Nelson 2008

117. Sterling, Whitaker 2012

118. Hachette staff 2015

119. Penguin Random House staff 2016

120. Carey Brian 2003

121. Dunn, Jill 2011

122. Willie's Place staff 2010

123. KWTX staff 2012

124. Chagollan, Steve 2010

125. Opry.com staff 2011

126. Swiatecki, Chad 2014

127. Guardian Music staff 2015

128. Prethmuse, Diana (December 15, 2016) "Woody Harrelson Writes, Directs & Stars In Live-Event Film 'Lost In London' With Owen Wilson & Willie Nelson" (http://deadline.com/2016/12/woody-harrelson-lost-in-london-live-owen-wilson-willie-nelson-live-event-cinema-fathom-events-1201871311/) Retrieved January 14, 2017

129. Erlewine, Stephen Thomas 2015

130. Encyclopædia Britannica staff 2011

131. Nelson, Willie 2005

132. Willie Nelson General Store staff 2010

133. Reinert 1976 p. 103

134. Draper 1991 p. 103

135. Willie Nelson Genral Store staff 2010

136. Durchholz, Daniel; Graff, Gary 2010 p. 134

137. Durchholz, Daniel; Graff, Gary 2010 p. 135

138. Richmond, Clint 2000 p. 94

139. NORML staff 2009

140. High Times staff 2007

141. Thomson, Gayle 2010

142. Quay, Sara; Damico, Amy & 2010 p. 149 (https://books.google.com/books?id=Ix7i4YHl_NoC&pg=PA149)

143. O'Reilly, Bill 2010

144. Reuters staff 2004

145. Hamilton, Reeve 2010

146. Car Connection staff 2010

147. Selby, W. Gardner 2009

148. Smith, Zachary Alden; Taylor, Katrina 2008 p. 173

149. Associated Press staff 2005

150. Nelson, Willie (2) 2007

151. Habitat for Horses staff 2011

152. Nelson, Willie 2008

153. Neu, Clayton 2006

154. Langer, Andy 2013

155. Hollabaugh, Lorie 2010

156. Hall, Michael 2008

157. Cartwright, Gary 2000 p. 276 (https://books.google.com/books?id=FBRbZWBZolUC&pg=PA276)

158. Goldman, Andrew 2012

159. Riggs, Thomas 2007 p. 239

160. Hunt, Ernest E. IV 2009

161. "Willie Nelson, Margo Price Lead 2017 Luck Reunion Lineup" (https://www.rollingstone.com/country/news/willie-nelson-margo-price-lead-2017-luck-reunion-lineup-w462119) Rolling Stone. Retrieved 5 November 2017

162. Parker, Kolten "Willie Nelson to rebuild central Texas ranch town after heavy damage from storm" (http://www.mysanantonio.com/news/local/article/Willie-Nelson-s-central-Texas-ranch-damaged-in-5564275.php) San Antonio Express. Retrieved 5 November 2017

163. Kane, Coleen 2008

164. Grigoriadis, Vannessa 2007 p. 57

165. Krebs, Albin 1981

166. O'Hare, Kevin 2010

167. NPR staff 2012

168. Patoski, Joe Nick 2011

169. Associated Press staff 2002

170. Miller Loncaric, Melissa 2008

171. McKinnley, James Jr 2012

172. Heim, Joe 2015

173. Nelson, Willie; Bud Shrake; Edwin Shrake 2000 p. 15

174. Chilton, Martin 2012

175. Hall, Michael 2014

176. Chilton, Martin 2014

177. Zirogiannis, Marc (September 2014) "Willie Nelson: Master of Country Music and Gongkwon Yusul" (https://web.archive.org/web/20170510075405/http://www.taekwondtimes.com/) Tae Kwon Do Times Magazine. No. September 2014. pp. 49-52. Archived from the original (http://www.taekwondtimes.com) on May 10, 2017. Retrieved May 24, 2018

178. Goddard, Steve 2010

179. Nelson, Willie; Ritz, David 2015 p. 247

180. Nelson, Willie; Ritz, David 2015 p. 248

181. Nelson, Willie; Ritz, David 2015 p. 249

182. People staff 2006

183. Patoski, Joe Nick 2008 p. 471

PH 00028

1/16/2018

Willie Nelson - Wikipedia

Associated Press staff 2010

Caulfield, Phillip 2011

Amter, Charlie 2011

TMZ staff 2011

Cohen, Jason 2013

PBS staff 2011

Edwards, Joe 1993

Kennedy Center staff 2011

Treolo, Melissa 2011

Leahey, Andrew 2015

Rolling Stone staff 2010

Rolling Stone staff 2011

Texas Music Project staff 2011

Ward, Mike 2005

Fort Worth Star-telegram staff 2005

Alkek Library 2010

Briscoe Center staff 2014

PRWeb staff 2010

Donahue, Ann 2010

Dayton Peace Museum staff 2010

BBC News staff 2010

Houston Chronicle 2010

Tomlinson, Chris 2012

Tomlinson, Chris (2) 2012

Lewis, Randy 2012

Sullivan, James 2013

Associated Press staff 2014

Everett, Christina 2010

Associated Press 2010

Carter, Jimmy 2010

New York Post staff 2014.

Scobey, Lola 1982

Kerns, William 2012

Vancouver Province staff 2007

Langer, Andy 2014

Toots and the Maytals - Reggae Got Soul - BBC. Free (documentary). Directed by George Scott. UK. 2016. 58 min. Retrieved 15 Dec. 2016 <http://www.bbc.co.uk/programmes/b00ymljb

Tootsandthemaytals. Toots & The Maytals - Reggae Got Soul - Documentary Trailer. YouTube. YouTube. 15 Aug. 2014. Web. 15 Dec. 2016. <https://www.youtube.com/watch?v=SfiNMBhnd8w

WillieNelsonVEVO. "Willie Nelson - It's A Wonderful World (Toots Hibbert)". YouTube. YouTube. 17 Aug. 2011. Music video by Willie Nelson performing It's A Wonderful Man. (C) 2005 UMG Recordings, Inc. Web. 20 Dec. 2016. <https://www.youtube.com/watch?v=bYfJInX0etk

"Willie Nelson and Friends - Outlaws & Angels - Eagle Rock Entertainment DVD. 2007. Retrieved 20 Dec 2016 <https://www.amazon.com/Willie-Nelson-Friends-Outlaws-Angels/dp/B0002Y13VO

Willie Nelson and Friends - Outlaws & Angels - Eagle Rock Entertainment DVD. 2007. Retrieved 20 Dec 2016. <https://www.discogs.com/Willie-Nelson-Friends-Outlaws-And-Angels/release/3810153

## Sources

Alkek Library staff. Alkek Library. Largest Willie Nelson collection now at Texas State (http://alkeklibrarynews.typepad.com/alkek/willie-nelson/). September 22, 2010 [Retrieved February 20, 2011]

Allmusic staff (2009). "The Electric Horseman" (http://allmusic.com/album/the-electric-horseman-r93318). Rovi Corporation. Retrieved February 8, 2011

Allmovie staff (2011). "Willie Nelson" (http://allmovie.com/artist/willie-nelson-104264/filmography). AllMovie. Rovi Corporation. Retrieved February 14, 2011

Amter, Charlie. Willie Nelson Dodges Jail in Texas (http://www.hollywoodreporter.com/news/willie-nelson-dodges-jail-texas-195693) The Hollywood Reporter. June 7, 2011 [Retrieved June 7, 2011]

Asker, Jim. No 'Problem': Willie Nelson's New Album Bows at No. 1 (http://www.billboard.com/articles/columns/chart-beat/7791787/willie-nelson-new-album-gods-problem-child-charts) Billboard. May 9, 2017 [Retrieved May 10, 2017] Nielsen Business Media, Inc.

Associated Press staff. Willie Nelson cancels concerts (https://www.usatoday.com/life/music/news/2004-05-11-nelson-cancels_x.htm) USA Today. May 13, 2002 [Retrieved May 22, 2013] Associated Press

Associated Press staff (January 13, 2005). "Willie Nelson Bets on Biodiesel" (https://www.wired.com/news/technology/0,1282,66288,00.html) Wired Magazine. Condé Nast Publications, Associated Press. Retrieved March 27, 2011

Associated Press staff. The pigtails are gone: Willie Nelson cuts his hair (http://www.lcsun-news.com/las_cruces-news/ci_15166128). Las Cruces Sun-News. July 28, 2010. archived (https://web.archive.org/web/20100802034455/http://www.lcsun-news.com/las_cruces-news/ci_15166128) Retrieved July 28, 2010. Scripps News Group.

Associated Press staff. Willie Nelson Arrested for Marijuana Possession (http://www.theboot.com/2010/11/27/willie-nelson-arrested-for-marijuana-possession/). The Boot. November 27, 2010 (Retrieved February 27, 2011). American Press, AOL

Associated Press staff. Matthew McConaughey and others celebrate Willie Nelson (http://www.foxnews.com/entertainment/2014/04/27/matthew-mcconaughey-and-others-celebrate-willie-nelson/). April 27, 2013 (Retrieved April 27, 2014). Associated Press, Fox News

BBC News staff. Willie Nelson stages tsunami gig (http://news.bbc.co.uk/2/hi/entertainment/4160707.stm). BBC News. January 10, 2005 (Retrieved February 15, 2011). BBC

BBC News staff (March 25, 2011). "Willie Nelson to have street named after him in Texas" (http://www.bbc.co.uk/news/10182790). BBC. BBC News. Retrieved March 27, 2011.

Billboard (https://books.google.com/books?id=xCQEAAAAMBAJ&pg=PA61). December 25, 1976. Retrieved February 6, 2011. Billboard.

Billboard staff (2012). "Chart listing for Heroes" (http://www.billboard.com#/album/willie-nelson/heroes/1647607). Billboard. Nielsen Business Media. Retrieved May 28, 2012.

Biography staff. A&E Television Networks. Toby Keith Biography (http://www.biography.com/articles/Toby-Keith-16549809). 2011 archived (https://web.archive.org/web/20110704103928/http://www.biography.com/articles/Toby-Keith-16549809) July 4, 2011. Retrieved February 15, 2011.

BMI staff. BMI Cheers 'Beer for My Horses' with Willie, Toby and Scotty (http://www.bmi.com/news/entry/233783). BMI. July 16, 2003 (Retrieved February 15, 2011). Broadcast Music Inc.

Busch, Johnny; Michael Rice (2001). Whiskey River (Take My Mind): The True Story of Texas Honky-Tonk (https://books.google.com/books?id=aHOZjx0C8CsC). University of Texas Tech. ISBN 978-0-292-71490-8

Briscoe Center staff. Briscoe Center Acquires Willie Nelson Collection (http://www.cah.utexas.edu/news/press_release.php?press=nelson_willie). Dolph Briscoe Center for American History. May 8, 2014 (Retrieved May 8, 2014). The University of Texas at Austin.

Car Connection staff. Kinky Friedman To Name Willie Nelson as Texas Energy Czar (http://www.thecarconnection.com/marty-blog/1014487_kinky-friedman-to-name-willie-nelson-as-texas-energy-czar). The Car Connection. (Retrieved February 2, 2011)

Carter, Jimmy. Willie cuts his hair (http://askjimmycarter.blogspot.com/2010/05/willie-cuts-his-hair.html). May 26, 2010

Cartwright, Gary (2000). Turn Out the Lights: Chronicles of Texas in the 80's and 90's. University of Texas Press. ISBN 978-0-292-71226-3

Cary, Brian. Shopping.com Inc. Legendary Food, Legendary Service, and Legendary People (http://www.epinions.com/review/rest-Chain_Restaurants-All-Texas_Road_House/content_114053123716). September 28, 2004 (Retrieved February 14, 2011)

Caulfield, Philip. Judge says request for Willie Nelson to sing 'Blue Eyes' in court was a joke (http://www.nydailynews.com/gossip/2011/03/30/2011-03-30_willie_nelson_wont_be_performing_blue_eyes_crying_in_the_rain_in_court_to_get_ou.html). Daily News (New York). March 30, 2011 (Retrieved April 4, 2011). News Wire Services

CBS Music staff. Last.fm Trends: Willie Nelson's On Grammy Road Again (http://pittsburgh.cbslocal.com/2011/02/03/last-fm-trends-willie-nelson%E2%80%99s-on-grammy-road-again-2/). Last.fm. February 5, 2011 (Retrieved May 22, 2011). CBS

Chagollan, Steve. Willie Nelson launches Luck Films; Musician-actor in joint venture that aims to make up to five pics a year (http://www.variety.com/article/VR1118016497?refCatId=16). March 15, 2010 (Retrieved November 27, 2012)

Chalon, Maria. Willie Nelson interview: Don't fret about the end of the world (http://www.telegraph.co.uk/culture/music/worldfolkandjazz/9738338/Willie-Nelson-Interview-Dont-fret-about-the-end-of-the-world.html). The Telegraph. December 14, 2012 (Retrieved December 14, 2012). Telegraph Media Group Limited.

PH 00030

Willie Nelson gets 5th-degree black belt at 81 (http://www.telegraph.co.uk/culture/music/worldfolkandjazz/10794872/Willie-Nelson-gets-5th-degree-black-belt-at-81.html) *The Daily Telegraph*

*Culture wars: an encyclopedia of issues, viewpoints, and voices, Volume 1* (https://books.google.com/books?id=vRY27FkGJAUC&pg=PA392) ISBN 978-0-7656-1761-3

Win the Weekend: Was Willie's Case Ever Settled? (http://www.texasmonthly.com/story/win-weekend-was-willies-case-ever-settled)

Buddy Cannon witnesses Willie Nelson's magic (http://www.tennessean.com/story/entertainment/music/peter-cooper/2014/06/25/buddy-cannon-witnesses-willie-nelsons-magic/11379661/)

Willie Nelson Hopes for a Hit; So Does the I.R.S (https://query.nytimes.com/gst/fullpage.html?res=9D0CEFD7113FF931A3575AC0A967958260&sec=&spon=&pagewanted=all)

"Dayton International Peace Museum" (https://web.archive.org/web/20110725222005/http://www.daytonpeacemuseum.org/willie_nelson_dayton_peace_museu.htm) Archived from the original (http://www.daytonpeacemuseum.org/willie_nelson_dayton_peace_museu.htm)

ISBN 978-0-7864-3021-5

ISSN 0148-7736 (https://www.worldcat.org/issn/0148-7736)

"Tupac, Willie Nelson, R.E.M. Among Inductees To National Recording Register" (http://www.billboard.com/articles/news/957665/tupac-willie-nelson-rem-among-inductees-to-national-recording-registry)

Texas Monthly (https://books.google.com/books?id=eysEAAAAMBAJ103&pg=PA100)

A Creditor forecloses Willie's Place (http://www.etrucker.com/apps/news/article.asp?id=86192)

*Neil Young: Long May You Run* (https://books.google.com/books?id=VicchWAszssC&pg=PA134) ISBN 978-0-7603-3647-2

"The Liberty Records Story" (http://www.bsnpubs.com/liberty/liberty.html)

"'We Are the World': A Minute-by-Minute Breakdown on Its 30th Anniversary" (https://www.rollingstone.com/music/features/we-are-the-world-a-minute-by-minute-breakdown-30th-anniversary-20150306#ixzz3aExLBnp5)

"Willie Nelson inducted in Hall of Fame" (https://news.google.com/newspapers?id=ip4zAAAAIBAJ&sjid=7TgHAAAAIBAJ&dq=willie-nelson&pg=2163%2C4242908)

Willie Nelson haircut: Country singer chops off trademark long tresses and debuts shorter new look (http://www.nydailynews.com/gossip/2010/05/27/2010-05-27_willie_nelsons_new_haircut_country_singer_chops_off_trademark_long_tresses_and_d.html)

"Willie Nelson (American musician)" (http://www.britannica.com/EBchecked/topic/408390/Willie-Nelson)

Ringo Starr Koch, Entertainment One

- Erlewine, Michael (1997) *All Music Guide to Country: The Experts' Guide to the Best Recordings in Country Music*. Miller Freeman. **ISBN 978-0-87930-475-1**

- Erlewine, Stephen Thomas (2000) **"VH1 Storytellers" (http://allmusic.com/album/vh1-storytellers-r1826477)**. AllMusic. Retrieved February 14, 2011.

- Erlewine, Stephen Thomas (2005) **"WWII" (http://www.allmusic.com/album/r107217)**. Rovi Corporation. Retrieved February 8, 2011.

- Erlewine, Stephen Thomas (2007) **"Shotgun Willie/Phases and Stages" (http://www.allmusic.com/album/shotgun-willie-phases-and-stages-r184407)** Rovi Corporation. Retrieved February 20, 2011.

- Erlewine, Stephen Thomas (2008) **"The Troublemaker – Willie Nelson" (http://www.allmusic.com/album/the-troublemaker-mw0000691140)**. Rovi Corporation. Retrieved May 18, 2015.

- Erlewine, Stephen Thomas (2010) **"Country Music: Billboard albums" (http://allmusic.com/album/country-music-r1716369/charts-awards)** Allmusic. Rovi Corporation. Retrieved July 3, 2011.

- Erlewine, Stephen Thomas (2015) **"Willie Nelson – Biography" (http://www.allmusic.com/artist/willie-nelson-mn0000583959/biography)** Allmusic. Rovi Corporation. Retrieved May 20, 2015.

- Evans, Mike (2006) *Country Music Facts, Figures & Fun* **(https://books.google.com/books?id=4JH4e8BNIY4C&pg=PA70)** AAPPL. p. 70. **ISBN 978-1-904332-53-4** Retrieved June 21, 2011.

- Evans-Price, Deborah. AOL Inc. **Willie Nelson Delivers True 'Country Music' (http://www.theboot.com/2010/04/21/willie-nelson-album-interview/)**, April 21, 2010 [Retrieved May 22, 2011].

- Farm Aid Staff (2011) **"Past concerts – Farm Aid" (https://web.archive.org/web/20110523191508/http://www.farmaid.org/site/c.qlI5lhNVJsE/b.2723673/k.8C39/Past_Concerts.htm)**. Farm Aid. Farm Aid. Archived from the original (http://www.farmaid.org/site/c.qlI5lhNVJsE/b.2723673/k.8C39/Past_Concerts.htm) on May 23, 2011. Retrieved February 14, 2011.

- Fort Worth Star-Telegram staff. **'Nelson Highway' isn't a hit with GOP (http://www.chron.com/disp/story.mpl/metropolitan/3157662.html)**. April 28, 2005 [Retrieved March 27, 2011]

- George-Warren, Holly; Hoekstra, Dave (October 7, 2005) *Farm Aid: A Song for America* **(https://books.google.com/books?id=dsM-zlN_XJQC)** Rodale Books. **ISBN 978-1-59486-285-4**

- Goddard, Steve. **Willie Nelson's Mug Shot From Last Friday Night (http://kool.radio.com/2010/11/30/willie-nelsons-mug-shot-from-last-friday-night/)** 94.5 KOOL FM. November 30, 2010 [Retrieved June 13, 2011]. CBS Radio Inc.

- Goldman, Andrew. **Willie Nelson, the Silver-Headed Stranger (https://www.nytimes.com/2012/12/16/magazine/willie-nelson-the-silver-headed-stranger.html)** [Interview] *The New York Times Magazine*. December 14, 2012 [Retrieved December 16, 2012]. The New York Times Company

- Hann, Michael. **Willie Nelson: 'If We Made Marijuana Legal, We'd Save a Whole Lotta Money and Lives' (https://www.theguardian.com/music/2012/may/17/30-minutes-with-willie-nelson)** *The Guardian*. May 17, 2012 [Retrieved May 20, 2012]. Guardian News and Media Ltd

- Grigoriadis, Vanessa. Move to a Fantasy Island. *New York Magazine*. January 14, 2007.40(1,7)

- Guardian Music staff (March 27, 2015) **"Willie Nelson to open chain of marijuana stores" (https://www.theguardian.com/music/2015/mar/27/willie-nelson-to-open-chain-of-marijuana-stores)** *Guardian Music*. Guardian News and Media Limited. Retrieved March 27, 2015.

- Habitat for Horses staff (2011) **"Habitat for Horses signature series" (https://web.archive.org/web/20111003160022/http://www.habitatforhorses.org/adoptahorse/willie2full.html)** *Habitat for Horses*. Habitat for Horses. Archived from the original (http://www.habitatforhorses.org/adoptahorse/willie2full.html) on October 3, 2011. Retrieved March 27, 2011.

- Hachette staff (2015) *It's a Long Story: My Life by Willie Nelson* **(https://web.archive.org/web/20150509155344/http://www.hachettebookgroup.com/titles/willie-nelson/its-a-long-story/9780316403559/)** *Hachette Book Group*. Little, Brown and Company. Archived from the original (https://www.hachettebookgroup.com/titles/willie-nelson/its-a-long-story/9780316403559/) on May 9, 2015. Retrieved January 26, 2015.

- Hall, Michael. **Willie's God! Willie's God! We Love Willie! (http://www.texasmonthly.com/story/%E2%80%9Cwillie%E2%80%99s-god-willie%E2%80%99s-god-we-love-willie%E2%80%9D)** *Texas Monthly*. May 1, 2008 [Retrieved April 12, 2011]. Emmis Communications

Hall, Michael. **Master Nelson Receives His Black Belt** (http://www.texasmonthly.com/story/master-nelson-receives-his-black-belt) *Texas Monthly*, April 9, 2014 [Retrieved April 9, 2014] Emmis Communications.

Hamilton, Keegan. **Willie Nelson Ad for Kinky Friedman Valued Highly** (http://www.texastribune.org/texas-politics/richard-kinky-friedman/willie-nelson-ad-for-kinky-friedman-valued-highly/) *The Texas Tribune* [Retrieved February 27, 2014] The Texas Tribune

Hardy, Lyons Davis, Bud Evans, Dave McColl, Michael Morris, Edward Williams, Jane (1996) *The Sears & County Music: The Legends & The New Breed, Publishers International Ltd.* ISBN 978-1-56173-697-3

Hartman, Gary (2008). *The History of Texas Music*, Texas A&M University Press. ISBN 978-1-60344-002-8

Heim, Joe (2015). **"Willie Nelson keeps on rollin'"** (https://www.washingtonpost.com/lifestyle/magazine/willie-nelson-keeps-on-rollin/2015/11/10/cfc5699e-7448-11e5-8d93-0af317ed58c9_story.html) *Washington Post Magazine*. The Washington Post. Retrieved November 13, 2015

High Times staff. **The Pope of Austin, Texas Interview: Willie Nelson** (http://www.hightimes.com/ht/entertainment/content.php?bid=1497&aid=24) *High Times*, November 27, 2007 [archived (https://web.archive.org/web/20070615083158/http://www.hightimes.com/ht/entertainment/content.php?bid=1497&aid=24) June 15, 2007. Retrieved March 27, 2014] High Times

Hollabaugh, Lorie, et al. **Willie Nelson Still Cares for His 'Additional Wives'** (http://www.theboot.com/2010/05/05/willie-nelson-wives/) May 5, 2010 [Retrieved February 27, 2014]

Holden, Larry. **Rhonda Vincent And Willie Nelson Top The Charts** (http://www.hngn.com/articles/52123/20141208/rhonda-vincent-and-willie-nelson-top-the-charts.htm) *HNGN.com* December 8, 2014 [Retrieved December 9, 2014] Headlines & Global News

Houston Chronicle staff. **Willie Nelson statue and boulevard planned for Austin** (http://www.chron.com/disp/story.mpl/metropolitan/6994415.html) *The Houston Chronicle*, May 7, 2010 [Retrieved March 27, 2011] Hearst Corporation

Hixt, Emerson. R. Mindspring.com **Sixth Generation (Descendants of Alfred Nelson)** (http://www.mindspring.com/~ehiv/nelson/d5711.htm) [Retrieved March 27, 2011]

Jennings, Weylon, Kaye, Lenny (1996). *Weylon: An Autobiography* Warner Books. ISBN 978-0-446-51865-9

Jessen, Wade. **Willie Nelson Extends Record For Most Top 10 Country Albums** (http://www.billboard.com/articles/columns/the-615/5770374/willie-nelson-extends-record-for-most-top-10-country-albums) *Billboard*, October 24, 2013 [Retrieved October 24, 2013] Nielsen Business Media

Johnston, David Cay. **Tax Shelter of Rich and Famous Has Final Date in Court** (https://query.nytimes.com/gst/fullpage.html?res=9D04E6DF1739F937A35752C1A963958260) *The New York Times*, November 4, 1995 [Retrieved February 15, 2011] The New York Times Company

Juek, Thom (2008). **"Honeysuckle Rose [CBS]"** (http://alimusic.com/album/honeysuckle-rose-cbs-r84383) Rovi Corporation. Retrieved February 8, 2011

Barg, Lileen. **Woody Harrelson plans a 40-day desert-island starvation** (http://www.plentymag.com/blogs/dirt/2008/05/woody_harrelson_plans_a_40day.php) *Plenty* May 30, 2008 [Retrieved September 20, 2011] MNN Holdings, LLC

Kennedy Center staff (2011). **"List of Kennedy Center Honorees"** (http://www.kennedy-center.org/programs/special events/honors/history/) *The Kennedy Center* John F. Kennedy Center for the Performing Arts. Retrieved February 14, 2011

Kerns, William. **Willie Nelson has Near-Sellout Crowd in Palm of his Hand Sunday** (http://lubbockonline.com/entertainment/2012-03-04/willie-nelson-has-near-sellout-crowd-palm-his-hand-sunday-review-and-photo#.T2ZOp3lqKXk) *Lubbock Online*. March 4, 2012 [Retrieved March 18, 2012] Lubbock Avalanche-Journal

Kienzle, Richard (2003). *Southwest Shuffle: Pioneers of Honky Tonk, Western Swing, and Country Jazz* Routledge. ISBN 978-0-415-94103-7

Kosser, Michael (2006). *How Nashville Became Music City, U.S.A.: 50 Years of Music Row.* ISBN 978-0-634-09806-2

Krebs, Albin. **A Nelson Slowdown** (https://www.nytimes.com/1981/08/25/nyregion/notes-on-people-a-nelson-slowdown.html) *The New York Times*, August 25, 1981 [Retrieved April 11, 2011]

"Curtain Falls on Willie's Place" (https://web.archive.org/web/20130625204105/http://www.kwtx.com/home/headlines/114624459.html) the original (http://www.kwtx.com/home/headlines/114624459.html)

Entertainment Celebrities (https://books.google.com/books?id=mzTW9Nitee4C&pg=PA473) ISBN 978-1-4120-5335-8

EXCLUSIVE: Willie Nelson on same-sex marriage (http://www.texasmonthly.com/story/exclusive-willie-nelson-same-sex-marriage)

"The Last Word on the Willie Nelson Bus That's NOT Willie Nelson's Bus" (http://www.texasmonthly.com/story/last-word-willie-nelson-bus-thats-not-willie-nelsons-bus)

'Band of Brothers' Shoots Shotgun Willie to Top of the Charts (https://www.rollingstone.com/music/news/band-of-brothers-shoots-shotgun-willie-to-top-of-the-charts-20140625)

Willie Nelson to Receive Gershwin Prize for Songwriting (https://www.rollingstone.com/music/news/willie-nelson-to-receive-gershwin-prize-for-songwriting-20150709)

"Blake Shelton, Miranda Lambert and Eric Church win CMA Awards" (http://www.latimes.com/entertainment/music/posts/la-et-ms-cma-awards-blake-shelton-entertainer-2012-20121101,0,6091358.story)

Willie Nelson Is 'Fine' After Canceling a Show (http://artsbeat.blogs.nytimes.com/2012/08/20/willie-nelson-is-fine-after-canceling-a-show/)

Country music, U.S.A (https://books.google.com/books?id=id=CR63ED_FH_AC&pg=PA303) ISBN 978-0-292-75262-7

Willie Nelson and B.B. King Mesmerize Atlanta (http://www.cmt.com/news/country-music/1591696/willie-nelson-and-bb-king-mesmerize-atlanta.jhtml)

ISBN 978-1-57441-050-1

"Pancho & Lefty" (http://allmusic.com/album/pancho--lefty-r92522)

"How I Ended Up With a Classical" (https://web.archive.org/web/20120921064533/http://www.losthighwayrecords.com/artist/releases/release.aspx?pid=1675&aid=61) the original (http://www.losthighwayrecords.com/artist/releases/release.aspx?pid=1675&aid=61)

The Facts of Life: and Other Dirty Jokes (https://books.google.com/books?id=c_hEG_OLWEC) Random House Publishing Group. ISBN 978-0-307-52320-4

Willie: An Autobiography (https://books.google.com/books?id=sfQ5AQAAIAAJ) Cooper Square Press. ISBN 978-0-8154-1080-5

On the Clean Road Again: Biodiesel and the Future of the Family Farm (https://books.google.com/books?id=o5euCvzAWAEC) Fulcrum Publishing. ISBN 978-1-55591-624-4

A Tale Out of Luck: A Novel (https://books.google.com/books?id=sm4z04b6ly8C) Center Street. ISBN 978-1-59995-176-8

"Willie Nelson Writes to Prevent Horse Slaughter" (http://willienelsonpri.com/peace/474/willie-nelson-writes-to-prevent-horse-slaughter.html)

Willie Nelson Urges Land O'Lakes, Challenge Dairy to Stop Using Milk Products that Come from Confined Calves (http://www.aldf.org/article.php?id=512)

Nelson, Willie; Ritz, David (2015) It's a Long Story: My Life. Little, Brown and Company. ISBN 978-0-316-33931-5

Brokeback Balladeer: Willie Nelson talks to TIME about his gay cowboy song (http://www.time.com/time/arts/article/0,8599,1168901,00.html)

"Willie Nelson's braids sold for $37G at auction" (http://www.foxnews.com/entertainment/2014/10/08/willie-nelson-braids-sold-for-37g-at-auction/)

"NORML Advisory Board" (https://web.archive.org/web/20110216110709/http://norml.org/index.cfm?Group_ID=5471) from the original (http://norml.org/index.cfm?Group_ID=5471)

"Willie Nelson, Live from the 'Fresh Air' Studios" (http://www.npr.org/templates/story/story.php?storyId=90066056)

Willie Nelson's Guide to Happiness (http://www.npr.org/templates/story/story.php?storyId=5430460)

Willie Nelson: Road Rules and Deep Thoughts (http://www.npr.org/2012/11/18/165223056/willie-nelson-road-rules-and-deep-thoughts)

The Willie Nelson interview: Life, aging and making music (http://www.masslive.com/entertainment/index.ssf/2010/05/the_willie_nelson_interview_life_aging_and_making_music.html)

Opry Broadcasts Move To New Willie's Roadhouse Channel on SiriusXM (http://www.opry.com/news/2011/05-05b.html) archived (https://web.archive.org/web/20110509081630/http://www.opry.com/news/2011/05-05b.html)

Why Americans Do Not Trust the Federal Government (http://www.foxnews.com/story/0,2933,591296,00.html)

POP REVIEW; Marathon of Music To Celebrate Nelson, 70 (https://query.nytimes.com/gst/fullpage.html?res=9801E2D8143BF931A25757C0A9659C8B63)

Patoski, Joe Nick (2008) Willie Nelson: An Epic Life. Hachette Digital. ISBN 978-0-316-01778-7

"The Gospel According to Willie: The Resurrection of the Abbott Methodist Church" (http://www.texascooppower.com/texas-stories/life-arts/the-gospel-according-to-willie)

When It Comes to Marijuana, Willie's Punishment Seems to Vaporize (https://www.nytimes.com/2011/04/03/us/03ttwillie.html?_r=2)

"American Masters, lesson 19" (https://web.archive.org/web/20110628204343/http://www.pbs.org/wnet/americanmasters/education/index.html) from the original (https://www.pbs.org/wnet/americanmasters/education/index.html)

Pretty Paper by Willie Nelson and David Ritz (http://www.penguinrandomhouse.com/books/545086/pretty-paper-by-willie-nelson-with-david-ritz/9780735211544/)

Willie Nelson Cited for Drug Possession (http://www.people.com/people/article/0,,1536119,00.html)

ISBN 978-1-4584-7151-2

ISBN 978-0-313-35505-9

Willie Nelson's 70th Birthday Honored With 'The Essential Willie Nelson' (http://www.prnewswire.com/news-releases/willie-nelsons-70th-birthday-honored-with-the-essential-willie-nelson-70913602.html)

PH 00035

Heroes, The New Willie Nelson Album, Coming Tuesday, May 15 (http://www.prnewswire.com/new s-releases/heroes-the-new-willie-nelson-album-coming-tuesday-may-15-142799845.html)

PRNewswire staff. Outlaw Country Legends Willie Nelson & Merle Haggard Rockin' America's Charts with 1st Week's Sales of Django and Jimmie, their New Release on Legacy Recordings (http://www.prnewswire.com/news-releases/o utlaw-country-legends-willie-nelson--merle-haggard-rockin-americas-charts-with-1st-weeks-sales-of-django-and-jimmi e-their-new-release-on-legacy-recordings-300097177.html)  June 10, 2015 (Retrieved June 10, 2015) PR Newswire PR Newswire Association LLC.

PRWeb staff (2010). "The Nobelity Project Honors Willie Nelson" (http://www.prweb.com/releases/Nobelity_Project/Wi llie_Nelson/prweb3824704.htm)  PRWeb, Vocus PRW Holdings, LLC. Retrieved February 15, 2011

Reid, Jan (2004). The Improbable Rise of Redneck Rock, New Edition. University of Texas Press. ISBN 978-0-292-70197-7

Reid, Jan; Shawn Sahm (2010). Texas Tornado: The Times and Music of Doug Sahm. University of Texas Press. ISBN 978-0-292-72196-8

Texas Monthly (https://books.google.com/books?id=xSwEAAAAMBAJ&pg=PA103)  August 1976 (Retrieved Mar 29, 2015)

Reuters staff. New Willie Nelson song condemns Iraq war (http://edition.cnn.com/2004/SHOWBIZ/Music/01/01/music. nelson.reut/)  January 1, 2004 (Retrieved February 22, 2011) Reuters, Turner Broadcasting System, Inc.

RIAA staff (2010). "RIAA certification" (https://web.archive.org/web/20130828224140/http://www.riaa.com/goldandplat inumdata.php?resultpage=1&table=SEARCH_RESULTS&action=&title=The%20sound%20in%20your%20mind&artist =&format=ALBUM&debutLP=&category=&sex=&releaseDate=&requestNo=&type=&level=&label=&company=&certifi cationDate=&awardDescription=&catalogNo=&Sex=&rec_id=&charField=&gold=&platinum=&multiPlat=&level2=&ce rtDate=&album=&id=&after=&before=&startMonth=1&endMonth=1&startYear=1958&endYear=2011&sort=Artist&perP age=25)  Recording Industry Association of America. Recording Industry Association of America. Archived from the original (https://www.riaa.com/goldandplatinumdata.php?resultpage=1&table=SEARCH_RESULTS&action=&title=Th e%20sound%20in%20your%20mind&artist=&format=ALBUM&debutLP=&category=&sex=&releaseDate=&requestNo =&type=&level=&label=&company=&certificationDate=&awardDescription=&catalogNo=&Sex=&rec_id=&charField= &gold=&platinum=&multiPlat=&level2=&certDate=&album=&id=&after=&before=&startMonth=1&startYe ar=1958&endYear=2011&sort=Artist&perPage=25) on August 28, 2013. Retrieved February 8, 2011

RIAA staff (2010). "RIAA certification" (https://web.archive.org/web/20130829025016/http://www.riaa.com/goldandpl atinumdata.php?resultpage=1&table=SEARCH_RESULTS&action=&title=troublemaker&artist&format=ALBUM&deb utLP=&category=&sex=&releaseDate=&requestNo=&type=&level=&label=&company=&certificationDate=&awardDes cription=&catalogNo=&Sex=&rec_id=&charField=&gold=&platinum=&multiPlat=&level2=&certDate=&album=&id=&af ter=&before=&startMonth=1&endMonth=1&startYear=1958&endYear=2011&sort=Artist&perPage=25)  Recording Industry Association of America. Recording Industry Association of America. Archived from the original (https://www.ri aa.com/goldandplatinumdata.php?resultpage=1&table=SEARCH_RESULTS&action=&title=troublemaker&artist=&for mat=ALBUM&debutLP=&category=&sex=&releaseDate=&requestNo=&type=&level=&label=&company=&certification Date=&awardDescription=&catalogNo=&Sex=&rec_id=&charField=&gold=&platinum=&multiPlat=&level2=&certDate =&album=&id=&after=&before=&startMonth=1&endMonth=1&startYear=1958&endYear=2011&sort=Artist&perPage=2 5) on August 29, 2013. Retrieved February 8, 2011.

RIAA staff (2010). "RIAA certification" (https://web.archive.org/web/20130829021503/http://www.riaa.com/goldandpl atinumdata.php?resultpage=1&table=SEARCH_RESULTS&action=&title=Stardust&artist=&format=ALBUM&debutLP =&category=&sex=&releaseDate=&requestNo=&type=&level=&label=&company=&certificationDate=&awardDescripti on=&catalogNo=&Sex=&rec_id=&charField=&gold=&platinum=&multiPlat=&level2=&certDate=&album=&id=&after= on&before=on&startMonth=1&endMonth=1&startYear=1977&endYear=1979&sort=Artist&perPage=25)  RIAA. Archived from the original (https://www.riaa.com/goldandplatinumdata.php?resultpage=1&table=SEARCH_RESULTS &action=&title=Stardust&artist=&format=ALBUM&debutLP=&category=&sex=&releaseDate=&requestNo=&type=&lev el=&label=&company=&certificationDate=&awardDescription=&catalogNo=&Sex=&rec_id=&charField=&gold=&plati num=&multiPlat=&level2=&certDate=&album=&id=&after=on&before=on&startMonth=1&endMonth=1&startYear=197 7&endYear=1979&sort=Artist&perPage=25) on August 29, 2013. Retrieved February 8, 2011

Patoski, Joe (2008). Willie Nelson: An Epic Life. Simon & Schuster. ISBN 978-0-671-03960-8

1/16/2018                                    Willie Nelson - Wikipedia

ISBN 978-0-7876-9049-6

"100 Greatest Singers" (https://www.rollingstone.com/music/lists/100-greatest-singers-of-all-time-19691231/willie-nelson-20101202)

"100 Greatest Guitarists" (https://www.rollingstone.com/music/lists/100-greatest-guitarists-20111123/willie-nelson-20111122) Rolling Stone. Wenner Media LLC. Retrieved June 13, 2016.

Willie Nelson, Country Outlaw. Kensington Pub Corp. ISBN 978-0-89083-936-2

Mr. Record Man: Willie Nelson (http://www.houstonpress.com/2013-04-25/music/willie-nelson/full/) Houston Press. April 25, 2013. Retrieved May 2, 2013. Voice Media Group.

Renewable and alternative energy resources: a reference handbook (https://books.google.com/books?id=OIA-fN3Bd4QC&pg=PA173) ABC Clio ISBN 978-1-59884-089-6

Kucinich sues Texas Democrats over loyalty pledge he won't sign (http://www.statesman.com/news/content/region/legislature/stories/01/04/0104kucinich.html) January 4, 2008. archived (https://web.archive.org/web/20110607231554/http://www.statesman.com/news/content/region/legislature/stories/01/04/0104kucinich.html) June 7, 2011. Retrieved September 25, 2009.

Willie Nelson to Share Musings From the Road in New Memoir (http://tasteofcountry.com/willie-nelson-memoir/) Taste of Country. Retrieved October 2, 2012. Townsquare Media LLC

Star-studded concert raises $1.6 million for Japan earthquake, tsunami relief efforts (http://www.hawaiinewsnow.com/Global/story.asp?S=14419382) Hawaii News Now. April 11, 2011. Retrieved April 11, 2011. Raycom Media.

Willie Nelson, the 'Hippest Octogenarian,' Honored at Berklee (https://www.rollingstone.com/music/news/willie-nelson-the-hippest-octogenarian-honored-at-berklee-20130511) Rolling Stone. May 11, 2013. Retrieved May 13, 2013. Wenner Media LLC.

Willie Nelson to Host New TV Show 'Inside Arlyn' (https://www.rollingstone.com/tv/news/willie-nelson-tv-show-inside-arlyn-20141106) Rolling Stone. November 6, 2014. Retrieved November 6, 2014. Wenner Media LLC.

"What TMP Has Accomplished" (https://archive.is/20120913034156/http://www.texasmusicproject.org/WhatTMPHasAccomplished.html) Texas Music Project. The Texas Music Project. Archived from the original (http://www.texasmusicproject.org/WhatTMPHasAccomplished.html) on September 13, 2012. Retrieved February 21, 2011

"40 Years Ago, Dripping Springs Reunion Helped Create Austin's Musical Identity" (http://www.austin360.com/music/40-years-ago-dripping-springs-reunion-helped-create-2242726.html) American-Statesman. Austin360. Retrieved May 28, 2012

"Willie Nelson Creates 'Teapot Party' for Marijuana Legalization" (http://www.theboot.com/2010/11/29/willie-nelson-teapot-party/) The Boot. AOL. Retrieved February 20, 2011

Willie Nelson. The Outlaw. Virgin Books. ISBN 978-0-7535-1184-8

Reading country music: steel guitars, opry stars, and honky-tonk bars (https://books.google.com/books?id=p_gYzRsNNbEC) Duke University Press. ISBN 978-0-8223-2168-2 Retrieved July 6, 2011

Judge Crushes Plea Deal in Willie Nelson Pot Case (http://www.tmz.com/2011/07/07/willie-nelson-pot-marijuana-charge-case-judge-reject-plea-deal-fine-jail-sentence/) TMZ. July 7, 2011 Retrieved July 12, 2011. EHM Productions, Inc.

Willie Nelson Statue Unveiled in Austin, Texas on 4/20 (http://www.huffingtonpost.com/2012/04/21/willie-nelson-statue-unve_n_1442705.html) Huffington Post. April 21, 2012. Retrieved May 15, 2015. Associated Press. TheHuffingtonPost.com Inc.

(April 21, 2012) "Willie Nelson unveils statue of himself on 4/20" (http://www.cbsatlanta.com/story/17630239/willie-nelson-unveils-statue-of-himself-on-420) CBS Atlanta. Associated Press. Retrieved April 27, 2012

Nelson shares Ag Hall honor with Farm Aid partners (http://www.basehorinfo.com/news/2011/aug/18/nelson-shares-ag-hall-honor-farm-aid-partners/) Basehor Sentinel. August 18, 2011. Retrieved August 23, 2011. The World Company.

https://en.wikipedia.org/wiki/Willie_Nelson

- Tribe, Ivan (2006). *Country: a regional exploration* (https://books.google.com/books?id=ZlBIJt_bRJAC&pg=PA1). Greenwood Publishing Group. ISBN 978-0-313-33026-1.

- Vancouver Province staff. **Willie Nelson's had a 'Crazy' career IN CONCERT – Willie Nelson and Family (http://www.c anada.com/theprovince/news/story.html?id=da0cd4de-9c39-462b-a43b-1644eb5bd63d&k=72998)**. *The Vancouver Province*. June 28, 2007 [archived (https://web.archive.org/web/20110628214301/http://www.canada.com/theprovinc e/news/story.html?id=da0cd4de-9c39-462b-a43b-1644eb5bd63d&k=72998) June 28, 2011; Retrieved February 14, 2011]. Postmedia Network.

- Vinson, Christina (July 26, 2013). **"Carrie Underwood, Loretta Lynn + More Duet With Willie Nelson on Upcoming 'To All the Girls' Album" (http://tasteofcountry.com/willie-nelson-to-all-the-girls-album-collaborations/)**. *Taste of Country*. Townsquare Media, LLC. Retrieved July 29, 2013.

- Wolff, Kurt; Duane, Orla (2000). *Country Music: The Rough Guide*. Rough Guides. ISBN 978-1-85828-534-4.

- Ward, Mike. Cox Enterprises. **'No highway for Willie (http://www.austin360.com/blogs/content/shared-gen/blogs/austi n/legislature/entries/2005/04/27/no_highway_for_willie.html)**; April 27, 2005 [archived (https://web.archive.org/web/20 120329012537/http://www.austin360.com/blogs/content/shared-gen/blogs/austin/legislature/entries/2005/04/27/no_hi ghway_for_willie.html) March 29, 2012; Retrieved March 27, 2011].

- Willie Nelson.com staff (2011). **"Here We Go Again: Celebrating the Genius of Ray Charles" (https://web.archive.org/ web/20110530050441/http://www.willienelson.com/release/all/here_we_go_again_celebrating_the_genius_of_ray_ch arles)**. WillieNelson.com. Archived from **the original (http://www.willienelson.com/release/all/here_we_go_again_celeb rating_the_genius_of_ray_charles)** on May 30, 2011. Retrieved March 22, 2011.

- Willie Nelson.com staff (February 1, 2012). **"Willie Nelson Signs Historic New Deal With Legacy Recordings" (http://w ww.willienelson.com/story/news-2012/willie-nelson-signs-historic-new-deal-with-legacy-recordings)**. *Legacy Recordings*. Willie Nelson.com. Retrieved February 5, 2012.

- Willie Nelson General Store staff (2010). **"Willie Nelson's Guitar Trigger!" (https://web.archive.org/web/201107180529 25/http://www.willienelsongeneralstore.com/trigger.html)**. *Willienelsongeneralstore.com*. Willie Nelson and Friends Museum and General Store. Archived from **the original (http://www.willienelsongeneralstore.com/trigger.html)** on July 18, 2011. Retrieved March 27, 2011.

- Willie's Place staff (2010). **"Willie's Place" (https://web.archive.org/web/20110208013743/http://williesplacetheater.co m/)**. *Willie's Place*. Willie's Place. Archived from **the original (http://www.williesplacetheater.com/)** on February 8, 2011. Retrieved February 15, 2011.

- Yahoo! Movies staff. Yahoo! Movies. **Willie Nelson Biography (https://movies.yahoo.com/movie/contributor/180002670 0/bio)** [archived (https://web.archive.org/web/20110628201555/http://movies.yahoo.com/movie/contributor/180002670 0/bio) June 28, 2011; Retrieved February 14, 2011].

# Further reading

- *The Encyclopedia of Country Music*, ed. Paul Kingsbury, pp. 374–76 "Willie Nelson", Bob Allen, New York: Oxford University Press, 1998.
- Nelson, Susie (1987). *Hear Worn Memories: a Daughter's Personal Biography of Willie Nelson*. First ed. Eakin Press. ISBN 0-89015-608-5.

# External links

- Official website (http://www.willienelson.com/)
- Willie Nelson (https://www.allmusic.com/artist/p1743) at AllMusic
- Willie Nelson (http://www.imdb.com/name/nm0005268/) on IMDb

## Awards

| Preceded by **Rodney Crowell** | **AMA Lifetime Achievement Award for Songwriting** 2007 | Succeeded by **John Hiatt** |
| --- | --- | --- |

PH 00038

Retrieved from "https://en.wikipedia.org/w/index.php?title=Willie_Nelson&oldid=820697280"

This page was last edited on 16 January 2018, at 02:52.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

PH 00039

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**F I L E D**

APR – 7 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| Larry G. Philpot | § | |
| | § | |
| Plaintiff | § | |
| | § | Case # 5:17-CV-173-JMH |
| VS. | § | |
| | § | |
| LM Communications II of | § | |
| South Carolina, Inc. | § | |
| | § | |
| Defendant | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |

## COMPLAINT

Larry G. Philpot ("Philpot"), Pro Se, complains against LM Communications II, of South

Carolina, Inc, a radio and television broadcast group, which operates radio stations, including

WCOO-FM, and also operates a website 1055thebridge.com, (WEBSITE) and Facebook

Business Page, as follows:

## JURISDICTION AND VENUE

1.     This civil action arises against Defendants for copyright infringement in breach of the

United States Copyright Act, under 17 U.S.C. § 101 et seq. This Court has jurisdiction over this

action under 28 U.S.C. § 1331 (federal question), 17 U.S.C. § 501(a), 17 U.S.C. § 1202, and 28

U.S.C. § 1338 (acts of Congress related to copyright).

2.     This Court has personal jurisdiction over the all the Defendants by virtue of their

transacting, doing, and soliciting business in this District, and because a substantial part of



**EXHIBIT**
3 Philpot
NO 2/21/18

the relevant events occurred in this District and because a substantial part of the property that is the subject of this action is situated here.

3.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because the named plaintiff resides in this district and because a substantial part of the events, or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; and/or conduct business in this district.

4.    Venue is proper because of Defendant's headquarters is in Lexington, KY.

**PARTIES**

5.    The Plaintiff, Larry G. Philpot is a professional photographer who works exclusively with concert events across the U.S., and resides in Indianapolis, Indiana.

6.    Defendant, LM Communications II, of South Carolina, Inc.,  "LM", headquartered in Lexington, Kentucky, owns radio stations located in Charleston, SC and online website for one station "1055thebridge.com", and a Facebook Business Page,  its use and the publication displays articles as well as advertising, and are registered in this district.

**FACTS COMMON TO ALL COUNTS**

7.    Plaintiff Larry G. Philpot "Philpot", is a well known photographer of musicians and concerts in the U.S, and is based in Indianapolis, Indiana. Philpot licenses his photographs to end customers, often popular publications such as Forbes, AOL, AXS-TV, Berkshire Hathaway, and top tier musicians such as KISS, John Mellencamp, and hundreds of websites around the world.

8.    On October 4, 2009, the Plaintiff, Larry Philpot, a United States citizen, took a photograph of entertainer Willie Nelson in performance in St. Louis, MO. The photograph is an

original work that is copyrighted under United States law with the United States Copyright Office on September 5, 2012 with the Certificate Number VAu 1-132-411. Exhibit "A".

9.      The Nelson Photo was first published on the World Wide Web May 31, 2011 to the Wikipedia website. The original full size photo is referenced at:

http://en.wikipedia.org/wiki/Willie_Nelson#mediaviewer/File:Willie_Nelson_at_Farm_Aid_200 9_-_Cropped.jpg, and is attached as Exhibit "B".

10.     In an effort to increase his marketability and reputation, and to gain more work, Philpot agreed to make the Nelson Photo generally available through Wikimedia for distribution, public display, and public digital performance under the Creative Commons Attribution 2.0 Generic license (often abbreviated as CC BY 2.0)

11.     The restrictions of Section 4 of CC BY 2.0 require the licensee to (a) reference CC BY 2.0, with every copy of the photograph used (the "share alike" provision) and (b) provide attribution in the manner specified by the author, which is required to be: "Photo by Larry Philpot, www.soundstagephotography.com. A copy of the license and attribution requirement is attached as Exhibit "C".

12.     Defendant owns and operates the website www.1055thebridge.com ("Website"), which is a website that displayed the infringing image.

13.     Despite having no permission, consent, or license to do so, "LM" has for commercial gain and purpose reproduced, distributed, and publicly displayed—as well as made available specifically for advertising, third party's distribution, display and public and sharing— the photo of country singer Willie Nelson (the "Nelson Photograph), with the DMCA Copyright management information and metadata stripped from all versions of the photos.

14.     Plaintiff, Philpot has either published or licensed for publication all copies of the Nelson Photo, in compliance with the copyright laws and has remained the sole owner of the copyright.

15.     A true and correct copy of the copyright registration certificate for the Nelson Photo is attached as Exhibit "A".

16.     True and correct copies of the evidence of infringements for the Nelson Photo is attached as Exhibit "D".


### FIRST CLAIM FOR RELIEF

(Copyright Infringement, 17 U.S.C. § 501)

17.     Plaintiff, Philpot incorporates here by reference the allegations in paragraphs 1 through 16, above.

18.     Philpot is the owner of all rights, title, and interest in the copyrights to the Photos, which consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. Philpot has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Nelson Photograph has been timely (specifically for purposes of Plaintiff's recovery of attorneys' fees and statutory damages) registered with the United States Copyright Office.

19.     Defendant have directly, vicariously and/or contributorily infringed Philpot's copyright by reproducing, displaying, distributing and utilizing the Nelson Photo for purposes of trade violation of 17 U.S.C. § 501 et seq., and used the image to promote a concert in exchange for advertising fees and other consideration.

20.     Defendants have willfully infringed Philpot's copyrights by altering the photograph, by reproducing, displaying, distributing and utilizing the Photo for purposes of trade, and still

5

further by removing the Identifying Metadata, and Copyright Management Information, and by failing to provide the required attribution to the author and copyright owner, Philpot, in any manner.

## SECOND CLAIM FOR RELIEF

(Removal of Copyright Management Information, 17 U.S.C. § 502)

21. Plaintiff Philpot incorporates here by reference the allegations in paragraphs 1 through 20 above.

22. Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Philpot's copyrights by reproducing, displaying, distributing and utilizing the Photos for purposes of trade violation of 17 U.S.C. § 501 et seq.,

23. Removal of the Copyright Management Information not only bolsters the claim for willful infringement, and each instance of removal of this information under Paragraph 1202 (b)(1) entitles Plaintiff Philpot to up to $25,000 per use.

## THIRD CLAIM FOR RELIEF

(Contributory Copyright Infringement)

24. Plaintiff Philpot incorporates here by reference the allegations in paragraphs 1 through 23 above.

25. One who knowingly induces, causes or materially contributes to copyright infringement, by another but who has not committed or participated in the infringing acts him or herself, may

be held liable as a contributory infringer if he or she had knowledge, or reason to know, of the infringement.

26.    Defendant produced an article or advertisement on its website on or about April 29, 2014, titled "Willie Nelson with Alison Krauss, May 8 ", which included Plaintiff Philpot's Nelson Photograph,

27.    Defendant was notified with a Cease and Desist letter regarding the Nelson Photo, and ordered to remove same on or about November 28, 2014, long after the concert had passed, via Certified Mail.

## COMPLAINT

28.    Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of Plaintiff Philpot's copyrighted Photos for purposes of trade, including by increasing the traffic to their website and through the social media functions, and urging readers "Like" and to "Share"

29.    All of the Defendants' acts are and were performed without the permission, license or consent of Philpot. Defendant failed to remove all instances after receiving notice to do so.

30.    Defendant's removal of the copyright management information, and Contributory Infringement by urging the distribution of the Nelson Photo is indicative of attempting to conceal the existence of the photos, and along with failing to attribute Philpot is prima facia evidence of willful infringement.

31.    As a result of the acts of Defendants alleged herein, Philpot has suffered substantial damage to his business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

32.     Because of the willful nature of the copyright infringement, Philpot is entitled to an

award of statutory damages of up to $150,000 per willfully infringed photograph on each

individual website as well as its attorney's fees in prosecuting this action. If other infringements

are discovered in this case, this pleading will be augmented accordingly or notice of additional

infringements will be otherwise filed and served in the case.

33.     Because of the removal of DMCA copyright management information on all the uses of

the photo, Philpot is entitled to the maximum amount of $25,000 per infringement on the

website.

34.     The said wrongful acts of Defendants have caused, and are causing, injury to Philpot.

35.     The full scope of infringement of other works of Philpot is currently unknown, and

discovery will require access to and analysis of the entire database and library of all content of

Defendant's website(s) so they may be searched with image-based search tools for other Philpot

works. Accordingly, Defendants are hereby placed on notice not to destroy or delete any content

or material on any of its servers for any domain names and to otherwise preserve all evidence.


**PRAYER FOR RELIEF**


**WHEREFORE**, Plaintiff requests judgment against Defendants as follows:

36.     The Defendants, their officers, agents, servants, employees, representatives, and

attorneys, and all person in active concert or participation with them, be permanently enjoined

from designing, copying, reproducing, displaying, promoting, advertising, distributing, linking-

to, or selling, or any other form of dealing or transaction in, any and all advertising and

promotional materials, print media, signs, Internet web sites, or any other media, either now

known or hereafter devised, bearing any design or mark which infringe, contributorily infringe,

or vicariously infringe upon Plaintiff Philpot's rights in the Photo.

37.     Defendants be held liable to Plaintiff in statutory damages for copyright infringement,

including willful infringement, in accordance with 17 U.S.C. §§ 504(a) (2) & (c) and for costs,

interest and reasonable attorney's fees under 17 U.S.C. § 505. This includes statutory damages of

$150,000 for the infringement of the Nelson Photo on the website.  It also includes a further

statutory damages award for the unlawful removal of DMCA copyright management information

from Paragraph 1202(b)(1)  of $25,000 per infringement, which statutory damages award

amounts to  $25,000.

38.     Plaintiff is therefore entitled to total statutory damages for the Nelson Photo in the

amount of $175,000., plus attorney fees to pursue this action.

39.     An accounting be made for all profits, income, receipts or other benefit derived by

Defendants from the reproduction, copying, display, promotion, distribution or sale of products

and services, or other media, either now known or hereafter devised, that improperly or

unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

40.     Requiring Defendants to account for and pay over to Plaintiff all profits derived by

Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages

suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

41.     Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

42.     That Plaintiff be awarded any such other and further relief as the Court may deem just

and appropriate.

Dated this _ 7th _ day of April, 2017.

Respectfully submitted,

Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236
317-567-1338
Email: Larry@behindthemusic.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, a copy of the foregoing Complaint was filed, and a copy of same was mailed via Certified Mail, postage prepaid and properly addressed to the following:

Mr. William W. Allen, Reg. Agent
L.M. Communications II, of South Carolina, Inc.
201 W. Short Street
Lexington, KY 40507

Larry G. Philpot, Pro Se
12527 Winding Creek Lane
Indianapolis, IN 46236
Larry@behindthemusic.net
317-567-1338

EXHIBIT "A"     Nelson Photo Registration Certificate

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-132-411

**Effective date of registration:**

September 5, 2012

### Title

Title of Work: 2009 Musician Photos

Contents Titles: 2009 Musician Photos

### Completion/Publication

Year of Completion: 2009

Nation of 1st Publication: United States

### Author

■     Author: Larry Gene Philpot

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States     Domiciled in: United States

Year Born: 1953

### Copyright claimant

Copyright Claimant: Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

### Rights and Permissions

Name: Larry Philpot

Email: larrygphilpot@gmail.com     Telephone: 317-567-1338

Address: 12527 Winding Creek Lane

Indianapolis, IN 46236 United States

### Certification

Name: Larry G. Philpot

Date: September 5, 2012

Page 1 of 2

EXHIBIT "B"          NELSON PHOTO



EXHIBIT "C"          Wikimedia Attribution Requirements



EXHIBIT "D"     INFRINGEMENT SCREENSHOTS

Willie Nelson with Alison Krauss | Charleston, SC 105.5 The Bridge

*Headed Stranger* (1975) and *Stardust* (1978), made Nelson one of the most recognized artists in country music. He was one of the main figures of outlaw country , a subgenre of country music that developed in the late 1960s as a reaction to the conservative restrictions of the Nashville sound. Nelson has acted in over 30 films, and co-authored 30 books.



**Details**

**Date:**
May 8, 2014

**Time:**
6:00 pm - 10:00 pm

**Event Tags:**
Charleston Concerts

DUPLICATE

Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5022863
Cashier ID: kmarsh
Transaction Date: 04/07/2017
Payer Name: Larry G. Philpot
------------------------------------
CIVIL FILING FEE
  For: Larry G. Philpot
  Case/Party: D-KYE-5-17-CV-000173-001
  Amount:        $400.00
------------------------------------
CREDIT CARD
  Amt Tendered:  $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00





**More details**

https://en.wikipedia.org/wiki/Willie_Nelson#/media/File:Willie_Nelson_at_Farm_Aid_2009_-_Cropped.jpg    1/2

Willie_Nelson_at_Farm_Aid_2009.jpg: Larry Philpot from Indianapolis derivative work: **GDuwen Tell me!** - This file was derived from Willie Nelson at Farm Aid 2009.jpg:

CC BY 2.0

File: Willie Nelson at Farm Aid 2009 - Cropped.jpg
Created: 15 June 2011

About | Discussion | Help

# Willie Nelson

From Wikipedia, the free encyclopedia

*For the American boxer, see Willie Nelson (boxer). For the Scottish rugby player, see Willie Nelson. For other similarly named people, see William Nelson.*

**Willie Hugh Nelson** (born April 29, 1933) is an American musician, singer, songwriter, author, poet, actor, and activist.[1] The critical success of the album *Shotgun Willie* (1973), combined with the critical and commercial success of *Red Headed Stranger* (1975) and *Stardust* (1978), made Nelson one of the most recognized artists in country music. He was one of the main figures of outlaw country, a subgenre of country music that developed in the late 1960s as a reaction to the conservative restrictions of the Nashville sound. Nelson has acted in over 30 films, co-authored several books, and has been involved in activism for the use of biofuels and the legalization of marijuana.

Born during the Great Depression, and raised by his grandparents, Nelson wrote his first song at age seven and joined his first band at ten. During high school, he toured locally with the Bohemian Polka as their lead singer and guitar player. After graduating from high school in 1950, he joined the Air Force but was later discharged due to back problems. After his return, Nelson attended Baylor University for two years but dropped out because he was succeeding in music. During this time, he worked as a disc jockey in Texas radio stations and a singer in honky-tonks. Nelson moved to Vancouver, Washington, where he wrote "Family Bible" and recorded the song "Mr. Record Man", including "Funny How Time Slips Away", "Hello Walls", "Pretty Paper", and "Crazy". In 1960 he moved to Nashville, Tennessee, and later signed a publishing contract with Pamper Music which allowed him to join Ray Price's band as a bassist. In 1962, he recorded his first album, *And Then I Wrote*. Due to this success, Nelson signed in 1964 with RCA Victor and joined the Grand Ole Opry the following year. After several successful albums, Nelson retired in 1972 and moved to Austin, Texas. The ongoing music scene of Austin motivated Nelson to return from retirement, performing frequently at the Armadillo World Headquarters.

In 1973, after signing with Atlantic Records, Nelson turned to outlaw country, including albums such as *Shotgun Willie* and *Phases and Stages*. In 1975, he switched to Columbia Records, where he recorded the critically acclaimed album *Red Headed Stranger*. The same year, he recorded another outlaw country album, *Wanted! The Outlaws*, along with Waylon Jennings, Jessi Colter, and Tompall Glaser. During the mid-1980s, while creating hit albums like *Honeysuckle Rose* and recording the hit songs like "On the Road Again", "To All the Girls I've Loved Before", and "Pancho and Lefty", he joined the country supergroup The Highwaymen, along with fellow singers Johnny Cash, Waylon Jennings, and Kris Kristofferson.

In 1990, Nelson's assets were seized by the Internal Revenue Service, which claimed that he owed US$32 million. The difficulty of paying his outstanding debt was aggravated by weak investments he had made during the early 1980s. In 1992, Nelson released *The IRS Tapes: Who'll Buy My Memories?*, the profits of the double album—destined to the IRS—and the auction of Nelson's assets cleared his debt. During the 1990s and 2000s, Nelson continued touring extensively, and released albums every year. Reviews ranged from positive to mixed. He explored genres such as reggae, blues, jazz, and folk.

Nelson made his first movie appearance in the 1979 film *The Electric Horseman*, followed by other appearances in movies and on television. Nelson is a major liberal activist and the co-chair of the advisory board of the National Organization for the Reform of Marijuana Laws (NORML), which is in favor of marijuana legalization. On the environmental front, Nelson owns the bio-diesel brand Willie Nelson Biodiesel, which is made from vegetable oil. Nelson is also the honorary chairman of the Advisory Board of the Texas Music Project, the official music charity of the state of Texas.

**Contents** [hide]

Early life

Music career



EXHIBIT
6 Philpot
NO 2/21/18
PENGAD 800-631-6989



PENGAD 800-631-6989

EXHIBIT

7 Philpot

ND 2|21|18

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) | Case No: 5:17-CV-173-JMH |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| L.M. COMMUNICATIONS II OF S.C., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF LARRY G. PHILPOT'S ANSWERS TO DEFENDANT L.M. COMMUNICATIONS II OF SOUTH CAROLINA, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Now comes Plaintiff Larry G. Philpot ("Plaintiff"), by and through counsel, and

pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, hereby submits the

following answers to Defendant L.M. Communications II of South Carolina, Inc.

("Defendant's") First set of Interrogatories to Plaintiff.

### PRELIMINARY STATEMENT

A.      These answers and responses are made solely for the purpose of this action

and no admission is intended by any of the responses to these Requests unless specifically

stated as such.  By answering or responding to these Requests, Plaintiff does not concede

that the Requests seek relevant information or are reasonably likely to lead to the discovery

of admissible evidence, and Plaintiff expressly reserves all objections as to the relevance and

admissibility of the information or documents produced, and the right to object to further

discovery relating to the subject matter of any information or documents produced.

B.      These answers and responses are based upon information now known.

Accordingly, Plaintiff expressly reserves the right to amend or supplement these answers

1


EXHIBIT
8 Philpot
NO 2|21|18

and responses at a later date, should it discover errors or omissions, or as additional

information or documents are obtained during the course of discovery.

   C.  The production of documents identified or referenced herein that are

confidential and/or proprietary in nature will be produced in accordance with an agreed

protective order, once such protective order has been entered.

<div align="center">

**GENERAL OBJECTIONS**

</div>

   1.  Plaintiff objects to these Requests in so far as they seek information or the

production of documents not relevant to any issue in this lawsuit and that are neither

admissible nor reasonably likely to lead to the discovery of admissible evidence. Such

extraneous information and/or documents are beyond the scope of discovery and their

production is unduly burdensome to Plaintiff.

   2.  Plaintiff objects to these Requests to the extent that they seek information or

documents not in its possession or control or to which Defendant has equal or greater access.

   3.  Plaintiff objects to the instructions set forth in the Requests to the extent that

they attempt to impose upon Defendant duties and obligations not imposed by the Federal

Rules of Civil Procedure.

   4.  Plaintiff objects to the Requests to the extent that any seeks to discover

information or documents covered by the attorney-client privilege or the work-product

doctrine. Plaintiff also objects to the Requests to the extent that any seeks privileged,

confidential, or proprietary information or documents, or information or documents that are

not subject to disclosure under applicable law or court orders. If privileged information or

documents are inadvertently provided, Plaintiff does not waive or intend to waive any

privilege with respect to that information or documents or any other information or

documents.

<div align="center">

2

</div>

5.      Plaintiff objects to the Requests to the extent that to answer or respond to them it would be required to make an extensive investigation, research, compilation, and evaluation of data and records in its possession, which would constitute an annoyance, harassment, oppression, undue burden, and undue expense.

6.      Plaintiff objects to the Requests to the extent that the manner in which any are worded (in the context of its definitions and general instructions, or lack thereof) they are so vague, ambiguous, broad, generally global, and all inclusive, that it does not permit a proper or reasonable answer and is, therefore, unduly burdensome and oppressive or unreasonably cumulative and duplicative.

7.      Plaintiff states that his answers or responses to any Request should not be understood as an acceptance by him of any factual assertions made in that Request, as an acceptance by him of definitions of the terms used in the Requests, as an admission that any information provided in his answers or responses are relevant, material, or admissible or as an agreement that non-privileged documents of the kind described in the Request actually exist.  Furthermore, if Plaintiff answers or responds to a Request subject to his general and/or specific objections, the response or answer should be understood as including only that non-privileged information that is not within the scope of any of the stated objections and as excluding information that is within the scope of the stated objections. Language in these responses to the effect that documents will be produced should be understood as indicating only that non-privileged documents will be produced that are not within the scope of any of the stated objections and as indicating that documents that are within the scope of the stated objections will not be produced.

## INTERROGATORIES

INTERROGATORY NO. 1. If Philpot contends that he is entitled to statutory

3

damages under the Copyright Act, state all facts that support Philpot's contentions.

ANSWER:  Subject to and without waiving his objections, Plaintiff states that he obtained a Certificate of Registration from the U.S. Copyright office, dated September 5, 2012, and discovered Defendant's infringement on April 29, 2014.

INTERROGATORY NO. 2. Identify and list all internet protocol addresses (IP addresses) of every computer in Philpot's possession or control including but not limited to the computers in the possession or control of Philpot's employees, agents, representatives, attorneys, and all other Persons acting or purporting to act or acted on Philpot's behalf.

SPECIFIC OBJECTIONS:  Plaintiff objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is not relevant to any issue in this lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Interrogatory because its purpose is to harass and intimidate Plaintiff.

ANSWER:  Subject to and without waiving his general and specific objections, Plaintiff states that the IP address for his laptop computer is 76.29.110.205.

INTERROGATORY NO. 3. Identify and describe all copyright licenses, offers to license, attempts to negotiate a license, license negotiations, notice letters, demand letters, cease and desist letters, lawsuits, settlement negotiations, settlement agreements, or covenants not to sue (collectively used herein "Communications, negotiations or agreements") related to the Willie Nelson image, including all involved parties, all involved copyright registrations numbers, and whether any payment was involved.

SPECIFIC OBJECTIONS:  Plaintiff objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is not relevant to any issue in this lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Interrogatory because its purpose is to harass and intimidate Plaintiff.  Plaintiff also objects to this Interrogatory to the extent that the information requested is available from publicly accessible sources. Plaintiff further objects to this Interrogatory to the extent that it seeks confidential information in the absence of a Protective Order and to the extent that it seeks information covered by the attorney-client privilege and/or the work-product doctrine.

ANSWER:  Subject to and without waiving his general and specific objections, Plaintiff states as follows:

- The Willie Nelson image (the "Image") at issue in this proceeding was licensed at https://upload.wikimedia.org/wikipedia/commons/d/dd/Willie_Nelson_at_Far m_Aid_2009.jpg pursuant to the Creative Commons Attribution 2.0 Generic license requiring specific attribution.

- The Image has been or is the subject of the following lawsuits:

4

| Case Caption | Court | Disposition |
|---|---|---|
| Philpot v. Ms. Shannon McLay | USDC Southern Dist. of IN Case No. 1:14-cv-1283 | Stipulated Dismissal 11/24/14 |
| Philpot v. Manhattan Media LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1284 | Stipulated Dismissal 11/06/14 |
| Philpot v. Bake Me a Wish, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1356 | Stipulated Dismissal 12/05/14 |
| Philpot v. Mansion America, LLC Oak Ridge Boys Theater | USDC Southern Dist. of IN Case No. 1:14-cv-1357; Transferred to Western Dist. of MO and opened as Case No. 4:16-cv-00483 | Stipulated Dismissal 11/01/16 |
| Philpot v. Everything Brooklyn Media, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1377 | Voluntary Dismissal 01/07/16 |
| Philpot v. 420 Magazine, Inc. | USDC Southern Dist. of IN Case No. 1:14-cv-1790 | Judgment for Defendant 05/06/15 |
| Philpot v. WKMS/Murray State University | USDC Southern Dist. of IN Case No. 1:14-cv-1789 | Judgment for Defendant 03/30/16 |
| Philpot v. WUIS/University of Illinois Springfield | USDC Southern Dist. of IN Case No. 1:14-cv-1791 | Judgment for Defendant 08/25/15 |
| Philpot v. Catholic Family Center | USDC Southern Dist. of IN Case No. 1:14-cv-1788 | Stipulated Dismissal 12/01/14 |
| Philpot v. Rural Media Group, Inc. | USDC Southern Dist. of IN Case No. 1:14-cv-1985 | Defendant's Motion to Dismiss Granted 10/07/15 |
| Philpot v. Curtis Media Group Inc. | USDC Southern Dist. of IN Case No. 1:14-cv-1981 | Stipulated Dismissal 04/22/15 |
| Philpot v. Dot Com Plus, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1980 | Defendant's Motion to Dismiss Granted 08/11/15 |
| Philpot v. Gray Television, Inc. | USDC Southern Dist. of IN Case No. 1:14-cv-1977; Transferred to Northern Dist. of IN on 3/31/15 and given Case No. 3:15-cv-00145 | Stipulated Dismissal 06/08/16 |
| Philpot v. Music Times, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-01978 | Default judgment 08/21/15 |
| Philpot v. The Celebrity Café. Com, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1982 | Voluntary Dismissal 01/11/16 |
| Philpot v. Toledo Radio, LLC | USDC Southern Dist. of IN Case No. 1:14-cv-1983 | Defendant's Motion to Dismiss Granted 07/06/15 |
| Philpot v. Eagle Communications, Inc. | USDC Southern Dist. of IN Case No. 1:14-cv-1984; transferred to KS on 07/08/15 and given Case No. 6:15-cv-01214 | Stipulation of Dismissal 08/04/15 |

| | | |
|---|---|---|
| Philpot v. Prestige Real Estate Group LLC and Mr. Robert A. Farina | USDC Southern Dist. of IN Case No. 1:14-cv-2080 | Voluntary Dismissal 05/27/15 |
| Philpot v. Townsquare Media | USDC Southern Dist. of IN Case No. 1:14-cv-2079 | Stipulated Dismissal 07/08/15 |
| Philpot v. Toledo Radio, LLC | USDC Northern Dist. of OH Case No. 3:15-cv-01401 | Stipulated Dismissal 01/10/17 |
| Philpot v. Thecelbritycafe.com, et al. | USDC Southern Dist. of NY Case No. 1:16-cv-00002 | Voluntarily Dismissed 03/10/16 |
| Philpot v. Mediander LLC | USDC Southern Dist. of NY Case No. 1:16-cv-00768 | Stipulated Dismissal 04/08/16 |
| Philpot v. MLB Advanced Media, LC., et al. | USDC Southern Dist. of NY Case No. 1:16-cv-01128 | Voluntary Dismissal 03/24/16 |
| Philpot v. Lemonwade LLC | USDC Southern Dist. of NY Case No. 1:16-cv-01201 | Stipulated Dismissal 05/19/16 |
| Philpot v. Mic Network Inc. | USDC Southern Dist. of NY Case No. 1:16-cv-01240 | Stipulated Dismissal 07/13/16 |
| Philpot v. A&E Television Network LLC d/b/a Biography.com | USDC Southern Dist. of NY Case No. 1:16-cv-01329 | Stipulated Dismissal 07/14/16 |
| Philpot v. Evelyn Kanter sole proprietor of Kanter Communications | USDC Southern Dist. of NY Case No. 1:16-cv-01331 | Dismissed - Failure to prosecute 10/13/16 |
| Philpot v. iheartmedia, Inc. | USDC Southern Dist. of NY Case No. 1:16-cv-09156 | Stipulation of Dismissal 07/06/17 |
| Philpot v. Ranker, LLC | USDC Southern Dist. of NY Case No. 1:16-cv-01332 | Settlement reached 06/21/16 |
| Philpot v. KOS Media LLC | USDC Southern Dist. Of NY Case No. 1:16-cv-01523 | Defendant's Motion to Dismiss granted 05/25/17 |
| Philpot v. Midwest Communications, Inc. | USDC Western Dist. of WI Case No. 3:16-cv-00145 | Stipulation of Dismissal 06/21/17 |
| Philpot v. Voice Media Group, Inc. | USDC Southern Dist. of NY Case No. 1:16-cv-01851 | Case Settled 07/21/16 |
| Philpot v. Gannett Company, Inc. | USDC Southern Dist. of NY Case No. 1:16-cv-09155 | Stipulation of Dismissal 07/24/17 |
| Philpot v. Facebook, Inc., et al. | USDC Central Dist. of CA Case No. 2:17-cv-4474; Transferred to USDC Northern Dist. of CA and given Case No. 3:17-cv-05309 | Pending. Set for mediation on 03/31/18 |
| Philpot v. UMG Recordings, Inc. | USDC Southern Dist. of NY Case No. 1:17-cv-05058 | Pending |
| Philpot v. Ingraham Media Group, Inc. | USDC Dist. of Columbia Case No. 1:17-cv-01491 | Voluntary Dismissal 09/29/17 |

| Philpot v. Bangor Publishing Company/Bangot Daily News | USDC Southern Dist. of IN Case No. 1:17-cv-04329 | Pending |
| Philpot v. Multimedia Graphic Network, Inc., et al. | USDC Southern Dist. of CA Case No. 3:17-cv-01201 | Pending |

Further answering, Plaintiff is under no obligation to pursue every instance of infringement in order to maintain this claim.

INTERROGATORY NO. 4. For each payment identified above in response to Interrogatory No. 3, specify the payment amount including but not limited to all royalty rates, and whether such royalties were paid up, lump sum, an annual royalty, or some other royalty amount.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Interrogatory because it is overly broad and seeks information that is not relevant to any issue in this lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Interrogatory because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Interrogatory to the extent that it seeks confidential information in the absence of a Protective Order.

**ANSWER:** Subject to and without waiving his general and specific objections, Plaintiff states that he has entered into licenses for compensation for use of the Image, and has received in excess of $110,000 from licensing. The licensing fee for the Image has ranged from $3,500 to $15,000, depending upon the length of time, size, geography and distribution. Plaintiff has licensed the Image to entities including, but not limited to:

- **AXS-TV**
- **BH Media**
- **Houstonia Mag**
- **Trinity University**
- **AOL Music**
- **Charley and Sons**
- **Gordo's Chees Dip**
- **City of College Station, Texas**
- **FM Light and Sons**

INTERROGATORY NO. 5. Identify all facts known to you that indicate that a copy of the Willie Nelson image was ever kept on any server or computer owned, leased or used by Defendant after December 1, 2014.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Request because it seeks facts and information to which Defendant has equal or greater access.

**ANSWER:** Subject to and without waiving his general and specific objections, Plaintiff does not assert that the Image remained publicly visible on Defendant's Web site after December 1, 2014. Further answering, discovery is

ongoing in this matter, and Defendant has failed to produce all responsive documents and ESI as previously requested by Plaintiff that would provide information on Defendant's handling of the Image.

INTERROGATORY NO. 6. Identify each website, domain, or portal where you have uploaded or posted the Willie Nelson image for use by the public without financial compensation required to be paid to Larry Philpot.

SPECIFIC OBJECTIONS: Plaintiff objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is not relevant to any issue in this lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this Interrogatory to the extent that the information requested is available from publicly accessible sources.

ANSWER: Subject to and without waiving his general and specific objections, Plaintiff states that he has uploaded the Image to Wkipedia, at https://upload.wikimedia.org/wikipedia/commons/d/dd/Willie_Nelson_at_Farm_Aid_200 9.jpg pursuant to the Creative Commons Attribution 2.0 Generic license requiring specific attribution.

INTERROGATORY NO. 7. Identify all web sites, blogs, url addresses or other places on the internet where you believe copies or reproductions of the Willie Nelson image can be found, or have appeared after January 1, 2013.

SPECIFIC OBJECTIONS: Plaintiff objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is not relevant to any issue in this lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this Interrogatory to the extent that the information requested is available from publicly accessible sources.

ANSWER: Subject to and without waiving his general and specific objections, Plaintiff states that the Image may be found at various Wikipedia Web sites, which link back to https://upload.wikimedia.org/wikipedia/commons/d/dd/Willie_Nelson_at_Farm_Aid_200 9.jpg.

- See also answer to Interrogatory Nos. 3 and 8.

- http://stephenkpeeples.com/news-and-reviews/willie-nelson-family-rolling-santa-clarita/attachment/nelson-willie-farm-aid-2009-larry-philpot/#.WIYvS66nGCh.

INTERROGATORY NO. 8. Of the web sites, blogs, url addresses or other places on the internet identified in response to Interrogatory 7 above, list all such places that do not include attribution of the image to Larry Philpot.

SPECIFIC OBJECTIONS: Plaintiff objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is not relevant to any issue in this

lawsuit and that is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this Interrogatory to the extent that the information requested is available from publicly accessible sources.

ANSWER: Subject to and without waiving his general and specific objections, Plaintiff states that his investigation into uses of the Image is ongoing. Further answering, Philpot is aware of unauthorized uses at the following and is investigating, without limitation:

- https://en.mediamass.net/people/willie-nelson/highest-paid.html

- http://www.realityshifters.com/pages/archives/sep16.html

- https://twitter.com/willie4twenty

- https://www.geni.com/people/Willie-Nelson/6000000008310700572

- https://www.youtube.com/watch?v=ePei_L96dRo

- https://www.clearlyveg.com/blog/2016/03/13/willie-nelson-says-best-f-ing-chili-he-has-ever-tasted-vegan-recipe/

- https://www.inlander.com/spokane/willies-weed/Content?oid=2783145

- parentingandattachment.com/2014/05/20/famous-adopted-children-and-adoptive-parents/

- https://pasoroblesdailynews.com/willie-nelson-alison-krauss-playing-july-21/31482/

- http://bellevue.patch.com/groups/politics-and-elections/p/hall-and-oates-steely-dan-willie-nelson-part-of-marymec04a7b030

- renton.patch.com/groups/politics-and-elections/p/hall-and-oates-steely-dan-willie-nelson-part-of-marym191127e911

- patch.com/maryland/columbia/willie-nelson-family-and-old-crow-medicine-show-0

- http://www.paysonroundup.com/news/2015/mar/06/entering-music-video-age-80s/

- facebook.com/americanmusicmasters

- http://pbsamericanmasters.tumblr.com/post/49257601368/did-you-know-willie-nelson-has-recorded-over-250

- pbsamericanmasters.tumblr.com

- https://www.pinterest.com/pin/467952217505224311/

- https://www.pinterest.com/hakankarebrand/willie-my-friend/

- https://www.pinterest.com/kabaker49/willie-nelson/

- https://www.pinterest.com/carleskridge5/willie-nelson/

- https://www.pinterest.com/ricknader/willie-nelson/

- https://www.pinterest.com/countryhope98/willie-nelson/

- http://www.pioneerbushcraft.org/nature-articles/bushcraft-articles/how-to-stay-cool-in-hot-weather/

- pixgood.com/red-headband-rambo.html

- http://www.plantcitymarket.com/newsletter-04-29-2015.html

- policymic.com/articles/52835/5-of-the-world-s-most-successful-pot-smokers

- http://www.popcrunch.com/44-a-list-celebrities-who-served-in-the-military/

- http://www.popcrunch.com/44-a-list-celebrities-who-served-in-the-military/

- http://professionalpothead.com/article-posts/willie-and-snoop-meeting-in-amsterdam-and-elsewhere/

- http://www.projectknow.com/willie-nelson-is-set-to-launch-his-own-marijuana-brand/

- blog.prx.org/2013/04/prx-considers-beer

- https://www.quora.com/Music/Who-are-some-really-interesting-characters-in-the-music-industry-to-do-write-ups-on

- quotesgram.com/quotes-inspirational-willie-nelson/

- http://www.quote-wise.com/quotes/willie-nelson/you-could-try-to-live-monogamously-good-luck

- radiosaltaire.org/category/news/page/7/

- randomstoryteller.com/2014/07/09/thank-god-hes-a-country-boy/

- http://www.ranker.com/list/best-outlaw-country-songs/ranker-music

- http://www.ranker.com/pics/n2398496/willie-nelson-recording-artists-and-groups-photo-u3

- http://www.rantnow.com/2014/10/20/15-best-country-albums-ever/#slide_14

- http://www.rd.com/advice/saving-money/celebrity-money-mistakes-to-learn-from/

- http://www.rd.com/true-stories/willie-nelson-has-more-friends-than-you/

- shine.yahoo.com/work-money/celebrity-money-mistakes-to-learn-from-2589143.html

- http://www.realitytvworld.com/news/willie-nelson-cancels-weekend-vegas-shows-due-illness-1053083.php

- redandblack.com/variety/willie-nelson-coming-to-georgia-theater-tickets-on-sale-friday/article_fbab07ae-4b73-11e2-a195-0019bb30f31a.html

- bloximages.newyork1.vip.townnews.com/redandblack/content/tncms/assets/v3/editorial/5/9c/59ce2a54-a913-11e1-8bf8-001a4bcf6878/4fc3fa3568b87.preview-300.jpg

- https://www.reddit.com/r/pics/comments/2irhgv/willie_nelsons_4th_grade_yearbook_photo_1941/

- https://www.reddit.com/r/todayilearned/comments/2lm22d/til_willie_nelson_lives_in_selfsustaining/

- https://www.revolvy.com/topic/Willie%20Nelson&uid=1575

- http://ringogoeng.com/tone/you-were-always-on-my-mind-330630/

- http://www.ryot.org/willie-nelson-launching-brand-weed/926202

- seriousfacts.com/willie-nelson-once-smoked-weed-on-the-roof-of-the-white-house

- http://seriousfacts.com/wp-content/uploads/2013/04/Willie-Nelson.jpg

- http://www.silverandblackpride.com/2017/3/3/14799986/nfl-scouting-combine-2017-measurements-tarheel-wideouts-apparently-using-stretching-machines

- https://simpsonswiki.com/wiki/Willie_Nelson

- http://www.slingshotforums.com/threads/cannabis-good-or-bad-yes-good-bad-no.8418/page-3

- smoking-loud.com/celebrities/willie-nelson/

- http://www.sodahead.com/living/happy-91st-birthday-to-willie-nelson-yay-or-nay/question-4301307/

- http://www.sodahead.com/entertainment/you-win-tickets-for-a-concertwhich-do-you-pick/question-3485491/?link=ibaf&q=&esrc=s

- http://www.sodahead.com/entertainment/you-win-tickets-for-a-concertwhich-do-you-pick/question-3485491/?link=ibaf&q=&esrc=s

- http://www.sodahead.com/entertainment/you-win-tickets-for-a-concertwhich-do-you-pick/question-3485491/?link=ibaf&q=&esrc=s

- http://www.soundslikenashville.se/artist/willie-nelson/

- https://www.facebook.com/SoutheastSouthDakota/photos/pb.52261232001.-2207520000.1456266264./10151593716697002/?type=3&theater

- http://www.thesournernc.com/thank-god-hes-a-country-boy/

- speakerpedia.com/speakers/willie-nelson

- http://www.spiritleafministries.org/the-leaflet/view-leaflet-listing/25-alcohol

- http://www.spokeo.com/Angie+Dickinson+1

- spurlinmichelle.blogspot.com/

- spyhollywood.com/weekendedition/celebrities-went-bankrupt/

- squidoo.com/songs-and-music-from-way-back-to-today

- starscolor.com/3836-willie-nelson

- http://www.starsightings.com/photo/view/143086/2012/16/11/Willie-Nelson-Austin,-Texas-Austin-City-Limits-Live-%40-Moody-Theater.html

- http://www.statsblogs.com/tag/causal-inference/page/2/

- stephenkpeeples.com/news-and-reviews/willie-nelson-family-rolling-santa-clarita/#.VgU1vf-FOUk

- facebook.com/stereoactivenyc

- facebook.com/pages/stereotypes-audio

- calendar.lancasteronline.com/hershey_pa/events/show/269761667-farm-aid-featuring-willie-nelson-neil-young-john-mellencamp-dave-matthews-and-many-more

- http://www.swapsale.com/countryjubilee.htm

- http://taddlr.com/celebrity/willie-nelson/

- testsiteofl.cheezburger.com/page/5

- texanpost.com/2013/03/28/willie-nelson-backs-gay-marriage/

- http://www.texasmonthly.com/the-culture/bill-oreilly-calls-willie-nelson-a-creep/

- http://www.texasobserver.org/dirty-dozen-texas-most-memorable-quotes-of-

2012/

- texassongw/erslive.com .. Infringed from Broward New Times
- https://www.facebook.com/pages/Texas-Sunset-Grill/141242006045274?rf=262756557192964
- the420times.com/2013/07/country-music-artists-could-help-legalize-marijuana-but-will-they/
- http://the420times.com/2013/07/country-music-artists-could-help-legalize-marijuana-but-will-they
- http://www.theblot.com/50-cent-plus-9-equals-10-bankrupt-celebs-7747537
- thebrigade.thechive.com/2012/11/01/speaking-of-the-cmaim-not-into-the-green-plant-but-mr-nelson-is-pretty-cool-5-photos/
- http://www.thedailychronic.net/2013/26503/willie-nelsons-band-members-suffer-minor-injuries-tour-bus-crash/
- http://www.thedailychronic.net/category/culture/people/
- http://www.thedailychronic.net/topics/willie-nelson/
- theduke.fm/music/track/23580/
- http://therangeplace.forummotions.com/t3204-willie-nelson
- forums.thesims.com/en_US/discussion/534240/menswear-suggestion-thread-submit-your-ideas/p28
- theviewwatch.blogspot.com
- thewhynot100.blogspot.com/2014/04/21-iconic-writers-accessories.html
- facebook.com/thoughtsuntamed
- http://www.ticketgallery.com/willie-nelson-tickets/
- http://www.timeone.ca/cast/type/composers/page/2/
- timeone.ca
- https://timscoverstory.wordpress.com/2015/04/13/city-of-new-orleans-steve-goodman-arlo-guthrie-willie-nelson/
- http://www.tinderboxproductions.com/~dbrick/music/willie/
- http://www.tourdatesearch.com/tourdates/artist/893/willie-nelson?p=78
- bloximages.newyork1.vip.townnews.com

- tracetv.tv/6465/the-creative-quandry-when-finances-battle-art/

- tracetv.tv/6465/the-creative-quandry-when-finances-battle-art/

- http://travelcuriousoften.com/november11-contributor.php

- trendaler.com

Further answering, Plaintiff discovers additional unauthorized uses of the Image from time to time and continues his investigations, but is under no obligation to pursue every instance of infringement in order to maintain this claim.

INTERROGATORY NO. 9. Identify all third parties you, or others acting on your behalf, have accused of infringement of the Willie Nelson image, whether by e-mail, letter, formal complaint, or otherwise, identify all correspondence with those third parties or their counsel, and describe how such accusations were resolved, settled or disposed of.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Interrogatory because it is unreasonably cumulative and duplicative, and hereby fully incorporates his objections to Interrogatory No. 3.

**ANSWER:** Subject to and without waiving his general and specific objections, Plaintiff incorporates his answer to Interrogatory No. 3.

INTERROGATORY NO. 10. Identify and describe each particular item of loss or damage which you claim to have incurred as a result of any act or omission of LMSC with respect to the subject matter of your amended complaint specifically including, but not limited to, each and every claim of loss as set forth in the prayer for relief of your complaint. In so doing, state:

(a)   A full description of the item or element of loss or damage;

(b)   The monetary amount of each item or element of loss or damage;

(c)   A description of each fact which you contend to have caused each item of loss or damage to have been incurred, including a detailed explanation of how each fact constitutes a proximate cause of each item of loss or damage;

(d)   A full description of how you calculate each item or element of loss or damage; and

(e)   The identity of each person whom you know or believe to have knowledge or information concerning each claimed item or element of loss or damage.

**ANSWER:** Subject to and without waiving his objections, Plaintiff states that he is entitled to statutory damages of up to $150,000 for Defendant's infringement, or the disgorgement of Defendant's profits attributable to the use of the image, at his election. Further answering, Plaintiff asserts that Defendant's conduct was willful in that it is a

14

media company, which should be or is fully aware of the risk attributed to copying an image from the internet for use on one's on commercial Web site without first securing the appropriate license. Such willful infringement also entitles Plaintiff to seek attorneys' fees. Statutory damages and attorneys' fees are available because Plaintiff obtained a valid copyright registration for the Image prior to Defendant's infringement.

INTERROGATORY NO. 11. Identify each individual employed or consulted by you as an expert in connection with the subject matter of this proceeding, including whether you will call that individual as a witness at the hearing of this matter, and identify and describe in detail:

1.  the name and address of the purported expert;

2.  The area(s) of expertise claimed by such purported expert;

3.  the subject matter on which each such expert is expected to testify;

4.  the substance of the facts and opinions to which each such expert is expected to deliver at the trial;

5.  a summary of the grounds for each such opinion;

6.  All documents, reports or other materials prepared by each purported expert or otherwise consulted by each purported expert in connection with the formulation of his facts or opinions.

7.  The educational background of each such purported expert or other background and experience which you contend qualifies such person as an expert;

8.  Your compensation arrangement with each such expert; and

9.  Other cases or proceedings in which each such purported expert has testified as an expert witness and whether such testimony has been for the plaintiff (claimant) or defendant (respondent).

**ANSWER:** Subject to and without waiving his objections, Plaintiff states that he has not named an expert witness.

As to the objections,

OF COUNSEL:

Stacy A. Cole (94181)
Shannon O. Egan (87296)
J. Stephen Smith (86612)
*Counsel for Plaintiff*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH  45202
Phone:   (513) 621-6464
Fax:       (513) 651-3836

GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Dr., Suite 300
Ft. Mitchell, KY 41017
Phone:   (513) 629-2838
Fax:       (513) 333-4358
E-mail:   scole@graydon.law
               segan@graydon.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 12th, 2018, served the following via electronic mail and regular U.S. mail to the following:

William W. Allen, Esq.
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, KY  40507-1269
wallen@gmalaw.com

Stacy A. Cole (94181)

—

STATE OF INDIANA        )
                                  ) ss.

COUNTY OF MARION     )

## VERIFICATION

      I hereby acknowledge that the foregoing Answers are true to the best of my knowledge and belief.

Larry G. Philpot

By: LARRY PHILPOT

Title: PLAINTIFF

      The foregoing Answers to Interrogatories were acknowledged before me this 11th

day of January, 2018, by **Larry G. Philpot.**

Notary Public

August 2, 2020

My Commission Expires

BREA L. KUHN
Notary Public - Seal
State of Indiana
My Commission Expires Aug 2, 2020

8203948 3

17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) | Case No: **5:17-CV-173-JMH** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| L.M. COMMUNICATIONS II OF S.C., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF LARRY G. PHILPOT'S RESPONSES TO DEFENDANT L.M.**
**COMMUNICATIONS II OF SOUTH CAROLINA, INC.'S**
**FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Larry

G. Philpot ("Philpot"), submits the following Responses to Defendant L.M.

Communications II of South Carolina, Inc. ("LMSC") First Set of Requests for Production.

**PRELIMINARY STATEMENT**

A.      These answers and responses are made solely for the purpose of this action

and no admission is intended by any of the responses to these Requests unless specifically

stated as such.  By answering or responding to these Requests, Plaintiff does not concede

that the Requests seek relevant information or are reasonably likely to lead to the discovery

of admissible evidence, and Plaintiff expressly reserves all objections as to the relevance and

admissibility of the information or documents produced, and the right to object to further

discovery relating to the subject matter of any information or documents produced.

B.      These Responses are based upon information now known.  Accordingly,

Philpot expressly reserves the right to amend or supplement these Responses at a later date,

should he discover errors or omissions in its Responses or as additional information is

obtained during the course of discovery or otherwise.

1



EXHIBIT
9 Philpot
NO 2/21/18

C.      The production of documents identified or referenced herein that are confidential and/or proprietary in nature will be produced in accordance with an agreed protective order, once such protective order has been entered.

## GENERAL OBJECTIONS

1.      Plaintiff objects to these Requests in so far as they seek information or the production of documents not relevant to any issue in this lawsuit and that are neither admissible nor reasonably likely to lead to the discovery of admissible evidence.  Such extraneous information and/or documents are beyond the scope of discovery and their production is unduly burdensome to Plaintiff.

2.      Plaintiff objects to these Requests to the extent that they seek information or documents not in its possession or control or to which Defendant has equal or greater access.

3.      Plaintiff objects to the instructions set forth in the Requests to the extent that they attempt to impose upon Defendant duties and obligations not imposed by the Federal Rules of Civil Procedure.

4.      Plaintiff objects to the Requests to the extent that any seeks to discover information or documents covered by the attorney-client privilege or the work-product doctrine.  Plaintiff also objects to the Requests to the extent that any seeks privileged, confidential, or proprietary information or documents, or information or documents that are not subject to disclosure under applicable law or court orders.  If privileged information or documents are inadvertently provided, Plaintiff does not waive or intend to waive any privilege with respect to that information or documents or any other information or documents.

5.      Plaintiff objects to the Requests to the extent that to answer or respond to them it would be required to make an extensive investigation, research, compilation, and

evaluation of data and records in its possession, which would constitute an annoyance, harassment, oppression, undue burden, and undue expense.

6.      Plaintiff objects to the Requests to the extent that the manner in which any are worded (in the context of its definitions and general instructions, or lack thereof) they are so vague, ambiguous, broad, generally global, and all inclusive, that it does not permit a proper or reasonable answer and is, therefore, unduly burdensome and oppressive or unreasonably cumulative and duplicative.

7.      Plaintiff states that his answers or responses to any Request should not be understood as an acceptance by him of any factual assertions made in that Request, as an acceptance by him of definitions of the terms used in the Requests, as an admission that any information provided in his answers or responses are relevant, material, or admissible or as an agreement that non-privileged documents of the kind described in the Request actually exist.  Furthermore, if Plaintiff answers or responds to a Request subject to his general and/or specific objections, the response or answer should be understood as including only that non-privileged information that is not within the scope of any of the stated objections and as excluding information that is within the scope of the stated objections. Language in these responses to the effect that documents will be produced should be understood as indicating only that non-privileged documents will be produced that are not within the scope of any of the stated objections and as indicating that documents that are within the scope of the stated objections will not be produced.

## DOCUMENTS AND THINGS REQUESTED

REQUEST NO. 1: All Documents related to copyright registrations no. VAu 1-132-411 including copies of Copyright Office records, certificate of registration, complete deposit materials (i.e. copies of materials covered by the copyright registration), recordations, and all relevant correspondence to or from the Library of Congress relating thereto.

3

**SPECIFIC OBJECTIONS:** Philpot objects to this Request to the extent that it seeks the production of documents covered by the attorney-client privilege and/or the work-product doctrine.

**RESPONSE:**   Subject to and without waiving his general and specific objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 2: All documents or things produced by Plaintiff in any litigation concerning copyright registrations no. VAu 1-132-411.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff.

REQUEST NO. 3: All documents or things produced by Plaintiff in any litigation concerning the Willie Nelson image.

**SPECIFIC OBJECTIONS:**  Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff.

**RESPONSE:**   Subject to and without waiving his general and specific objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 4: All notice letters, demand letters, cease and desist letters, lawsuits, settlement negotiations, settlement agreements, settlements reached, or covenants not to sue related to copyright registrations no. [VAu 1-132-411] .

**SPECIFIC OBJECTIONS:**  Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff.  Plaintiff also objects to this Request to the extent that it seeks the production of documents containing confidential information in the absence of a Protective Order and the production of documents covered by the attorney-client privilege and/or the work-product doctrine.  Plaintiff also objects to this Request to the extent that the documents requested are available from publicly accessible sources.

REQUEST NO. 5: All notice letters, demand letters, cease and desist letters, lawsuits, settlement negotiations, settlement agreements, settlements reached or covenants not to sue related to the Willie Nelson image.

**SPECIFIC OBJECTIONS:**  Plaintiff objects to this Request because it is overly

broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing confidential information in the absence of a Protective Order and the production of documents covered by the attorney-client privilege and/or the work-product doctrine. Plaintiff also objects to this Request to the extent that the documents requested are available from publicly accessible sources.

**RESPONSE:** Subject to and without waiving his general and specific objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 6: High resolution, color, and fully legible copies of all Exhibits filed in the Complaint (Dkt No. 1) including but not limited to high resolution, color, and fully legible copies of all screenshots in Exhibits C and D of the Complaint.

**RESPONSE:** Subject to and without waiving his objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 7: All Documents, including but not limited to any internally or externally distributed financial reports from 2011 to the present, indicating the sales, profitability, licensing fees, settlement agreements, and financial performance of all transactions related to Philpot's works on his website www.soundstagephotography.com.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing confidential information in the absence of a Protective Order.

REQUEST NO. 8. All Documents, including but not limited to any internally or externally distributed financial reports from 2011 to the present, indicating the sales, profitability, licensing fees, settlements agreements, and financial performance of all transactions related to the Willie Nelson image, including but not limited to check registers, income statements, book of account, Quicken or QuickBooks entries or reports, Sales Journals, or other financial records reflecting such transactions.

**SPECIFIC OBJECTIONS:** Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing confidential information in the absence of a Protective Order.

REQUEST NO. 9: All Documents concerning the promotion, marketing, advertising, offering for sale, and/or offer to license related to the Willie Nelson image.

SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents covered by the attorney-client privilege and/or the work-product doctrine.

RESPONSE: Subject to and without waiving his general and specific objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 10: All Documents concerning the publication or use of the Willie Nelson image in "free to use" websites such as Wikimedia, Wikipedia, and other such internet accessible sites including but not limited to any offers to sell, sales, offers to license, licenses, or any other agreements.

SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents covered by the attorney-client privilege and/or the work-product doctrine. Plaintiff further objects to this Request's characterization of specific websites as "free to use."

RESPONSE: Subject to and without waiving his general and objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 11: All Documents concerning Bankruptcy proceeding 1:09-bk-06027 in the U.S. Bankruptcy Court for the Southern District of Indiana involving Debtor, Larry Gene Philpot.

SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing private and confidential information in the absence of a Protective Order and the production of documents covered by the attorney-client privilege and/or the work-product doctrine. Plaintiff also objects to this Request to the extent that the documents requested are available from publicly accessible sources.

REQUEST NO. 12: All Documents concerning the liquidation of any copyrights owned by Debtor Larry Gene Philpot as a result of Bankruptcy proceeding 1:09-bk-06027, including but not limited to the Willie Nelson image.

**SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing private and confidential information in the absence of a Protective Order and the production of documents covered by the attorney-client privilege and/or the work-product doctrine. Plaintiff also objects to this Request to the extent that the documents requested are available from publicly accessible sources.**

**RESPONSE:   Subject to and without waiving his general and specific objections, Plaintiff states that no documents responsive to this Request exist.**

REQUEST NO. 13: All State and Federal tax returns and all correspondence to or from the Internal Revenue Service or Department of the Treasury for taxpayer Larry Philpot for tax years 2012, 2013, 2014, 2015 and 2016.

**SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff. Plaintiff also objects to this Request to the extent that it seeks the production of documents containing private and confidential information in the absence of a Protective Order.**

REQUEST NO. 14: A print-out or copy of the internet browser history for any computer owned, leased or used but Larry Philpot where any internet web site or portal of the Defendant was accessed by that computer. Such print out or internet browser history shall reflect each instance when such computer accessed any web site or portal of the Defendant.

**SPECIFIC OBJECTIONS: Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.**

REQUEST NO. 15: All Documents related to copyright registrations for the Willie Nelson image other than, Registration no. VAu 1-132-411, including copies of Copyright Office records, certificate of registration, complete deposit materials (i.e. copies of materials covered by the copyright registration), recordations, and all relevant correspondence to or from the Library of Congress relating thereto. (This request seeks any prior or subsequent registrations for these works other than the two registrations named in the Complaint. If none, so state.)

SPECIFIC OBJECTIONS:  Plaintiff objects to this Request because it is overly broad and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE:   Subject to and without waiving his objections, Plaintiff has no documents responsive to this Request.

REQUEST NO. 16: All damages calculations relating to the Willie Nelson image.

SPECIFIC OBJECTIONS:  Plaintiff objects to this Request to the extent that it seeks the production of documents covered by the attorney-client privilege and/or the work-product doctrine.

RESPONSE:   Subject to and without waiving his general and objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 17: A screen shot or other report showing the IP Address of each computer, smart phone, internet enabled device, or other electronic device used by the Plaintiff, or others acting at the direction of the Plaintiff to view, access or contact any website or portal operated by the Defendant since January 2013, to date.

SPECIFIC OBJECTIONS:  Plaintiff objects to this Request because it is overly broad, unduly burdensome and seeks the production of documents that are not relevant to any issue in this lawsuit and that are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff further objects to this Request because its purpose is to harass and intimidate Plaintiff.

RESPONSE:   Subject to and without waiving his general and objections, Plaintiff will produce non-privileged documents responsive to this Request.

REQUEST NO. 18: Copies of all correspondence, agreements, or other documents identified in response to Defendant's First Set of Interrogatories served on Plaintiff.

SPECIFIC OBJECTIONS:  Plaintiff hereby incorporates its specific objections to each of Plaintiff's Interrogatories.

RESPONSE:   Subject to and without waiving his general and objections, Plaintiff will produce non-privileged documents responsive to this Request.

Respectfully submitted,

OF COUNSEL:

**Stacy A. Cole** (94181)
**Shannon O. Egan** (87296)
**J. Stephen Smith** (86612)

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH  45202
Phone:    (513) 621-6464
Fax:       (513) 651-3836

*Counsel for Plaintiff*
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Dr., Suite 300
Ft. Mitchell, KY 41017
Phone:    (513) 629-2838
Fax:       (513) 333-4358
E-mail:   scole@graydon.law
             segan@graydon.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 12th, 2018, served the following via electronic mail *and regular U.S. mail* to the following:

William W. Allen, Esq.
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, KY  40507-1269
wallen@gmalaw.com

Stacy A. Cole (94181)