```
             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              CENTRAL DIVISION AT LEXINGTON
```

**LARRY G. PHILPOT,**

    **Plaintiff,**

                                              **NO. 5:17-cv-173-JMH**

**V.**

**L.M. COMMUNICATIONS II OF SOUTH CAROLINA, INC.,**

    **Defendant.**

---

### DEFENDANT'S WITNESS LIST

    The Defendant, L.M. Communications II of South Carolina, Inc., submits the following witness list pursuant to the Scheduling Order entered in the above-styled action.

    1.   The parties to this litigation.

    2.   All witnesses listed by any other party.

    3.   Any witness previously deposed in this action.

    4.   Any witness necessary for the authentication or introduction of records.

    5.   Any person named in any discovery deposition.

    6.   Any person necessary to rebut evidence presented by the Plaintiff, Larry G. Philpot.

    7.   Larry G. Philpot, 12527 Winding Creek Lane Indianapolis, IN 46236. Mr. Philpot is expected to testify in accordance with his deposition testimony, including his prior litigation activities, the absence of any actual damages and the fact that the image which is the subject of the

complaint is freely available for download with no indication of Mr. Philpot's claimed copyright.

8. Lynn M. Martin, 401 West Main Street, Suite 301, Lexington, KY 40507. Mr. Martin is expected to testify in accordance with his deposition testimony, including his company policies regarding the use of other's intellectual property without proper attribution or compensation, the lack of any revenue or profit from the use of the Nelson Photo, the lack of any attempt or intent to obtain revenue or profit from the use of the Nelson Photo, his direction to take down the Nelson Photo immediately upon being informed of Mr. Philpot's claims, the difficulties and prejudice presented by Mr. Philpot's acquiescence in LMSC's use of the Nelson Photo and undue delay in informing LMSC of his claims.

9. Charles Cohn, Boynton Beach, FL. Mr. Cohn is expected to testify about his efforts to investigate the circumstances of the website posting of which Mr. Philpot complains.

10. Scooter Stevens, 401 West Main Street, Suite 301, Lexington, KY 40507. Mr. Stevens is expected to testify about his receipt of Mr. Philpot's November 18, 2014, demand letter and his communications with Mr. Martin and Mr. Cohn regarding it.

11. Paul Smith, 59 Windermere Boulevard, Charleston, SC 29407. Mr. Smith is expected to testify about his direct and indirect knowledge of the circumstances of the website posting

of which Mr. Philpot complains.

12. Kelly Bazzle, Florida. Ms. Bazzle is expected to testify about her efforts to remove the Nelson Photo from LMSC's website server and the screen shots she made at the time.

13. Matthew Potter, 59 Windermere Boulevard, Charleston, SC 29407. Mr. Potter is expected to testify about his direct and indirect knowledge of the circumstances of the website posting of which Mr. Philpot complains.

14. Jessica Turner, 59 Windermere Boulevard, Charleston, SC 29407. Ms. Turner is expected to testify about her direct and indirect knowledge of the circumstances of the website posting of which Mr. Philpot complains.

15. Bethany Harpster, 59 Windermere Boulevard, Charleston, SC 29407. Ms. Harpster is expected to testify about her direct and indirect knowledge of the circumstances of the website posting of which Mr. Philpot complains.

16. Katie Redfearn, 59 Windermere Boulevard, Charleston, SC 29407. Ms. Redfearn is expected to testify about her direct and indirect knowledge of the circumstances of the website posting of which Mr. Philpot complains.

17. Ashley Caldwell, the modernconnection.com. Ms. Caldwell is expected to testify regarding her communications with LMSC regarding the circumstances and effect of the website posting of which Mr. Philpot complains.

18. Tom Ide, Intertech Media, Stamford, CT. Mr. Ide is

expected to testify about his direct and indirect knowledge of the hosting by Intertech Media of LMSC's website and the circumstances of the website posting of which Mr. Philpot complains.

19. Harry Fisher, Intertech Media, Stamford, CT. Mr. Fisher is expected to testify regarding his efforts to locate a digital copy of the Nelson Photo on Intertech Media's servers and his failure to do so.

                                              Respectfully submitted,

/s/ William W. Allen
    William W. Allen
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269
Telephone: (859) 252-9000
Facsimile: (859) 233-4269
E-Mail: wallen@gmalaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in the above-styled action.

                                              /s/ William W. Allen
                                              *Counsel for Defendant*

1141mlp.wl
39564-3.1
031318