**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | ) | Case No: 5:17-CV-173-JMH |
| | ) | |
| **Plaintiff** | ) | Judge Joseph M. Hood |
| | ) | Magistrate Judge Edward B. Atkins |
| vs. | ) | |
| | ) | |
| **L.M. COMMUNICATIONS II OF S.C., INC.,** | ) | **PLAINTIFF LARRY G. PHILPOT'S** |
| | ) | **WITNESS LIST** |
| **Defendant.** | ) | |

In accordance with the Order entered October 5, 2017, Plaintiff Larry G. Philpot submits the following list of witnesses he may call in the above-captioned case:

1. **Larry G. Philpot, Plaintiff;**

Subject matter potentially includes, without limitation, the issues raised in the Complaint and in Defendant's various Answers and Counterclaims including, but not limited to, Plaintiff's valid copyright ownership of, interest in, and registration of the subject photograph, Defendant's infringement and history of infringement, the market for Plaintiff's photograph, the licensure of the photograph under Creative Commons Attribution 2.0, the value of the photograph and Plaintiff's photographs in general, and notice of the infringement provided to Defendant. Plaintiff may also testify to any topics raised by Mr. Martin's trial testimony, and testimony raised by any other witness.

2. **Lynn Martin, Owner and Representative of L.M. Communications II of S.C., Inc.;**

Subject matter potentially includes, without limitation, the issues raised in the Complaint and in Defendant's various Answers and Counterclaims including, but not limited to, Defendant's corporate structure, Defendant's business and media operations, Mr. Martin's media work and knowledge, Defendant's understanding of copyright licenses and laws, Defendant's training or lack thereof of its employees in copyright issues, Defendant's failure to preserve the infringing post, Defendant's response to Plaintiff's notice of infringement, Defendant's history of infringement, Defendant's profit from and commercial nature of the

concert promotion, Defendant's failure to identify the source of the photo used in the infringing post or the employee who made the post, and Defendant's failure to preserve copyright management information in the photograph as required by the DMCA. Defendant may also testify to any topics covered by his deposition.

3. **Any witness named by Defendant L.M. Communications II of S.C., Inc.;**
4. **Any witness whose deposition was taken in this action;**
5. **Any records custodians for documents obtained in discovery or by subpoena;**
6. **Any witness necessary for rebuttal or impeachment; and**
7. **Any expert witness identified by any party.**

Plaintiff reserves all rights to call additional witnesses who have been or will be deposed in this matter and the right to call additional witnesses in rebuttal.

Respectfully submitted,

*Of Counsel:*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH  45202
Phone:   (513) 621-6464
Fax:        (513) 651-3836

/s/ *Stacy A. Cole*
**Stacy A. Cole** (94181)
**Shannon O. Egan** (87296)
**J. Stephen Smith** (86612)
*Counsel for Plaintiff*
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Dr., Suite 300
Ft. Mitchell, KY 41017
Phone:   (513) 629-2838
Fax:        (513) 333-4358
E-mail:   scole@graydon.law
              segan@graydon.law
              ssmith@graydon.law

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the foregoing was filed on March 13, 2018 via the CM/ECF system that will send electronic notification to the following counsel of record:

William W. Allen
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269
E-Mail: wallen@gmalaw.com
*Counsel for Defendant*

                 */s/ Stacy A. Cole*
                 **Stacy A. Cole** (94181)

8377262.2