IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | ) | Case No: 5:17-CV-173-JMH |
| | ) | |
| **Plaintiff** | ) | Judge Joseph M. Hood |
| | ) | Magistrate Judge Edward B. Atkins |
| vs. | ) | |
| | ) | PLAINTIFF LARRY G. PHILPOT'S |
| **L.M. COMMUNICATIONS II OF S.C., INC.,** | ) | STATEMENT OF UNDISPUTED |
| | ) | MATERIAL FACTS |
| **Defendant.** | ) | |

Pursuant to paragraph 8(b) of the Court's Order (Doc. 15), Plaintiff Larry G. Philpot asserts the below Statement of Undisputed Material Facts in support of his Motion for Summary Judgment (Doc. 44).

## UNDISPUTED MATERIAL FACTS.

**1.** Philpot is a professional concert photographer. (Affidavit of Larry Philpot ("Philpot Aff."), at ¶ 2, attached as <u>Exhibit 1</u> to Philpot's Motion for Summary Judgment.)

**2.** Philpot licenses his photos to media outlets, like Forbes, AOL, AXS-TV, and more. (*Id.*) He has also licensed his photos to musicians, like Willie Nelson. (*Id.*)

**3.** Philpot has made tens of thoughts of dollars licensing the Nelson Photo to media outlets. (*Id.* at ¶ 3.)

**4.** On October 4, 2009, Philpot took the Nelson Photo during a Farm Aid concert in St. Louis, Missouri. (*Id.*)

1

EXHIBIT A

5. Philpot registered the Nelson Photo as a copyrighted work with the United States Copyright Office on September 5, 2012.  (*Id*. at ¶ 4, and Exhibit A thereto.)

6. Philpot first published the Nelson Photo online on Wikipedia in 2011. (*Id*. at ¶ 5.)

7. Philpot uses the Creative Commons Attribution 2.0 Generic license ("CC BY 2.0") to offer a license to use the Nelson Photo free of charge to any users online that comply with the CC BY 2.0's terms.  (*Id*. at ¶ 6; CC BY 2.0 attached as <u>Exhibit 2</u> to Philpot's Motion for Summary Judgment.[1])

8. Philpot only allows its use without licensing fees in exchange for proper attribution under the CC BY 2.0 so he can increase his marketability and reputation.  (*Id*.)

9. Section 4 of the CC BY 2.0 – which is available on Creative Commons' website – requires the licensee to reference the CC BY 2.0 with every copy of the Nelson Photo used and provide attribution in the manner specified including name, title, and uniform resource identifier.  (*Id*. at ¶ 7.)

---

[1] *See also* at https://creativecommons.org/licenses/by/2.0/.  The Court may take judicial notice of the CC BY 2.0.  Fed. R. Evid. 201 governs judicial notice of adjudicative facts.  The rule, in relevant part, provides:
    (a)    Scope of rule.  This rule governs only judicial notice of adjudicative facts.
    (b)    Kinds of facts.  A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.
    * * *
    (d)    When mandatory.  A court shall take judicial notice if requested by a party and supplied with the necessary information.
Fed. R. Evid. 201.  "Under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record.'"  *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).  Courts have held "public records" include criminal case dispositions, letter decisions of government agencies, published reports of administrative agencies, or any "concededly authentic document . . ."  *Pension Benefit Guar. Corp. v. White Consol. Indus., Inc.*, 998 F.2d 1192, 1196-97 (3d Cir. 1993).  There is no dispute that the CC BY 2.0 license attached hereto and available at the website referenced herein is authentic.

10. For the Nelson Photo, Philpot requires the attribution to read "Photo by Larry Philpot, www.soundstagephotography.com." (*Id*. at ¶ 7, and Exhibits B and C thereto.)

11. With one left click of the Nelson Photo on Wikipedia, Philpot's information prominently appears:



12. And, when the user clicks on more details, the following appears:





13. The file on Wikipedia also contains metadata about the file, which also identifies Philpot. (*Id*. at ¶ 5, and Exhibit C thereto.)

14. On March 31, 2014, LMC posted the Nelson Photo on its website at 1055thebridge.com on the Events Calendar to promote a May 8, 2014 Willie Nelson concert. (*See* February 9, 2018 Deposition of Lynn Martin ("Martin Dep.") at 61-63 and 95-96, and Exhibit 2 thereto.)[2]

15. LMC does not know who posted the photo but speculates that it may have been an intern who was working at the station at the time. (*Id*.)

16. Lynn Martin, the owner of LMC and its corporate representative for Philpot's deposition, could not identify any written policies governing interns or whether they received training regarding posting content online. (*Id*. at 65-71.)

17. LMC's former employee, Kelly Bazzle, who deleted the post, admitted both that the Nelson Photo was posted and that the photo contained credit on Wikipedi:

> It was a website event post, not a FB post. I have some of the screen shots from the post and from the backend of the site before I deleted it. It's no longer up on our site at all. It would have had to been searched after May 8th because the event had passed. The image was on the Wikipedia site as well, and there's credit given to the photographer on that site.
> http://en.wikipedia.org/wiki.Willie_Nelson
> http://commonswikimedia.org/wiki/File:Willie_Nelson_at_Farm_Aid_2009.jpg
> I don't know what other info I can give, we just need to talk to JBT about it and see if she posted and why she thought it was ok to use this picture. Thanks Ash!

(*See* Exhibit 4 to the Martin Dep., at LMLP000005.)

18. LMC, to this date, *does not know* from where the mystery intern copied the photo but has only guessed that the intern copied it from Wikipedia. (Martin Dep. at 96.)

---

[2] Excerpts of the Martin Dep. and referenced deposition exhibits are collectively attached as Exhibit 3 to Philpot's Motion for Summary Judgment.

19. Philpot never gave LMC permission to post the Nelson Photo outside the scope of the CC BY 2.0. (Philpot Aff. at ¶¶ 7-8; *see also* Martin Dep. at 97.)

20. LMC did not pay a license to use the Nelson Photo nor provide attribution to Philpot. (*Id*. at 98-99.)

21. LMC did not take affirmative steps to preserve evidence despite being warned by Philpot in November 2014 that it needed to preserve electronic and paper evidence. (*See* Martin Depo. at 117-122 and Exhibit 5[3] to the Martin Dep.)

22. LMC has neither produced a native, electronic version of the photo as posted on its website nor even a screenshot or printout of it. (*See* Cole Aff., attached as Exhibit B to Plaintiff's Memorandum in Opposition to Defendant's Motion for Sanctions, Doc. 37-2; Supplemental Cole Aff., attached to Plaintiff's Motion for Sanctions, being separately filed.)[4]

23. Other than to generically profess that LMC has a policy to do the "right thing," Lynn Martin could not identify a single policy – written or otherwise – regarding posting on social media, use of copyrighted photographs, or providing attribution. (*Id*. at 48-54.)

24. LMC also does not have a policy regarding the Digital Millennium Copyright Act and has not provided any relevant training to its employees. (*Id*. at 70-71.)

25. AEG was a client that paid LMC to promote the concert live on-air. (*Id*. at 109; Exhibit 4 to the Martin Dep., at LMLP000001.)

26. The website supplemented the on-air advertisements. (Martin Dep., at 36-40, 44.)

---

[3] This letter has been redacted to exclude the portion subject to Fed. R. Evid. 408.
[4] Following Philpot's filing of the Motion for Summary Judgment, LCM produced a few screen shots that it noted might be screen shots of the offending post. *See*, First Supplemental Affidavit of Stacy A. Cole.

5

|  |  |
|---|---|
|  | Respectfully submitted, |
| *Of Counsel:* | /s/ *Stacy A. Cole* |
|  | **Stacy A. Cole** (94181) |
|  | **Shannon O. Egan** (87296) |
| GRAYDON HEAD & RITCHEY LLP | **J. Stephen Smith** (86612) |
| 312 Walnut Street, Suite 1800 | *Counsel for Plaintiff* |
| Cincinnati, OH  45202 | GRAYDON HEAD & RITCHEY LLP |
| Phone:   (513) 621-6464 | 2400 Chamber Center Dr., Suite 300 |
| Fax:       (513) 651-3836 | Ft. Mitchell, KY 41017 |
|  | Phone:   (513) 629-2838 |
|  | Fax:       (513) 333-4358 |
|  | E-mail:   scole@graydon.law |
|  |              segan@graydon.law |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on March 13, 2018 via the CM/ECF system that will send electronic notification to the following counsel of record:

William W. Allen
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269
E-Mail: wallen@gmalaw.com
*Counsel for Defendant*

/s/ *Stacy A. Cole*
**Stacy A. Cole** (94181)

8372091.1