CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES-GENERAL

Lexington                                                                 March 20, 2018

Case No. 17-cv-173-JMH-EBA                                    At Lexington

Style  Larry G. Philpot vs. LM Communications II of South Carolina, Inc.l

PRESENT:
        HON. Edward B. Atkins , MAGISTRATE JUDGE

        Susan Adkins           Audio File No.
        Deputy Clerk           Court Reporter

ATTORNEY PRESENT FOR PLAINTIFF:        ATTORNEY PRESENT FOR DEFENDANT:

    Stacy A. Cole                          William W. Allen

I, Susan L. Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-17-cv-173-JMH-EBA_20180320_122322.

PROCEEDINGS:      INITIAL PRETRIAL CONFERENCE

    The parties appeared for pretrial conference as noted.  The parties have made their pretrial filings in a timely fashion.  Plaintiff advised that their case would take approximately a day and a half. Defendant stated that his evidence would consist mainly of his cross examination of Plaintiff's witnesses, and that five days was probably more than necessary.  The Court advised the parties that Judge Hood would likely seat eight jurors and that each side would have three peremptory strikes.

    At the final pretrial conference on April 30, 2018, counsel should have the parties or persons with authority to settle the case present.

    Counsel advised that they have exchanged exhibits.  Counsel for Defendant sought direction from the Court as to how to proceed on issues of statutory damages and willfulness.

    The Court **ORDERS** as follows:

    1.    Defendant may file a motion to clarify on or before March 27, 2018.  Plaintiff may file a response on or before April 3, 2018.  Defendant will file a reply on or before April 6, 2018.

    2.    One week prior to the trial, the parties must submit to Judge Hood's chambers by e-mail a list of proposed voir dire questions.

    3.    One week prior to the trial, the parties may obtain copies of the juror qualification forms from the jury administrator.

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

CC:  COR
Initials of Deputy Clerk sla
TIC: /.28