```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF KENTUCKY
           CENTRAL DIVISION AT LEXINGTON
```

**LARRY G. PHILPOT,**

    **Plaintiff,**

**V.**                                   **NO. 5:17-cv-173-CHB**

**L.M. COMMUNICATIONS II OF**
**SOUTH CAROLINA, INC.,**

    **Defendant.**

---

## NOTICE OF FILING

The Defendant, L.M. Communications II of South Carolina, Inc., hereby gives notice of filing of the attached Affidavit of Kelly Bazzle in further opposition to the motions of the Plaintiff, Larry G. Philpot, for sanctions [Doc #42] and for summary judgment [Doc #44].

The Bazzle Affidavit provides additional evidentiary support for the Defendants' factual contentions that the employee of the Defendant who deleted the Nelson Photograph from the server which hosted Defendant's website did not know at the time that digital photographs could contain metadata, that she does not know whether the Nelson Photo contained metadata and that she did not know or believe she might be destroying evidence when she complied with the Plaintiff's demands to remove the Nelson Photograph.

Respectfully submitted,

/s/ William W. Allen
    William W. Allen
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269
Telephone:  (859) 252-9000
Facsimile:  (859) 233-4269
E-Mail:  wallen@gmalaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in the above-styled action.

/s/ William W. Allen
*Counsel for Defendant*

1141mlp.nf
39564-3.1
042518