UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:17-CV-173

LARRY G. PHILPOT,                                                                                    PLAINTIFF,

V.                                                    **ORDER**

LM COMMC'N II OF S.C., INC.                                                                DEFENDANT.

*** *** *** ***

In accord with Judge Boom's Minute Entry Order, [R. 74], counsel for plaintiff has requested a settlement conference before the undersigned. This Court, having fully considered the matter, and being duly and sufficiently advised,

**IT IS ORDERED** that this matter shall come before the undersigned for a telephone conference for purposes of scheduling a settlement conference on **MONDAY, JUNE 11, 2018, AT THE HOUR OF 2:00 P.M.** The call may be accessed by calling AT&T Teleconferencing at 1-877-336-1839; entering the access code 4162817 (followed by #); and, on request, entering the security code 0173 (followed by #).

This the 7th day of June, 2018.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge