UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:17-CV-173-CHB-EBA

LARRY G. PHILPOT                                                                                    PLAINTIFF,

V.                                        **MINUTE ENTRY AND ORDER**

LM COMMC'N II OF S.C., INC.                                                               DEFENDANT.

*** *** *** ***

This matter came before the undersigned for a telephone conference on Monday, June 11, 2018, [R. 76]. The purpose of the call was schedule a settlement conference, pursuant to orders of the presiding District Judge. [R. 74; R. 77]. The parties briefly addressed matters currently pending before the Court, including various motions that may weigh on the outcome of settlement negotiations. Accordingly,

IT IS ORDERED as follows:

(1) A Settlement Conference is **SCHEDULED** for **WEDNESDAY, JULY 11, 2018, AT THE HOUR OF 9:00 A.M.**, in the United States Courthouse, **LEXINGTON, KENTUCKY**;

(2) Counsel are directed to have their respective clients and/or representatives, fully authorized to negotiate and approve a settlement in this matter, present in person at such conference. Parties are directed to *Lockhart v. Patel*, 115 F.R.D. 44 (E.D. Ky. 1987). **Telephone calls from the conference for the purpose of obtaining authority for any offer or counteroffer to settle, or to approve a proposed settlement, will**

**not be allowed, and any party requesting or requiring such will be considered to be in violation of this Order**;

(3) By no later than **TUESDAY, JULY 3, 2018**, counsel shall submit to the undersigned separate, confidential statements which shall specify their respective settlement positions. Each statement is to be furnished **only** to Magistrate Judge Atkins and not to the other side. The statements shall **not** be filed with the Clerk of the Court or the presiding judge. Said statements shall be transmitted by email (atkins_chambers@kyed.uscourts.gov) and shall not exceed a total of ten (10) pages;

(4) In their respective statements, counsel shall make a candid assessment of the strengths and weaknesses of both sides, an appraisal of issues such as liability, and the anticipated economic cost of further preparation and litigation of this matter through trial; and

(5) The Magistrate Judge requests that bona fide settlement negotiations commence as soon as practicable and be conducted as often as necessary prior to the settlement conference. **Compliance with this requirement will be satisfied only when, prior to the conference, the parties communicate regarding an offer to settle, and counter-offer.**

This the 11th day of June, 2018.

TIC/WP: 0:11



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge