UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No. 5:17-CV-173-CHB-EBA     At Lexington     Date July 16, 2018

STYLE: **Philpot v. LM Communications II of South Carolina, Inc., et al**

PRESENT:  HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Kimberly Marsh | Audio File |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present for Plaintiff**
Stacy A. Cole
Darren W. Ford

**Attorneys Present for Defendant**
William A. Allen

I, Kimberly Marsh, Deputy Clerk, CERTIFY the official record of this proceeding is audio file KYED-LEX__5-17-cv-173-CHB-EBA_20180716_112927.

PROCEEDINGS:     **TELEPHONIC PRETRIAL CONFERENCE**

Counsel for the parties appeared for telephonic pretrial conference as noted. The plaintiff, Larry G. Philpot was also present on the call. The Court discussed the pending motions in limine (DE #43, 46, 85), objections to exhibits and depositions excerpts, the trial schedule, the issue of damages and attorney's fees. The Court, being sufficiently advised, IT IS ORDERED as follows:

1. The Joint Notice of Waiver of Right to Jury Trial (DE #91) is GRANTED. The Jury Trial scheduled for August 14, 2018 at 9:00 a.m. is CONVERTED to a Bench Trial. The trial is limited to one day, with each party allotted three hours including opening and closing statements.

2. Plaintiff's Motion in Limine to Preclude Prior Settlement/License Agreements (DE #43) is GRANTED.

3. Defendant's Motions in Limine (DE #46) are GRANTED, in part, DENIED, in part and TAKEN UNDER ADVISEMENT, in part. Motion in Limine No. 1 regarding separation of witnesses is GRANTED. Motion in Limine No. 2 to exclude evidence and reference of prior litigation is TAKEN UNDER ADVISEMENT. Motion in Limine No. 3 to exclude lay witness opinion testimony is GRANTED. Motion in Limine No. 4 to bar testimony of any previously non-disclosed witness is GRANTED. Motion in Limine No. 5 to bar testimony concerning settlement offers or attempts is GRANTED. Motion in Limine No. 6 to exclude argument for jurors to place themselves in the position of the plaintiff is GRANTED. Motion in Limine No. 7 to exclude evidence of discovery disputes is DENIED as moot. Motion in Limine No. 8 to exclude reference to motions in limine is DENIED as moot.

4. Defendant's Motions in Limine (DE #85), to exclude reference to metadata and failure to preserve digital copies and to exclude reference of relevant wealth of the parties, are TAKEN UNDER ADVISEMENT.

5. Plaintiff SHALL submit via email to chambers and to opposing counsel the Deposition of Lynn Martin with redacted letter.

6. A separate order SHALL issue regarding further pretrial submissions and filings.


Copies:  COR,D,JC
Initials of Deputy Clerk  km
TIC: 46